USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/27/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                          :

TANNER TOM, *individually and on behalf of others similarly situated,*      :

                                    :       **19-CV-3509 (ALC)**

                           **Plaintiff,**    :

                                    :       **ORDER CONSOLIDATING**

                  -against-          :       **RELATED ACTIONS AND**

                                    :       **REQUESTING A JOINT**

NOKIA CORP., RAJEEV SURI, and KRISTIAN PULLOLA,    :       **STATUS REPORT**

                                    :

                            **Defendants.**   :

------------------------------------------------------------ x
                                            :

J. PHILLIP MAX, *individually and on behalf of others similarly situated,*   :

                                    :       **19-CV-3982 (ALC)**

                           **Plaintiff,**    :

                                    :

                  -against-          :

                                    :

NOKIA CORP., RAJEEV SURI, KRISTIAN PULLOLA, and TIMO IHAMUOTILA,  :

                                    :

                            **Defendants.**   :

------------------------------------------------------------ X

**ANDREW L. CARTER, JR., District Judge:**

Before the Court are four (4) Motions seeking to appoint lead counsel, appoint lead plaintiff(s), and consolidate cases 19-cv-3509 (ALC) and 19-cv-3982 (ALC). ECF Nos. 5, 8, 12, 14.

Pursuant to Federal Rule of Civil Procedure 42, the above-captioned cases are hereby **CONSOLIDATED** for all purposes into one action. These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case

that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

Every pleading in this Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | | |
|---|---|---|
| **IN RE NOKIA CORPORATION** | : | **No. 1:19-cv-3509-ALC** |
| **SECURITIES LITIGATION** | : | **CLASS ACTION** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **[TITLE OF DOCUMENT]** |
| | : | |

------------------------------------------------------------ x

When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

The Court requests assistance of counsel in calling to the attention of the Clerk of the Court the filing or transfer of any case which might not properly be consolidated as part of this Consolidated Action.

It is further **ORDERED** that a Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be No. 1:19-cv-3509-ALC. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion, or document is filed with a caption indicating that it is applicable to fewer than all individual actions in the Consolidated Action, the Clerk shall file such pleadings in the Master File and note such pleadings in the Master Docket and in the docket of each action referenced.

2

Any Party objecting to consolidation must file an application for relief from this Order within ten (10) days of the date on which a copy of this Order is mailed to the Party's counsel. This Order is entered without prejudice to the rights of any Party to apply for severance of any claim or action, upon a showing of good cause.

Regarding the multiple Motions to appoint lead counsel and lead plaintiff(s), the Parties are hereby **ORDERED** to confer amongst each other and provide the Court with a Joint Status Report on or before July 15, 2019.

**SO ORDERED.**

**Dated:**    **June 27, 2019**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

3