USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IN RE NOKIA CORPORATION SECURITIES
LITIGATION

THIS DOCUMENT RELATES TO:

TANNER TOM, *individually and on behalf of others similarly situated*,

         **Plaintiff,**

-against-

NOKIA CORP., RAJEEV SURI, and KRISTIAN PULLOLA,

         **Defendants.**
------------------------------------------------------------ x

J. PHILLIP MAX, *individually and on behalf of others similarly situated*,

         **Plaintiff,**

-against-

NOKIA CORP., RAJEEV SURI, KRISTIAN PULLOLA, and TIMO IHAMUOTILA,

         **Defendants.**
------------------------------------------------------------ X

19-CV-3509 (ALC)

**ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

19-CV-3982 (ALC)

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the Motion to Appoint Honorable Clyde W. Waite (Ret.) to Serve as Lead Plaintiff, to Appoint Counsel, and to Consolidate Cases. ECF No. 12. The Court is also in receipt of the Joint Status Report from the Parties dated July 15, 2019. ECF No. 31. Whereas this Court consolidated these cases on June 27, 2019, the only outstanding issues

presented by Judge Waite's Motion relate to the appointment of a Lead Plaintiff and Class Counsel. ECF No. 26.

For the reasons addressed in Judge Waite's Motion and for the Responses filed in support of Judge Waite's Motion, Judge Waite is hereby **APPOINTED** as Lead Plaintiff for the class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii); *see* ECF Nos. 12-13, 19, 27-30.

Robbins Geller Rudman & Dowd LLP is hereby **APPOINTED** as Lead Counsel for the class pursuant to 15 U.S.C. § 78u-4(a)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

a. the preparation and filing of all pleadings;

b. the briefing and argument of any and all motions;

c. the conduct of any and all discovery proceedings and depositions;

d. settlement negotiations with counsel for defendants;

e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

f. the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

The outstanding Motions for Appointment of Class Counsel and Consolidation of this Case are hereby **DENIED**. ECF Nos. 5, 8.

**SO ORDERED.**

**Dated:**   **July 16, 2019**
          **New York, New York**

                                               *[signature]*
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**