# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re NOKIA CORPORATION SECURITIES  :  Civil Action No. 1:19-cv-03509-ALC
LITIGATION                          :
                                    :  <u>CLASS ACTION</u>
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                  :
---------------------------------------- x

JOINT STATUS REPORT REGARDING PENDING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

Lead plaintiff movant Retired Bucks County Court of Common Pleas Judge Clyde W. Waite, Individually and as Trustee FBO Estate of Lillian Dunn U/A 03/01/2015 ("Judge Waite"), and defendant Nokia Corporation ("Nokia"),[1] by and through their respective counsel, hereby provide this Joint Status Report Regarding Pending Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel in response to the Court's June 27, 2019 Order Consolidating Related Actions and Requesting a Joint Status Report (ECF No. 26) and state as follows:

1. The Private Securities Litigation Reform Act ("PSLRA") requires district courts, as soon as practicable after their decision on consolidation, to "appoint the most adequate plaintiff as lead plaintiff for the consolidated actions." 15 U.S.C. §78u-4(a)(3)(B)(ii).

2. On June 18, 2019, four sets of movants filed motions requesting to be appointed lead plaintiff and for approval of selection of counsel, including: (1) Judge Waite; (2) Tanner Tom ("Mr. Tom"); (3) Lifeng He and Roy Christy (the "Nokia Investor Group"); and (4) Wei Ming Lin and Soui Ying Ling (the "Lin Family"). See ECF Nos. 5, 8, 12 and 14.

3. On June 25, 28 and July 1, respectively, Mr. Tom, the Nokia Investor Group and the Lin Family filed notices of non-opposition to the competing motions for the appointment of lead plaintiff and approval of selection of counsel. See ECF Nos. 19, 27 and 28.

4. On July 2, 2019, Nokia filed a response to the motions for appointment of lead plaintiff and approval of lead plaintiff's selection of counsel, stating it takes no position on the appointment of lead plaintiff or the approval of lead counsel and requesting that any request to

---

[1] The Individual Defendants do not reside in the United States and it appears that the plaintiff that commenced this action has not yet served them with a copy of the complaint.

include document preservation and service of papers provisions in an order appointing lead plaintiff and lead counsel be denied. *See* ECF No. 29.

5. Also on July 2, 2019, Judge Waite filed a response stating that his motion to be appointed lead plaintiff is now unopposed. *See* ECF No. 30.

6. As the deadlines to file opposition and reply briefs to the competing lead plaintiff motions – July 2 and July 9, respectively – have now passed, Judge Waite is the only remaining investor seeking to be appointed lead plaintiff.

7. After the Court enters an Order appointing lead plaintiff and approving of selection of lead counsel, lead plaintiff intends to file a consolidated complaint, consistent with the schedule set forth in the Stipulation and Order that was "So Ordered" by the Court on June 27, 2019. *See* ECF No. 25.

DATED: July 15, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA


/s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff*

|  |  |
|---|---|
|  | SCHALL LAW FIRM<br>BRIAN J. SCHALL<br>1880 Century Park East, Suite 404<br>Los Angeles, CA  90067<br>Telephone:  310/301-3335<br>310/388-0192 (fax)<br><br>*Additional Counsel for [Proposed] Lead Plaintiff* |
| DATED:  July 15, 2019 | SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>JAY B. KASNER<br>SUSAN L. SALTZSTEIN<br>JEFFREY S. GEIER<br><br>/s/ *Susan L. Saltzstein*<br>———————————————<br>SUSAN L. SALTZSTEIN<br><br>Four Times Square<br>New York, New York 10036<br>Telephone: 212/735-3000<br>212/735-2000 (fax)<br>Jay.Kasner@skadden.com<br>Susan.Saltzstein@skadden.com<br>Jeffrey.Geier@skadden.com<br><br>*Attorneys for Defendant Nokia Corporation* |
| DATED:  July 15, 2019 | GLANCY PRONGAY & MURRAY LLP<br>LESLEY F. PORTNOY<br><br>/s/ *Lesley F. Portnoy*<br>———————————————<br>LESLEY F. PORTNOY<br><br>230 Park Avenue, Suite 530<br>New York, NY  10169<br>Telephone: 212/682-5340<br>212/884-0988 (fax)<br>lportnoy@glancylaw.com<br><br>*Attorney for Plaintiff Tanner Tom* |

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 16, 2019