USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
   IN RE NOKIA CORPORATION     :    No. 1:19-cv-3509-ALC
   SECURITIES LITIGATION     :    CLASS ACTION
        :
   THIS DOCUMENT RELATES TO:     :    ORDER
   All Actions     :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge**:

The Court is in receipt of Defendants' request for a pre-motion conference in anticipation of their motion to dismiss, ECF No. 50, and Lead Plaintiff's response, ECF No. 55. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to provide the Court with a proposed briefing schedule on Defendants' motion to dismiss on or before March 27, 2020.

**SO ORDERED.**

Dated:     March 13, 2020
            New York, New York

                                                         _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**