UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re NOKIA CORPORATION SECURITIES
LITIGATION

This Document Relates To:

     ALL ACTIONS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:19-cv-03509-ALC

CLASS ACTION

:

:

:

:

**DECLARATION IN SUPPORT OF DEFENDANTS
NOKIA CORPORATION AND RAJEEV SURI'S MOTION TO DISMISS
THE SECOND CONSOLIDATED AMENDED COMPLAINT**

I, Susan L. Saltzstein, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants Nokia Corporation ("Nokia") and Rajeev Suri (collectively, "Defendants").

2.     I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint and to transmit true and correct copies of the following documents:

Exhibit 1:    Excerpts from Nokia's Annual Report on Form 20-F for the fiscal year ended December 31, 2016 (dated March 23, 2017), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000119312517093200/d283248d20f.htm

Exhibit 2:    Excerpts from Nokia's Annual Report on Form 20-F for the fiscal year ended December 31, 2017 (dated March 22, 2018), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000155837018002320/nok-20171231x20f.htm

Exhibit 3:    Nokia's Quarterly Report on Form 6-K (dated April 27, 2017) ("2017 Q1 Report"), available at: https://www.sec.gov/Archives/edgar/data/924613/000110465917026692/a17-12007_16k.htm

Exhibit 4:    January 31, 2019 Nokia Earnings Call Transcript

Exhibit 5:      October 26, 2017 Nokia Earnings Call Transcript

Exhibit 6:      April 15, 2015 Nokia Press Release titled, "Nokia and Alcatel-Lucent To Combine To Create An Innovation Leader In Next Generation Technology and Services For an IP Connected World"

Exhibit 7:      April 27, 2017 Nokia Earnings Call Transcript

Exhibit 8:      July 27, 2017 Nokia Earnings Call Transcript

Exhibit 9:      February 1, 2018 Nokia Earnings Call Transcript

Exhibit 10:     Excerpts from Nokia's Quarterly Report on Form 6-K (dated July 27, 2017), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465917047320/a17-18506_16k.htm

Exhibit 11:     Excerpts from Nokia's Quarterly Report on Form 6-K (dated October 24, 2019), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465919056062/a19-20901_16k.htm

Exhibit 12:     Excerpts from Nokia's Quarterly Report on Form 6-K (dated February 1, 2018), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465918005734/a18-5175_16k.htm

Exhibit 13:     Excerpts from Nokia's Annual Report on Form 20-F for the fiscal year ended December 31, 2018 (dated March 21, 2019), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000155837019002343/nok-20181231x20f.htm

Exhibit 14:     April 26, 2018 Nokia Earnings Call Transcript

Exhibit 15:     July 26, 2018 Nokia Earnings Call Transcript

Exhibit 16:     October 25, 2018 Nokia Earnings Call Transcript

Exhibit 17:     Excerpts from Nokia's Quarterly Report on Form 6-K (dated July 26, 2018), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465918047233/a18-17803_16k.htm

Exhibit 18:     Excerpts from Nokia's Quarterly Report on Form 6-K (dated October 25, 2018), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465918063860/a18-37191_16k.htm

2

Exhibit 19:   November 12, 2018 UBS Global Technology Conference Transcript

Exhibit 20:   Excerpts from Nokia's Quarterly Report on Form 6-K (dated January 31, 2019), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465919004597/a19-3814_16k.htm

Exhibit 21:   April 25, 2019 Nokia Earnings Call Transcript

Exhibit 22:   July 25, 2019 Nokia Earnings Call Transcript

Exhibit 23:   Excerpts from Nokia's Quarterly Report on Form 6-K (dated April 25, 2019), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465919023586/a19-8888_16k.htm

Exhibit 24:   March 30, 2019 Cowen Technology, Media and Telecommunications Conference Transcript

Exhibit 25:   Excerpts from Nokia's Quarterly Report on Form 6-K (dated July 25, 2019), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000110465919041783/a19-13301_16k.htm

Exhibit 26:   Nokia's Corporate Code of Conduct, available in full at: https://www.nokia.com/sites/default/files/2020-01/Code%20of%20conduct-ENG-FINAL.pdf

Exhibit 27:   Excerpts from Nokia's Annual Report on Form 20-F for the fiscal year ended December 31, 2015 (dated April 1, 2016), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000119312516526767/d18283d20f.htm

Exhibit 28:   Excerpts from Nokia's Annual Report on Form 20-F for the fiscal year ended December 31, 2019 (dated March 5, 2020), available in full at: https://www.sec.gov/Archives/edgar/data/924613/000155837020002053/nok-20191231x20f.htm

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2020, in New York, New York.

/s/ Susan L. Saltzstein
SUSAN L. SALTZSTEIN

3