# Exhibit 8

**S&P Global**
Market Intelligence

# Nokia Corporation HLSE:NOKIA
# FQ2 2017 Earnings Call Transcripts

## Thursday, July 27, 2017 12:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.05 | 0.08 | ▲60.00 | 0.06 | 0.24 | 0.32 |
| **Revenue  (mm)** | 5637.56 | 5629.00 | ▼(0.15 %) | 5706.48 | 23373.63 | 23745.92 |

Currency: EUR
Consensus as of  Jul-27-2017 12:43 PM GMT



Stock Price [EUR] vs. Volume [mm] with earnings surprise annotations

- **EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | 0.04 | 0.04 | ① 0.00 % |
| **FQ4 2016** | 0.07 | 0.12 | ② 71.43 % |
| **FQ1 2017** | 0.03 | 0.03 | ③ 0.00 % |
| **FQ2 2017** | 0.05 | 0.08 | ④ 60.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................... | **3** |
| **Presentation** | ....................................................................... | **4** |
| **Question and Answer** | ....................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Kristian Pullola**
*Chief Financial Officer*

**Matt Shimao**
*Head of Investor Relations*

**Rajeev Suri**
*President & CEO*

**ANALYSTS**

**Achal Sultania**
*Crédit Suisse AG, Research Division*

**Aleksander Peterc**
*Societe Generale Cross Asset Research*

**Amit B. Harchandani**
*Citigroup Inc, Research Division*

**Andrew Michael Gardiner**
*Barclays Bank PLC, Research Division*

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

**Francois Auguste Roger Meunier**
*Morgan Stanley, Research Division*

**Richard Alan Kramer**
*Arete Research Services LLP*

**Robert Duncan Cobban Sanders**
*Deutsche Bank AG, Research Division*

**Sandeep Sudhir Deshpande**
*JP Morgan Chase & Co, Research Division*

**Sébastien Sztabowicz**
*Kepler Cheuvreux, Research Division*

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

**Stuart A Jeffrey**
*Natixis S.A., Research Division*

**Thomas Michael Walkley**
*Canaccord Genuity Limited, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Hello and welcome to the Nokia Q2 2017 Earnings Results Conference Call. [Operator Instructions] Please note the event is being recorded.

I would now like to turn the conference over to Mr. Matt Shimao, Head of Investor Relations. Sir, you may begin.

**Matt Shimao**
*Head of Investor Relations*

Ladies and gentlemen, welcome to Nokia's Second Quarter 2017 Conference Call. I'm Matt Shimao, Head of Nokia, Investor Relations. Rajeev Suri, President and CEO of Nokia, and Kristian Pullola, CFO of Nokia are here in Espoo with me today.

During this call, we'll be making forward-looking statements regarding the future business and financial performance of Nokia and this industry. These statements are predictions that involve risk and uncertainties. Actual results may therefore differ materially from the results we currently expect. Factors that could cause such differences can be both external, such as general economic and industry conditions as well as internal operating factors. We have identified such risk in more detail on Pages 67 through 85 of our 2016 Annual Report on Form 20-F, our financial report for Q2 and Half Year 2017 issued today, as well as our other filings with the U.S. Securities and Exchange Commission.

Please note that our results release, the complete interim report with tables and the presentation on our website include Non-IFRS results information in addition to the reported results information. Our complete financial report with tables available on our website includes a detailed explanation of the content of the non-IFRS information and a reconciliation between the non-IFRS and the reported information.

With that Rajeev, over to you.

**Rajeev Suri**
*President & CEO*

Thank you, Matt. And thanks to all of you for joining Nokia's Q2 financial results call. Overall, I'm pleased with where we landed in the second quarter. We again reduced the rate of our top line decline and delivered solid profitability all while making good progress on executing our strategy. We also saw some important developments in the quarter that I will share with you, but before that a quick recap of the quarters numbers.

Group level non-IFRS net sales in the quarter were EUR 5.6 billion, close to flat year-on-year. Within that Nokia Technologies led the way with sales up 90% versus the same period last year. That was largely, but not completely driven by our recently announced agreement with Apple and you can also see the impact of that agreement in our cash position.

On the network side, sales of nearly EUR 5 billion were down about 5% year-on-year, just slightly better than the 6% year-on-year decline we reported in Q1. Profitability was good across the board including networks gross margin, which came in at 39.1%, up 150 basis points from one year ago. Our pipeline and orders remain robust particularly in new verticals we are targeting such as energy, public sector in web-scale. Overall in networks, we continue to win a significant majority of the deals that we pursued and we landed more large contracts in the first half of the year than we did during the same period one year ago. This progress is important given that we are slightly more negative about market conditions this year than we were one quarter ago. As you have seen, we have called down slightly our estimates for our primary addressable market with communication service providers for this year.

Given a range of factors such as M&A in some markets, operator competition, challenges in China and a slower than expected recovery in Europe, we now believe that the market will decline in the range of 3%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to 5% this year. This compares to our earlier view that the decline would be a low single digit. At the same time, we continue to expect networks sales to perform in line with the market.

In general however, I believe our second quarter results continue to show the underlying strength of Nokia and of our disciplined operating model in end-to-end portfolio in particular. Reflecting that, I remain confident we will meet the full year 2017 guidance that we have given for our networks business operating margin and that we also remain on track to reach our goal of EUR 1.2 billion in total cost savings in full year 2018.

So in summary the second quarter showed ongoing challenging market conditions, but also a solid Nokia performance. With that let me turn to the 4 pillars of our strategy, starting with leading in high-performance end-to-end networks with communication service providers. Order momentum in this area remains good, despite year-on-year revenue declines in both mobile networks and Fixed Networks in the second quarter. Sales in Global Services, which we are now reporting as its own segment were flat year-on-year.

On the fixed side, I noted last quarter that 2017 is a bit of a transition year after an exceptional 2016. That said, Fixed Networks orders grew nicely in the quarter. It's lean cost structure also allowed us to deliver excellent profit margins despite the top line challenges and the team is making good progress, enhancing our portfolio to capitalize on the growing cable market. The power of our innovation showed in the quarter with the deployment of Nokia's next generation fiber optic 10G equipment for Estonia's Starman, the first cable operator in Europe to offer ultra-fast Internet service based on 10G EPON technology.

In terms of Global Services, as I noted, year-on-year revenues were flat. Operating margin on the other hand was up nicely from 1 year ago at 8.5%. We are extremely focused on driving differentiation in our services business through automation, artificial intelligence, augmented reality and advanced analytics. Our goal is to use these tools to drive the next wave of cost reductions in our services organization while providing constantly improving performance for our customers. A great example of how we are doing this is through Nokia AVA, our cloud-based cognitive services platform.

In mobile networks, we announced in the quarter that we would develop a 5G ecosystem with NTT DOCOMO and that we will play an integral role in T-Mobile's launch of 5G coverage in the United States. We also had some nice first ever wins in the quarter. Including a core network entry in Korea and a cloud-based 3G voice switching deal in North America and our leading small sales portfolio continued to get traction in the market, registering strong year-on-year growth.

As we make this progress, we are seeing some important market developments related to 5G. Our original expectation was that 5G would only really take off in the 2020 to 2021 time period. That is now changing, as we see some lead customers in both the United States and China preparing to move earlier and that should drive others to respond. I know that this may be contrary to what some of you on the call believe, but based on discussions that I've been having with a number of our customers, I'm increasingly convinced that 5G trials will accelerate in 2018 and that in 2019 we can expect to start to see meaningful deployments in the U.S. and China and potentially several other markets like Japan.

We also believe that 5G is likely to last longer and be deeper than we first thought. This is not just a small cell game. 5G will go big into the macro world, it will cover low, mid and high bands to address both capacity and coverage and drive changes and investment requirements in other parts of the network as well. But that is generally good news for Nokia, what is less good is that it puts increased pressure on us to accelerate our 5G road maps, expanding the workload on our R&D team in mobile networks that is already extremely focused on product integration and new feature requests.

I want to be transparent that this situation does create some near-term risk, as it makes the timing of certain project completions and acceptance is more uncertain than is typical for us. But we have successfully worked through such issues before and I'm confident that we will do so again. We have strong customer relationships, deep R&D capacity and thanks to our robust balance sheet, the ability to further invest as needed. While we are still evaluating the full impact of these developments, I want to be clear

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

this is not a time to back off from product leadership. We believe we are gaining share from a competitor that is struggling and we are focused on working hard and fast to meet the needs of our customers.

Now onto the second strategy pillar of expanding network sales to select vertical markets needing high-performing, secure networks. Pleasingly we saw double digit year-on-year growth in our order pipeline in most of our target verticals, including energy, public sector, transportation and technological extra-large enterprises which include web scale. Now these areas remain relatively small, but our goal is to grow both fast and prudently ensuring that we are focusing investment where we are generating the greatest momentum. We continue to expand into some exciting new areas in the quarter, including an agreement to provide Amazon Web Services with Nokia's multi-access edge computing technology, which allows customers to process content more quickly at the very edge of the mobile network. For the first half overall, our efforts led to the addition of over 50 new companies to our win list in the vertical space, a far faster rate compared to the same period in 2016.

As I'm sure many of you have seen already a big second quarter highlight in our effort to expand to new vertical markets was our launch of the world's most powerful internet routing platforms powered by Nokia's new FP4 silicon, the world's first multi-terabit chipset that is many times faster and far smarter than anything on the market today. While we do not expect meaningful revenues from these products to come until 2018, we do expect that they will fundamentally improve our IP routing position with web-scale companies, in our target enterprise verticals and with our traditional communication service provider customers.

We have seen strong early customer interest with BT Group and Xiaomi among those who have already expressed their intent to purchase FP4 based products. As I said last quarter, we expect the remainder of 2017 to be challenging for our overall IP optical networks business, but I would note that the rate of sales decline in the business slowed from Q1. Orders increased in the first half of the year compared to 2016, and we believe we will soon be in a position of clear technological leadership.

With that I now want to move on to Nokia third strategy pillar, building a strong standalone software business at scale. In this area, our progress is meaningful. After several quarters of sales decline, our Applications & Analytics business was flat in the first quarter and then returned to growth of 9% year-on-year in the second quarter. About half of that growth was organic, while the rest came from our successful completion of the Comptel acquisition. We are seeing the results of the work that I've talked about on this call before: strengthening our software sales capacity and incentive programs, renewing customer facing personnel, rearchitecting our software on a common foundation and adjusting our portfolio to target the most compelling opportunities and more. Our journey continues but the momentum that we're building here is increasingly strong.

Now onto our fourth pillar, creating new business and licensing opportunities in the consumer ecosystem. And here Nokia Technologies delivered well from a financial deal and brand perspective. Ex net sales were up 90% year-on-year, while operating margin was 16 percentage points higher, mostly as a result of the multi-year patent licensing deal we signed with Apple. Overall, we are tracking well against the road map we have set out for our licensing business. First to close deals with the biggest players Apple and Samsung, then to turn our focus to China, then to other regions and on to potential licensees in automobile and other sectors. Q2 was clearly an excellent period for our licensing business given both the Apple deal and another one with Xiaomi. The Xiaomi agreement is important because we believe that it opens the door for us to move forward with other Chinese companies. While there are no guarantees of our success, we continue to engage with a number of players in that market. Nokia and Xiaomi are to cross license cellular standard essential patents and Xiaomi also acquired patents from Nokia. In addition, the 2 companies expanded their business collaboration, including sales of network infrastructure equipment by Nokia to Xiaomi. And this builds on work we are already doing with Xiaomi to connect their data centers in China and create a private cloud network for the company.

As a final note on Nokia technologies we announced just at the end of the quarter that Gregory Lee joined us. Gregory is serving as President of Nokia Technologies and a member of the Nokia Group leadership team and he joined from Samsung Electronics, where he led that company's business in the United States. He is a very welcome addition to the team. Finally, let me just comment on our networks business from

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

a geographical perspective, focusing on China, North America and India. First China, where we continue to see some market softness despite longer-term potential as the shift to 5G accelerates. Our sales in China were down by 7% year-on-year reflecting overall market conditions. Despite these challenges, we are well positioned in China now that Nokia and China Huaxin have called the transaction for the creation of the Nokia Shanghai Bell joint venture that brings together Alcatel-Lucent Shanghai Bell and Nokia's China business. Nokia Shanghai Bell, or NSB, is a big player in China with approximately 16,000 employees in the country more than 60% of them working in R&D. It is also the sole successful joint venture between a member of the State-owned Assets Supervision and Administration Commission or SASAC and a foreign company, as such it's a source of pride in China with both support from and access to key decision makers. At a time when more than a few technology companies are experiencing challenges in China we believe that this puts us in a solid position for the future.

Second, North America where operator competition and M&A related uncertainty has put a slight short-term damper on the market, more than we expected at the start of the year. As I noted in my remarks on 5G however, the longer-term catalysts for strength in North America are there with big players who are pushing to move fast. In addition, we are working with our largest customers in North America to replace older Alcatel-Lucent equipment with our ultramodern AirScale solution. One of the advantages of these upgrades is that it will put 5G ready Nokia equipment widely into operation.

Finally, India, which helped drive sales in our Asia-Pacific region back to growth in the quarter. India has an aggressive challenger forcing the entire market to respond. As a result, even if M&A activity start to cool the market somewhat we see generally favorable conditions, as well as a very strong Nokia position. In fact, we believe we are considerably outpacing all our competitors in the country. It is remarkable to see how far India has come so fast and I would not even be surprised to see 5G coming to India faster than many other parts of the world. It is now, home to some of the world's most innovative and aggressive operators and that will help continue to drive progress forward.

With that as an overview of the quarter I will hand the call over to Kristian for more on our financials. Kristian?

**Kristian Pullola**
*Chief Financial Officer*

Thank you, Rajeev. I will begin today by commenting on our new IPR licensing and business collaboration deals with Apple and Xiaomi along with an overall financial performance of Nokia Technologies. Then some words on the creation of Nokia Shanghai Bell and the financial performance of Group Common and Other before taking you through our cash performance and working capital in Q2. And finally, I'll spend a few moments summarizing our recent refinancing activities, progress around cost savings and the guidance for the full year of 2017.

Starting with Apple and Xiaomi, on the Apple deal we have multiple reasons to be pleased. First, the licensing income has increased significantly. Furthermore, reaching an agreement quickly without continuing cost litigation enables us to save considerable OpEx and that adds to the value of the deal from our perspective. Related to only the Apple litigation, we had expected to spend at a run rate of approximately EUR 100 million annually given the agreement we should not see any Apple related litigation costs in Q3 and going forward.

Second, we got a substantial upfront cash payment of EUR 1.7 billion from Apple, strengthening further our cash position. As said earlier, our plan is to provide more details on the intended use of cash in conjunction with our Q3 earnings. Third, instead of a simple patent licensing agreement we have agreed on a more extensive business collaboration with Apple providing potential for a meaningful uplift in our IP routing, optical networks and digital health business units over time. Hence the value of the agreement will be reflected partly as patent licensing net sales in Nokia Technologies and partly as net sales in other Nokia business groups.

Then on our agreement with Xiaomi, while the deal is clearly smaller in size it marks a significant milestone in our efforts to get Chinese smartphone manufacturers under license. As we discussed in the past after signing Apple, we see our biggest licensing opportunity now with the Chinese smartphone

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

vendors. Similar to the Apple, the Xiaomi agreement is broader, strategic in nature, including network equipment and collaboration in a range of strategic projects. As part of the transaction we did also divest certain patents to Xiaomi in Q2. We expect to start recording licensing income from Xiaomi beginning from Q4.

Now on the quarterly numbers. Nokia Technologies net sales grew by 90% in Q2, primarily due to higher patent and brand licensing revenue, divested IPR and the acquisition of Withings in the year ago quarter. Approximately 40% of the year-on-year increase was due to nonrecurring net sales related to a new licensing agreement. The higher net sales drove higher gross and operating profit in the quarter both year-on-year and sequentially.

Moving then to the creation of Nokia Shanghai Bell. We closed the transaction with China Huaxin earlier this month. And as we have discussed in previous quarters, we have taken a fresh look at our operating model in China without grandfathering any past practices. While it took some time I believe that now with our Nokia Shanghai Bell JV, we have achieved the best possible mode of -- for long-term success in China. Nokia owns 50% plus one share of NSP and China Huaxin owning the remainder. In the transaction Nokia's China business was sold to the JV in China in exchange for fair value compensation in cash. As the JV was and NSB continues to be reported on a fully consolidated basis there was no change in Nokia's overall cash level as a result of the transaction. However, we now have a greater flexibility to utilize the cash received as we are able to repatriate it from China.

In our financial report today, in the subsequent events section in the back part of the document you will find an explanation of how NSB will be accounted for going forward given the fact that China Huaxin has a put option and Nokia has a call option related to NSB. The important point here is that we will run the JV NSB for long-term success and at the same time the exercise price of the options is based on a calculation, which Nokia believes is a fair way to value NSB.

Continuing next to the performance of the Group Common and Other in Q2. The overall revenue that we report in this area increased by approximately 14% year-on-year. The growth was primarily driven by Alcatel Submarine Networks, it sales benefited from the timing of certain large projects. Although the sales in radio frequency systems remained flattish year-on-year, our cost savings initiatives in RFS continue to show progress. We are continuing the strategic reviews of both businesses. For example on ASN, while the business has limited synergies with the rest of our networks portfolio submarine cables are becoming more important for web-scale players that need to link data centers on different continents. There are many factors to consider and as always, we aim to maximize shareholder value.

Turning then to our cash performance in the second quarter. On a sequential basis Nokia's net cash and other liquid assets decreased by approximately EUR 450 million with a quarter end balance of approximately EUR 4 billion. The sequential decrease was mostly attributable to cash outflows from financing activities, primarily due to the pay out of our 2016 dividend along with buybacks. As well as cash outflows from investing activities primarily related to the acquisition of Comptel.

In Q2 Nokia had approximately EUR 140 million of restructuring and associated cash outflows. Excluding this networking capital resulted in an increase of net cash of approximately EUR 1.2 billion. This was primarily due to an increase in short-term receivables mostly related to the EUR 1. 7 billion upfront cash payment from Apple, partly offset by the payment of incentives related to Nokia's business performance in 2016. Furthermore, a decrease in receivables was offset by an increase in inventories. Our inventories have been building up during the first half of the year and bringing this back to a more normalized level is a priority.

Given the extent of the nonrecurring cash inflows and outflows we have seen thus far in 2017 our earlier commentary on free cash flow for the full year 2017 is no longer as relevant. The large nonrecurring puts and takes include upfront cash payment from Apple, cash outflows for the acquisition of businesses as well as our recent refinancing transactions and an upcoming cash tax outflow which I will discuss shortly. Excluding these non-recurring items, we would still expect Nokia's free cash flow for the full year 2017 to be slightly positive. In Q2, we continued the optimization of Nokia's debt structure by issuing approximately EUR 900 million of new U.S. dollar denominated bonds and purchasing through tender offers approximately EUR 1.2 billion of the legacy Lucent U.S. dollar notes as well as our shortest dated

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

U.S. dollar notes. Overall, the cash flow related to our bond issuance and redemptions in the first half of the year roughly offset each other.

In addition to improving debt maturity profile, our debt structure optimization activities enabled us to reduce our interest rate expense run rate significantly. And this was reflected in our updated guidance for non-IFRS financial income and expenses earlier this year. Our overall Q2 debt related activities did result in a further improvement in our interest rate expense run rate, but this will be largely offset going forward by a interest charge related to the NSB transaction, which again is discussed in the subsequent events section of our press release in detail.

The interest charge replaces from an accounting point of view, the non-controlling interest in the P&L. Thus we continue to expect Nokia's non-IFRS financial income and expenses to be approximately EUR 250 million for the full year 2017. Our share repurchases under our capital structure optimization program continue to progress. In Q2, we executed approximately EUR 180 million of share buybacks and cumulatively we have completed approximately EUR 630 million of the overall planned EUR 1 billion. We plan to resume the share repurchases of the Q2 earnings and we are on track to complete the program by the end of 2017. As already mentioned, we intend to provide an update on Nokia's capital structure plans along with our Q3 earnings when our current capital structure optimization program will be approaching completion.

Continuing next with an update on taxes. Favorable profit mix benefited P&L tax rate again in the second quarter with our non-IFRS tax rate coming in lower than expected at 14%. Given the unusually low tax rate in the first half of 2017, we have today lowered our guidance for Nokia's non-IFRS tax rate for the full year to be in the range of 25% to 30%. Also we have today raised our guidance on Nokia's cash taxes to be approximately EUR 800 million for the full year 2017. The increase of EUR 200 million relates to an uncertain tax position in Germany, which originated from the disposal of the former Alcatel Lucent railway signaling business to Thales in 2006. Based on new facts and circumstances in Q2, we had an unfavorable nonrecurring change in uncertain tax positions of approximately EUR 200 million. The cash impact, which is also expected to be EUR 200 million is likely to come later [ 2017 ].

Turning finally to our multi-year EUR 1.2 billion cost savings target and a recap on key guidance items. We have today reiterated our EUR 1.2 billion cost savings target. We continue to believe that this is the right target for us and we are continuing to make progress towards this goal. We also reiterated our guidance for product portfolio integration-related network equipment swap outs to total EUR 900 million over the life of the program. Executing on our cost savings and swap out plans are clear priorities.

Lastly on guidance for our networks business for the full year 2017. While we have reiterated our expectations for top line to decline in line with our primary market and operating margin in the range of 8% to 10%, we now expect conditions in our primary market to be slightly more challenging than earlier anticipated. Instead of low single digit decline, we currently expect 3% to 5% decline in our primary market. As a reminder, the outlook is provided assuming constant foreign currency rates.

In addition, as Rajeev discussed in his remarks, we have today provided some new commentary on the drivers for our full year outlook for our networks business. These include uncertainties related to the timing of completions and acceptances of certain projects, particularly in the second half, 2017 as well as the level of R&D investment needed to maintain product competitiveness and accelerate 5G. We believe that we can manage through these headwinds and risks in 2017 with a relatively small impact on our targets for the full year.

With that over to Matt for Q&A.

**Matt Shimao**
*Head of Investor Relations*
Thank you, Kristian. [Operator Instructions] Kerry, please go ahead.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

We will now begin the question-and-answer session. [Operator Instructions] The first question comes from Andrew Gardiner of Barclays.

**Andrew Michael Gardiner**
*Barclays Bank PLC, Research Division*

I just have one regarding some of the different outlook within the Networks division. You've mentioned somewhere in your prepared comments, but just in particular the uncertainty related to the timing of completions and acceptances of certain projects I was just wondering if you can provide little more detail in terms of what you mean there? What type of project might be causing some problems in relation to some of the technology spending that you've also discussed? So a bit more detail would be helpful?

**Rajeev Suri**
*President & CEO*

Thanks, Andrew. So we -- I talked about this in previous calls that we are seeing a bigger than expected workload on the radio mobile networks division, one due to platform migration this is what I've talked about before, but we're also seeing advancement of some features by customers and now we are seeing acceleration of 5G. So when you put these 3 things together, there is even more pressure on workload and product road maps, particularly in the Radio team. So this leads to a slight elevation of risk that in certain projects -- and I want to say that the operative word is really certain that there could be some timing impact on acceptances and this could affect our revenues. Now I wanted to clear, this is not broad based and we are talking just about certain projects and we expect to be confident to manage through this as Kristian said.

**Operator**

The next question comes from Aleksander Peterc of Societe Generale Cross Asset Research.

**Aleksander Peterc**
*Societe Generale Cross Asset Research*

Just very briefly on licensing, can you tell us a little bit more about where we are with the LG arbitration? You said in June '15 that this will be concluded within 1 to 2 years, should we expect a resolution anytime soon or is there a delay here? And also will LG deal -- the deal with LG contain a significant catch up components? And then just also still on licensing, with respect to other Chinese vendors what sort of timeline should we expect for further developments there?

**Rajeev Suri**
*President & CEO*

Thanks for the question. So with regard to LG because it's an arbitration you can't predict the timing of that, so I won't to do that. But instead, allow me to give you a road map of how we see things. Yes, there is the LG component, but now that we've got the entry into China with the first licensee, we've also -- as we said before been working with the regulator, the NDRC in trying to get collaboration with them to help support discussions with further licensees. So the next step for us is China, that's in our road map sort of go down little bit further, automotive players where there's an interest to get licensing from us and then there's also India. So going back to -- now that we have done Apple, Samsung there will be LG, but there will also be China [indiscernible] and India. Again, I won't put a time frame on China, except to say that we are in an active dialog with multiple licensees.

**Operator**

The next question comes from David Mulholland of UBS.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

I just want to come back to the comments you made on win rates and orders and contracts and the growth you're seeing there. I know you mentioned you feel you are winning share, but could you be a bit more specific on what areas, is this both across mobile? And do you feel -- how material do you feel the share gains you're getting in the writing side of the business?

**Rajeev Suri**
*President & CEO*

Yes I think it's -- it comes out to be an end-to-end company, we're winning more strategic mind share with a number of customers. And again its 2 quarters, so let's -- let's be careful not to sort of declare victory yet, but I'd say that we want to watch for 3 or 4 rolling quarters to really confirm that we are taking share. It does appear that we are taking share, we are strong in the market. I'd say more on the mobile side. When it comes to routing your question there, I think we will get sort of significantly leap in technological leadership with FP4. We expect orders to come in, in the second half of the year, Q4 more likely and then meaningful revenues only starting next year with the web scales and enterprises and even service providers.

**Operator**

The next question comes from Mike Walkley of Canaccord Genuity.

**Thomas Michael Walkley**
*Canaccord Genuity Limited, Research Division*

Just on the networks division also with you nearing to 8% to 10% guidance, can you talk about maybe the mix in the second half of the year? Is there a different mix that maybe impacts gross margin or is that the increase in R&D that maybe keeps this in 8% to 10% range given the strong margins to start of the year?

**Kristian Pullola**
*Chief Financial Officer*

I think it's fair to say that now in Q2 we had web strong margins in the networks business, helped partly by Global Services, we had some acceptances coming there that helped us in the quarter. And as we move forward, we will continue to do to drive the pricing discipline that we have, we will actually start leverage more analytics in prices -- pricing as we go forward. And then also continue with the, continued improvement mindset that we have for product cost and any fixed costs to drive good margins also going forward. But then as we said, there are some of these uncertainties to take into account and I think it's also fair to say that out of the EUR 100 million OpEx cost savings that we estimated for the year, we have achieved, if you look at our financials, approximately EUR 80 million during the first 2 quarters. So in that sense, we do have a -- it's not for compare in the second half also from an operating expense point of view.

**Operator**

The next question comes from Achal Sultania from Credit Suisse.

**Achal Sultania**
*Crédit Suisse AG, Research Division*

Just a question on the market outlook again Rajeev. I think given your comments around the order book being up year-on-year the number of contracts you've won is also up year-on-year. Just trying to get a sense of like, are you assuming that there will be some M&A in the telco space going forward in the second half of the year, which is why you're being slightly more cautious as you were, or do you already see some kind of slowdown in the business already in the last, like few weeks, which is causing that downtick in outlook statement? Just wanted to get a sense of what exactly is happening and in which region?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Rajeev Suri**
*President & CEO*

Yes. So thanks, Achal. With regard to the market first, let me give a geographical sort of perspective on that. So previously we thought that North America could be a positive catalyst. We're seeing that less of the case this year, down a little bit of the operator competition there but also sort of impending possible consolidation M&A. We thought that China will be slow and that is confirmed to be slow. Europe is slower in terms of the recovery than we'd also expect at the end of the year. Middle East and Africa, Latin America are pretty much in line with what we had thought. Southeast Asia -- parts of Southeast Asia actually have turned out to be a bit more positive, but not enough to offset, North America not being the positive catalyst and then India robust as we said before we are even stronger than anybody else that's going well. Japan bouncing off its lows and that being positive, but we said that as well. So if you want to look at the deviations from what we thought at beginning of the year, I would say Europe recovery is slow and North America not being as much of a positive catalyst. I think the second part of the question was, if you've got all this order intake why is that not translating to our own sort of revenues and why we said that our revenues will fall in line with this new market guidance on top line. And that is because one, the risk on timing of certain projects that we mentioned. Yes there's FP4 that's coming, but that's the next year activity for us in terms of meaningful revenue. And then the third thing I would say is that some of the order intake is related to multi-year contracts, that don't necessarily convert in the second half of the year.

**Operator**

The next question comes from Sandeep Deshpande of JPMorgan.

**Sandeep Sudhir Deshpande**
*JP Morgan Chase & Co, Research Division*

My question is in 2 parts, quickly Rajeev on the 5G market. You've talked about North America, China possibly for the first time and Japan, but you did not mention Korea. What is happening in terms of potentially roll out of 5G networks in that country? Secondly, regarding your growth in the second pillar markets where you've highlighted some of the wins. Can you talk a little bit about FirstNet and what your contribution there is going to be and when that will start?

**Rajeev Suri**
*President & CEO*

Thanks, Sandeep. So on the 5G market, yes Korea will go with sort of precommercial pilots, but really I'd categorize them in showcase instead of little bit more than demonstrations in 2018. And then I think the first time talking about this is really because there is the willingness in the market now to drive 5G faster. Standardization is moving a little bit faster as well. And then also the fact that the ecosystem, when I'm talking ecosystem I mean chipset devices potentially could be brought forward as well by several months. All of this means that new commercial deployments could be bought forward. So -- and the other recognition is that it is not just a small cell technology and so it will be low-band spectrum, I think 600, 800, 900 that kind of spectrum. It will be mid band, I think 3.5, 4.5 and even and a high band millimeter wave and so on. So therefore I think there is clearly going to be macro for coverage and then there is going to be capacity with small cells and so on. So it is not just a small cell ultra dense technology, it's everything. And of course this will drive investments in other partner network like transport, optical and so on. So on Korea, I think it'll be in the mix, too. So clearly it will be Japan, China and U.S., but Korea could be, but don't count on 2018 being the big one, it will be a bit later. So 2019 could be mass commercial roll outs in these markets, potentially also parts of Europe. Your second question, public sector overall in verticals, our order intake is strong. On public sector specifically, I would say that when it comes to FirstNet in terms of meaningful investments and spend there, I think it's more 2018 than 2017.

**Operator**

The next question comes from Robert Sanders of Deutsche Bank.

**Robert Duncan Cobban Sanders**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Deutsche Bank AG, Research Division*

My first question would just be around the business collaboration agreement with Apple that you signed. Can you just talk a bit about what's the nature of that agreement, when it comes to providing network equipment infrastructure products? Do you have a supply agreements or is it more that Apple has agreed to trial maybe your IP routing products? And if I can just hold on to one other follow-up question to the previous, do you think that 5G is enough -- ready enough to now pull your addressable market to growth next year?

**Rajeev Suri**
*President & CEO*

Thank you, Robert. So first on the business collaboration on Apple, yes, it does involve agreements to supply optical and routing gear. So it's clearly more than trial. This is a real business collaboration with business that's going to come. On 5G and translation to market for next year, we're not giving any guidance as such for next year, it's still early days to form a solid opinion on that. Again as I said, meaningful deployments and hence meaningful revenues for the sector from market standpoint of 5G will be in 2019.

**Operator**

The next question comes from Francois Meunier of Morgan Stanley.

**Francois Auguste Roger Meunier**
*Morgan Stanley, Research Division*

So again like last quarter congratulations on the margin and especially on the gross margin performance. I mean probably there were quite a few low-hanging fruits from the Alcatel business in general, but can you describe if there is more juice basically potentially coming from this gross margin number, we can see in the Ultra Broadband Networks, like gross margin is going up despite revenues going down; in Global Services, same stuff, flat revenues, but the gross margin is going up something like 400 bps. So like -- is there anything we can expect for the coming quarter or maybe for 2018?

**Rajeev Suri**
*President & CEO*

Yes, thanks. I'll repeat what I said, I think this was a good quarter gross margin wise. A lot of hard work by a lot of people to get this result so a huge thanks to the team for that. We did get some help in Global Services from the timing of certain projects. And then when we look forward in the current environment, it is important for us to continue to have pricing discipline. The utilization of analytics there, the centralization approach that we have taken is going to be a key and important going forward. And in a similar way, driving costs out throughout the company sharing best practices, be it then former Alcatel-Lucent practices or former Nokia practices, we really don't care if they are best practices they should be shared across the company and then we go for continued improvement there. So that needs to be the mindset and we need to do that to offset some of the pricing pressure that will come in the industry given competition and with that continue to drive good margin here.

**Operator**

The next question comes from Stuart Jeffrey of Natixis.

**Stuart A Jeffrey**
*Natixis S.A., Research Division*

I had a question on the IPR business. You're not giving a run rate but given that the Apple deal only had one missed quarter, is there any reason we can just look at the sequential increase Q1 to Q2, divide that by 2 to get a realistic run rate going forward? And then just to clarify on Xiaomi, could you just talk about why they felt the need to take this license and how we translate that into why the other Chinese might be compelled to license your technology because they obviously haven't felt the need before? I'm trying to understand what's changed.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kristian Pullola**
*Chief Financial Officer*

So maybe I'll start then Rajeev chip in. So on Apple or on the licensing business we did pretty clearly call out that 40% of the increase of revenue related to nonrecurring parts of a new license agreement. And if you do the math there based on the numbers, we said, you kind of come to a EUR 60 million to EUR 65 million number, which is the revenue we booked now in the second quarter that related to the first quarter. So I think, yes, you can use that number to, a, calculate what the run rate revenue for the patent and brand licensing businesses and we also gave that number EUR 357 million. So I would claim that the run rate number is there, there is maybe a bit more math to do to get there. When it comes to Xiaomi and the Chinese, it is clear that they are, a, operating more and more outside of China; and b, China wants to be in a position to monetize IP because Chinese companies do a lot of R&D and create a lot of IP, as we speak and because of that the environment for IP in China is also changing. So I think there are these 2 drivers why Chinese vendors in general are now approaching IP in a different way.

**Operator**

The next question comes from Richard Kramer of Arete Research.

**Richard Alan Kramer**
*Arete Research Services LLP*

Rajeev, I'd like to sort of challenge couple of the received wisdom items about the industry. One is that the industry profitability depends almost entirely on the North American market, and in this quarter obviously North America was down sharply sequentially, yet the margins were fairly stable. And then the second one sort of hanging out there is that the industry as a whole is, for lack of a better word, more or less ex growth and that with some of the logic of the consolidation for the Alcatel deal among others. With all the areas that you're mentioning both in verticals and in acceleration of 5G and so forth and also in terms of profitability, do you think those elements of received wisdom are still correct? Do you think the profitability in other regions will over time match that you're seeing in North America? And do you think the industry has another growth cycle ahead of it? Or are we just sort of looking at managing down costs in a relatively flat environment long term?

**Rajeev Suri**
*President & CEO*

Thanks, Richard. So I think some of that is valid because, yes, it's a mature industry, but when we talk about that let's think about the primary addressable market for us on an end-to-end basis and then, yes there will always be some markets that are going to be higher margin sort of North America, Japan and so on relative to the others, but over time with their pricing excellence and so on others are also coming up. But again that difference will remain right. Then when it comes to the next cycle of growth in the longer term, 5G will be one. I believe 5G with Macro and Micro and Ultra Dense will be a new super cycle of growth down the line. And then for us, cable is the first point of diversification, lots of trials going on after of the acquisition gained speed. Revenues could start to come in 2018. Our products in the IP/Optics Nuage SD-WAN, SD for data center sort of that whole space plus also software can be sold to verticals, public sector, utilities, transportation, technological extra-large enterprises that use technology for competitive advantage then web scales. Right, so we are seeing early momentum in web scales. We are present in web scale, so it's not new. Now we just need to increase the penetration of the web scales with FP4 when that comes and sell some more products. So cable, 5G, verticals, web scale and of course the software business that we have. For me, those are the growth drivers that should -- at some point we should be starting to talk about the primary market plus the adjacencies, which is the total addressable market for Nokia, which will be healthier than [indiscernible].

**Operator**

The next question comes from Sebastien Sztabowicz of Kepler Cheuvreux.

**Sébastien Sztabowicz**
*Kepler Cheuvreux, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

One question on optics because the business declined quite quickly over the last few quarters and some of your competitors like [ China ] for instance are going still nicely. So do you have any specific plans to turn on the business or to introduce a new product in order to match customer needs?

**Rajeev Suri**
*President & CEO*

Thank you for the question. Yes, we have new products in front hall, which is basically connecting radio to basebands that's one there. We have -- the new cycle of moving to 200G and 400G will start as well in the future and of course web scale for us is new opportunity.

**Operator**

The next question comes from Amit Harchandani of Citigroup.

**Amit B. Harchandani**
*Citigroup Inc, Research Division*

Amit Harchandani from Citi. A couple if I may. Firstly, with respect to your applications and analytics business, how should we think about the medium-term trajectory there and it's moved into a high single-digit growth this quarter and how do you think it's positioning is shaping up versus your expectations and what are the milestones to watch out for next? And separately, as an unrelated follow-up, could you maybe comment on pricing dynamics in the industry, particularly as Huawei looks to pursue profitability at the expense of all out growth?

**Rajeev Suri**
*President & CEO*

Thanks, Amit. So first on application analytics. So long term, this is a growth business. Even in the service provider space it's a growth business, it is less price sensitive and for us, I think the milestones are a common software foundation so we want to make sure all of the software products we build are on a common software foundation because then you can innovate faster and you get more scale and you get better margin accretion as well. The second thing we're trying to do is when you are with the sales force that can sell to CIOs and CMOs and that's already happening, you can see the progress in some of the numbers. So the order intake was high, the revenue was up 9%. The third thing is new forms the pricing models for software because there will be different more education in the sales force. And then finally, increase the attach rate of services and sort of increased margins in services as you attach more services to every product you sell. Those are the milestones to look for. We are quite pleased with the progress in our strategy here, I'm really pleased with what the software team is doing. On pricing overall in the sector, no change from the time we spoke about it 2 years ago neutral.

**Operator**

The last question comes Simon Leopold from Raymond James.

**Simon Matthew Leopold**
*Raymond James & Associates, Inc., Research Division*

Maybe a good way to sort of wrap this up is to talk a little bit about the strategy of diversifying verticals. In terms of where you think you're going with this because I heard you and I understand that much of this is relatively small in terms of diversification today. But I'd like to get a better understanding of which are the biggest verticals and what are your objectives for perhaps 1 to 2 years out. I presume you've already been in cable, but that gets bigger and that this web scale high-end enterprise is probably the biggest upside opportunity, but I want to make sure, my understanding is reasonable and understand where it can go?

**Rajeev Suri**
*President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Simon. So yes, I think the greatest potential for us is in high-end enterprise for these large enterprises, utilities, public sector and clearly web scale. So public sector, mostly it's about LTE for public safety, [ FirstNet ] type of deals. So I'd say utilities, public sector, web scale, [ web ] package and then software applications analytics.

**Matt Shimao**
*Head of Investor Relations*

So thank you for your great questions today. And now I'd like to turn the call back to Rajeev for closing comments.

**Rajeev Suri**
*President & CEO*

Thanks, Matt, and Kristian, and thanks again to all of you for joining. Let me close by saying that I'm pleased with where we landed with our second quarter results. Not a perfect performance and we know where the gaps are, but I'm confident we are taking the right steps to further accelerate those things that are working well and fix those that are not. Looking ahead, we do see some market headwinds this year that are slightly beyond what we originally expected, but facing such headwinds is nothing new for Nokia. We have shown that we have our hands on the right business levers to adapt as needed, have unique advantages in our powerful portfolio and disciplined operating model and have a consistent focus on creating value.

With that, thank you very much for your time and attention. Matt, back to you.

**Matt Shimao**
*Head of Investor Relations*

Ladies and gentlemen, this concludes our conference call. I would like to remind you that during the conference call today, we have made a number of forward-looking statements that involve risk and uncertainties. Actual results may therefore differ materially from the results currently expected. Factors that could cause such differences can be both external such as general economic and industry conditions, as well as internal operating factors. We have identified these in more detail on Pages 67 through 85 of our 2016 Annual Report on Form 20-F. Our interim report for Q2 and half year 2017 issued today, as well as our other filings with the U.S. Securities and Exchange Commission. Thank you.

**Operator**
The conference is now concluded. Thank you for attending today's presentation. You may now disconnect your lines. Have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.