# Exhibit 19

**S&P Global**
Market Intelligence

# Nokia Corporation HLSE:NOKIA
# Company Conference Presentation
**Monday, November 12, 2018 4:00 PM GMT**

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ...................................................................... | 3 |
| Presentation | ...................................................................... | 4 |
| Question and Answer | ...................................................................... | 5 |

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Rajeev Suri**
*President & CEO*

## ANALYSTS

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

**Unknown Analyst**

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

Thank you very much. And now we're going to turn over to Dave Mulholland, who's our European semis analyst, and Nokia and we're going to have a discussion on 5G. Thank you, David.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*
So thanks, everyone, for joining us this morning. It's my pleasure to have Rajeev Suri, CEO of Nokia, to discuss 5G with me today. And I guess, from the questions we just saw, the challenge is that in terms of people's confidence and outlook in the kind of tech hardware space. Just to say before we jump in, if anyone has any questions they would like me to put to Nokia, the same conference app that you just used has a section that you can put questions into it, and we should have a few minutes at the end we can address a few of those.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

So before we jump into the future and 5G, I just wanted to quickly cover some of the challenges that Nokia has faced over the last 12 months. I think from my perspective, how we've initially seen a very strong financial performance post the Alcatel Lucent deal. The last 12 months have seen some more challenges to the business, particularly from a gross margin perspective, even if the top line's got a bit better. So I wondered if you could just run through some of those issues and comment on whether you think you're kind of the -- seems to me, at least for Q3, your past the worst, but I'd love to get your perspective on that.

**Rajeev Suri**
*President & CEO*

Thanks, David. So first, in Q3 last year, we had some issues regarding our swaps when we brought the road map together between the former Alcatel Lucent and Nokia on the wireless side. We had some delays on the swaps notably in the -- with a few customers, especially here in North America. That hurt us to some extent. And then the first half of this year, with Q4 last year was actually pretty decent. And then first half of this year, we saw some regional mix issues and product mix issues as well. So more lower-margin portfolio being sold relative to high-margin portfolio. In Q3, we saw some of that reverse, as we said it will happen, second half will be stronger. We also saw that the order backlog was 30% up since the start of the year. That's a good sign. And much of that is from 5G acceleration, Nokia's software business, et cetera. So I do believe from here on, things are starting to improve in our move to 2020. And of course, a EUR 700 million cost reduction that we have provides us more certainty towards that 2020 guidance goal.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

That's great. And so if we start to shift gear and look more towards the future and kind of what the [ balance ] or the presentation was [ done on ] 5G, we're now on the cusp of starting to move to the 5G era. We've seen U.S. operators already starting to spend in H2 this year. We're at least expecting China might start moving in H2 next year, but I wonder if you can just run through how you see the time line for 5G deployment across different regions globally.

**Rajeev Suri**
*President & CEO*

Yes. The U.S. is the fastest growth market to start growing. It's already started in the second half of this year. We are in the midst of it. Remember that overall 5G has been accelerated from what we thought maybe 12 months ago as an industry that it would be in 2020, and now we've started in 2018. So the U.S. is the first market to go on the basis of the spectrum that the current service providers have even if it's not all the best spectrum but they've started with what they had in terms of their assets. We expect South Korea to start large-scale rollouts in Q1 of next year. We expect that China probably at the back end of Q2 of next year. We expect Japan also to start rollout in back end of Q2 next year, maybe second half. We expect Australia, some countries in Middle East, Nordic countries and then some parts of Europe to go later in 2019. And then 2020 will be even more acceleration because we expect a second wave of the U.S. given that more spectrum will be awarded and millimeter wave likely also in the mid-band spectrum. It's -- remember, a good realistic 5G rollout involves low-band spectrum for national coverage, mid-band spectrum for regional coverage and high-band spectrum for specific applications, industrial or fixed wireless type application. So that's how we see it '19 and '20. And then all of Europe will start to go in 2020. Probably the back end of 2020, we'll see India pick up because of the capacity needs are getting enormous. So this will -- the cycle, I believe, has the potential to be longer than 4G, but we're going to do that maybe a little bit later this year.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

Yes, I can understand this. A few questions. Before we jump into kind of spending outlook and kind of more numbers terms, we're already starting to see some operators deploying in H2 this year. But what do you see as being the real benefit for kind of consumers or the use cases of 5G? In the 4G era, it really unlocked video streaming, what can we actually expect and get excited about with 5G?

**Rajeev Suri**
*President & CEO*

First of all, 5G provides a very significant reduction cost per bit, so every gigabyte of data that's produced is much more economical, something like 80% to 90% reduction on the cost of it. That, of course, opens up a much better, efficient way of delivering data and video, but also new possible services. So that's the first point. Second, of course, it gives the massive amount of capacity, like so the user experience will improve. Latency, which opens up a number of mission-critical applications but also augmented reality, and VR type of consumer applications. And of course, speed depending on the spectrum you have, which could be 10 gig per second peak speeds relative to what we see in LTE 4G, about a gig, and it could even go up to 20 gig over time. So the consumer services will be the efficient rollout and delivery of video and data 4K, 8K and so on. Virtual reality could be quite interesting in the consumer space, live entertainment, live sports. We're sitting on a couch in the living room, and we can watch the Super Bowl in Atlanta because we won't be wearing these odd headsets over time. The VR form factor will change to something like glasses. So VR/AR could be a strong driver of new types of services. And then a number of -- if you forecast in the future, I don't believe you'll be stuck to just one device. The handset will probably have VR/AR type form factor glasses. Will have continuous monitoring devices, health care intimate monitoring devices. Not just looking at fitness and your steps and ECG, but stress levels in diabetes, et cetera. So if we would have intimate monitoring devices there's just no way that 4G can offer that kind of capacity. You need 5G. So a few consumer things. But the greater opportunity over time will be in the industrial space. Fiber wireless network, either cloud based with Edge cloud delivery or just classical macro type being the private fiber wireless network for verticals. I cannot think of a vertical industry where you can't apply this. It'll be in health care, imagine 5G ambulances, talk about continuous monitoring devices, think about VR, robotic surgery. Of course, autonomous cars, autonomous trucks, autonomous mining. There are places like wind farms in Nebraska that are simply not covered and engineering could cover it for asset tracking and things like that. For logistics, advanced manufacturing where that low latency is very important when you have robots and humans working alongside each other. So over the next decade or so, I mean, the first use cases will be consumer. The second use case will start from industrial, which both the carriers will do because network slicing allows the service providers to provide those services to enterprise without delay. But more importantly, over time, vertical companies will build their own network. We're doing it ourselves. We're building a private cloud networking factory in Northern Finland because they just need robotics. And if you take a 10-year view, there will be a lot of factories that will be so-called bot factories and maybe even bot warehouses because robotics can do it all.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

Then in the context of many of the applications that you just mentioned, you're kind of branching beyond the traditional telco business, telco consumer use case. What do you think that means for the spending cycle that we'll see in 5G compared to what we've experienced in 4G and 3G before?

**Rajeev Suri**
*President & CEO*

So the previous technologies have been radio-driven technologies. This technology will be more end-to-end because you need a stronger backhaul network to be able to get to 5G radio. You need a stronger core network that moves to the cloud to be able to efficiently and more flexibly deliver some of these services. You need new OSS-BSS software platforms because the current software platform that many of the carriers have no way -- the right one for delivery of industrial-type services. You need network slicing, et cetera. So you need security end-to-end. You need to control better end-to-end. So first of

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

all, it's an end-to-end technology, and it isn't just about radio evolution, which we've seen in the past. And this is what most people misunderstand. Second, this is the only technology ever in the history of wireless that has such a broad coverage of spectrum starting from a few hundred megahertz all the way up to 90 gigahertz, right? So we didn't see in 4G, 3G, et cetera low-band builds in 600, 700 megahertz-type frequency, then 3.5, 3.7, 4.2-type frequency in the mid-band and then the high end as well. So it's got a broad step-in range. And third, the application isn't just for consumer, isn't just for the smartphone experience. It isn't just for video. It is for many other things. It's the confluence of capacity, latency and speed and massive machine-type communications between, if I can call it that way, just dumb devices that they just sit there for 10 years with their 10-year battery life and very low cost all the way up to strong intelligent industrial machines talking to each other. So given that the applications are broader, given the spectrum is extremely broad, typically 4G, 3G cycles have peaked at around 7 years, I would estimate that this will go beyond 7 years, probably peak at maybe 10 years or even more.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And in the context you made the comment earlier about the benefits this brings to telco in terms of cost repair and the reductions have covered the industry for nearly 10 years now, and it's been somewhat frustrating that you see the exponential growth in data that you don't end up seeing the benefit to the same extent to equipment vendors' top lines. Do you think there's anything potentially different in 5G that we might see a better environment for the cycle from that context?

**Rajeev Suri**
*President & CEO*

The software bit reduction is much more significant than previous-generation technology. I mean, the reason we haven't seen it is because the carriers haven't seen it by way of increased revenue. They've not been able to monetize the increased use of data. And that is why these new use cases that will be unleashed provide that potential, right? So again, from a consumer new services point of view, the opportunity for carriers to grow revenue will be there but somewhat limited. So I'm not going to get carried away and say it will be massive growth just on back of consumer services like live entertainment, live sports, et cetera. So it will be there, but more in the nature of incremental, depending upon which country, geography we're talking about. U.S. probably will benefit more than others. Japan will benefit more than others. Europe probably a bit deflationary. So consumer offers incremental opportunity. On the industrial offerings, just it's brand new. I mean, it's -- a lot of the enterprise channels that carriers have will buy wholesale SIMs and voice services, et cetera. But here we're talking about all kinds of new services. Question is how many carriers can tap into that opportunity and reinvent themselves to incent themselves the value chain. So from a Nokia point of view, I want to be able to get that opportunity together with our carrier customers as we have solutions to help them provide industrial IoT-type services. I want to be able to benefit from them getting new services' revenue growth on the consumer side but more importantly we want to also go directly to the enterprise. And they will build these networks on short spectrum and unlicensed spectrum in some cases, and consult with the carriers by using their licensed spectrum. But there is no doubt in my mind that the private wireless opportunity over time is going to be very, very significant. So from an enterprise growth point of view, from an -- I would predict that there is anywhere between 8% to 10% CAGR enterprise revenue growth over the next 10 years from 2018 to 2028 for the carriers to build an enterprise business. That potential is there. And that's a good thing. I'm not saying the whole business, but the enterprise business, so that could launch them into somewhat decent growth. But then the greater opportunity might well be in the enterprise. And there are countries that are now offering spectrum directly to vertical companies, right? So I mean, take the case of Germany, 100 megahertz of spectrum has been awarded there. Take the CBRS spectrum in the U.S., part of it is available for verticals and industrial use and some. But they've had real use cases. And we often talk about one of the use cases, how do we cover use cases. It's already there on the industrial side. They have hundreds and hundreds of problems they want to solve, and they've got use cases. Very often they're very trivial. But every ship that is loaded directly at the boat at the port and has the potential to scan containers to autonomous drones might save so many hours of unloading time and a lot of savings. So there are lots of these kinds of examples we can sit and give. Advanced manufacturing, et cetera, et

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cetera. So I think that overall for Nokia, both through enterprise as well as the carrier channel, there is a potential opportunity for long-term expansion.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And if we're focused on the carriers side to start with you -- Nokia's made -- talked a lot about the end-to-end strategy that you have. And obviously, the Alcatel Lucent acquisition was a key part of that. How are you seeing the engagements you're having with telcos change? Because personally, I struggled to see a wholesale shift to buying end-to-end, but how are you selling that end-to-end strategy? And how are you seeing the requirements from your customers change as they start to think about 5G?

**Rajeev Suri**
*President & CEO*

Particularly advantage of complexity because 5G is so end-to-end, and it's so complex so we've got to take advantage of that. 4G it was less so. It was really radio -centric. 5G is end-to-end just by way of technology so that offers us the tailwind to get more share of wallet as carriers move to 5G. So one evidence of that is our pipeline, so our multibusiness group pipeline, representing the best view of our end-to-end, flows -- down the line it's about 43% in the latest quarter. It was about 30% a year ago. So to me, there are 3 forms of end-to-end. The first is you just have the broad portfolio, and you can better leverage commercially and technically so you can just bundle better, et cetera, and you can get more share of wallet simply because you have this broad portfolio, you have touch points, you have relationships, et cetera. Take the U.S., we're selling pretty much all of our portfolio to the largest carriers there, right? Even though the cycles of procurement decisions are separate for each of them, like separate for radio, separate for routing, separate for optical, separate for packet core perhaps but given that we have the touch points, we sell more. So that's the first one, commercial bundling and just how blue is your account, i.e., how much more Nokia portfolio are you selling? Second is just the sort of mind share that you now get. You get a lot better mind share because you can -- we have this Future X architecture that Nokia Bell Labs has come up with, and now we're doing the same for Future X industries as well. And the broader portfolio just helps you get a lot more mind share with the CTO's of the operate, the CEOs and so on, because you know there's a new routing platform how it's going to change the radio and with the new VR services how it's going to change through the whole end-to-end pipe. So you can just talk better on network architecture. It's a mind share being converted to market. It's a bit more nebulous, but that's the second one. And the third is the most powerful, which is basically we can prove to you that there would be a total cost of ownership advantage and you'd get benefit on your OpEx reduction and some CapEx reduction over time. But we say up to 30% DCO benefit if you work end-to-end compared to a multivendor setting. And time-to-market advantage of something like 45%. So if you want to go 5G services you have end-to-end, less integration, less complexity, one player can do it quicker. And third, 14% better network reliability. And for the third piece, it's a bit more tricky because you have to prove it, and we've set up a lab, and we call it the Future X lab in Nokia Murray Hill in Bell Labs facilities to be able to get our customers come and toy with their use cases and say I want network slicing, and I'm going to do this end-to-end. And I can compare how it is relative to best-of-breed purchasing. So I don't think the world will fully go to one vendor. But if you have a vendor with all that portfolio, you're just going to be far more effective then to differentiate it. And by the way, the same holds true on the enterprise side. When we look at a private LTE or private wireless deal, it typically has routing, it's got optics, it's got radio, it's got software. So it's just easier, and enterprises are actually -- very much prefer not to deal with the complexity because they don't have that sort of CTO team as the operators do.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And on that point, obviously thinking about the enterprise channel, like I remember before the acquisition, Alcatel Lucent had already been making quite a big intent to move more into the enterprise space. Can we talk a little about how you're managing that internally within Nokia? It's obviously, a much broader customer base to what you've been used to and how you can kind of keep control of that incentive.

**Rajeev Suri**

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President & CEO*

Yes, we -- so Alcatel Lucent had started focus on it, but it was very much about setting boxes and IP and optics only. We tried to take it to the next level by investing in it and saying that we want to grow the small deals to large deals over time. And we feel the benefit of that. We talked about enterprise strategy in November 2016. We've grown year-to-date 18% of constant currency, so strong growth. We booked 97 new customer logos on our roster, so we have hundreds of customers now at enterprise. We have focused on the verticals of transportation, energy, public sector, solutions like GSM railway solutions, like LTE for public safety, solutions like private wireless, solutions to the Webscale hyperscale players. And so we've done well. It's now 5% of our revenue, fastest-growing business we have. And again, the only new investment is really in the channel because it's the same R&D, it's the same product that we packaged better together and we bought those for the enterprise. And given the whole industrial IoT I talked about, there's a great amount of potential there. So to me it's a structurally very attractive market, higher margin, higher growth over time. So from the 1st of January, we will set up an enterprise business group. So we'll consolidate some enterprise-specific R&D activities and the channel in one enterprise group leader that reports to me. My previous Chief Strategy Officer will take that role, and it's a real opportunity I think for us to grow that piece.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And then changing to talk a little bit, because one of the discussions I have with investors a lot is around the competitive intensity and kind of competition within the industry. And I guess, over the last couple of years we've heard Ericsson talking a lot more robustly on trying to regain share. We've seen some of your competitors facing security concerns and Samsung has kind of always been on the door. My personal view is that I don't see things changing that much, but I'd love to get your impression on how you see the competitive intensity and the competitive strategy differences between you and some of your competitors over the next year or 2.

**Rajeev Suri**
*President & CEO*

Yes, the competitive intensity in terms of price, and so on is neutral in the last couple of years. I've not seen it get better or worse. So that's neutral. In terms of security, we focus on our strengths. Our strength truly is our brand is tied very closely to security and privacy. And we focus on this. We put in security architecture right at the beginning when we design a product. We have something called designed for security. It's a product that's been designed for security, we have veto rights from the security folks in our company to not ship the product. So just as you design for quality, we design for security, putting some security architecture right at the beginning. So it's a huge focus in the company. But in terms of competitive intensity, I think there are 2 end-to-end players, just 2 out of the 5 that compete here in this carrier-focused industry. We are probably best served in moving to the enterprise because we have again this end-to-end portfolio. Again, we're not going to buy the ocean in the enterprise business. So our -- we only want to focus on the top 4,000 companies and not like building a deep enterprise channel because we're not interested in hospitality and hotels and educational institutions and selling WiFi and small cells to all kinds of people with massive reseller channel. That's not our interest. We're a large networks company. We want to keep focus on large networks whoever needs it, whether it' a Webscale or a carrier or an enterprise. So competitive intensity unchanged. We are the only ones that -- you talk about 5G, there are 14 operators in the lead countries, the 4 lead countries I talk about. We're the only ones that work with all 4 countries, all 14 operators. So it's a good position to be in right at the beginning of the outset of 5G, which we didn't have at Nokia in the past because we didn't have such a great presence in the U.S. or that expanded presence in China that we got up with the Alcatel Lucent acquisition. So I think we operate at scale in all the markets of that need end-to-end. And there are only 2 end-to-end players. And over time this will be a very significant differentiator as we move into 5G.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And maybe if we changed tact little bit and think about the technologies business for a second. I think over the last 2 years, there's been quite a lot of good shift, in my perspective, getting out of areas that weren't really paying off for the division and focusing more back on the core of the licensing piece of the company. And so I wonder if you can talk a little bit about the opportunities you see out to 2020. You've obviously given a 10% growth CAGR guidance for the division, but what you think can really drive that.

**Rajeev Suri**
*President & CEO*

So we have done very well with securing the large players in the smartphone space. Focus of the business is licensing, so we're not going to do any consumer go-to-market activities. We've tried, and we've let that go. Focus is completely licensing, patent licensing, band licensing and to a lesser extent, technology licensing. So we've done the smartphone players, the large ones. We're now pursuing the rest in China. And we're actively negotiating with many of the Chinese players. We've had some good wins in China with Huawei and Xiaomi last year. Now we have a few more to go. In parallel, we've started the automotive sector because connected cars offers us a great longer-term opportunity for licensing. And then we'll move to consumer broadcast and IoT verticals, think smart meter that get connected. And so obviously somebody needs to license that patent and so on. So we are balancing the large deals with the small deals, and so I'm confident that we can hit that guidance. But also, we are reinventing the patent. So this is a long-term business, right? So we have -- many of our -- much of our portfolio will be enforced 10 years from now. It's still a youthful portfolio, and we keep inventing. Since 2014, we've kept adding to that portfolio, pruning in some parts but adding crown jewels to that portfolio. So that when 5G comes, we'll continue to have that wave of licensing for the very long term. So this is a business that's done very well. I mean, EUR 600 million in 2014 and we more than doubled the run rate in just about 3 years or so, 3, 3.5 years.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And how do you think about your positioning? Obviously, it won't make that big a difference by 2020. But in the 5 years after, you'll start seeing more 5G handsets in the market. How do you think 5G will end up impacting the technology side of the business?

**Rajeev Suri**
*President & CEO*

In a positive way because just as we've monetized 3G and 4G, 5G will be in that same way. We have strong portfolio in 5G. We are one of the most meaningful contributors in standardization. And we have a portfolio, we need to do it for our own work. And of course, you get that adjacency benefit for also -- for monetizing patents. But we're also doing some device-related patents, so this isn't just about patents regarding standard essential patents, but also implementation patents regarding devices in Nokia Bell Labs. So it's a robust portfolio, and the 5G will continue to help us.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

That's great and I have a few more questions. Once that, if anyone has any questions they want to put to Rajeev, feel free to send them in the conference app. So if we take a think back I think nearly 3 years post the closing of the Nokia Alcatel deal. I think compared to our expectations were at the time the margins and things have played out a little bit more challenging than expected. But I wondered if you could talk about what you think has gone well about the deal and the transaction and where you think some of the challenges have been over the last 3 years.

**Rajeev Suri**
*President & CEO*

What's gone well is that we've been able to bring the roadmaps of the 2 products, i.e., product rationalized the wireless products fairly quickly. It can take years, but we've been able to do it in about a year. And then we were able to use the next 1.5 years to swap all that former Alcatel Lucent portfolio fairly well.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Even though we had a hiccup in Q3 last year, we recovered very nicely from that. It's almost done, so it's 95% of it is done and the rest will be done by the end of this year, which is quite remarkable that you can swap all that portfolio, now have cleaned the new AirScale Nokia base stations to move into the world of 5G. So that rationalization has been positive. Inevitably, there are hiccups, but it's been positive. The enterprise business has worked well for us. Nokia's software, building the stand-alone software business at scale, I mean, that's starting to now reap its rewards because we've been growing in that business about 3% last year and about 4% last quarter so it's starting to move into growth. The order backlog there is very strong. The cultural integration worked very well because that can go really badly, but that actually went beautifully. So in 3 years, we have -- our employees are highly engaged even if we have been restructuring and having layoffs in that last 3-year period. What didn't go well is at the beginning in Alcatel Lucent in 2015, there were some significant pull-forwards that company had done of revenue that hurt us when we started in 2016. In a public company acquisition, you can't manage that, but that's something that one has to learn from. Second, the market softened fairly meaningfully once we started, right? So the good of that is that, while you did the deal at the right time for 5G because 5G is end-to-end, and the need for that portfolio will really make a difference now. But that is then, of course, you have to go through a sort of headwind to the market as you came out of that. Yes, I think those are the puts and takes. And maybe even the fact that the routing market softened, which we didn't fully expect at the time. We thought it would be robust. We are taking share in IP routing as well as optical, but that market softening, given the strength of that portfolio, hurt us in '17 and '18.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And coming back to your point on the cultural integration and the 2 businesses, do you think you're pretty much through that now? And when do you start seeing the benefits of that in the actual operational performance of the business?

**Rajeev Suri**
*President & CEO*

Yes, we're through most of that. It is a -- usually it's a 3- to 5-year period you bring the cultures together, right? Because it's just 50,000 people from each company coming together with different cultures, different backgrounds. You've got to put the effort, and it just doesn't happen, right? You've got to all the way from Monday, and then putting -- harmonizing the incentives around the world, harmonizing the base systems around the world to deeper cultural attributes and what are your values, what are your culture, what do you stand for, how do you reinvent yourself. And so we have this culture focused around their care and just a strong execution drive their end care for principles on that. I work the price for principles myself. I'm a deep advocate of culture. I work pretty hands-on in the culture, spend a lot of time with people and employees. And we're now going to need customers who have lots of employee town halls to ensure that, that culture is -- you don't want a loose umbrella culture and just many subcultures, which can happen in M&A. So I think we're in a good place now. I'd say that integration is over at the end of this year. Cultural integration is 80% over. Employee engagement is super high, 85%, that level. Which is extremely high for 3 years into a merger like this. It's a journey, so it's never over. You have to keep working on a high-performance, high-integrity culture. But I think most of the heavy lifting is over, and now it's about optimizing and....

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And coming back to your point, on the end-to-end strategy because a lot of that requires the R&D integration and work between the 2 joint companies to actually make a compelling end-to-end solution. How long did it take? Because obviously, you've been talking quite meaningfully for the last 12 months about the strategy to actually get the product into place. And is there still more benefits to come from what you can actually do as 2 companies working together on the R&D side?

**Rajeev Suri**
*President & CEO*

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Oh, yes, there's -- I mean, even if you take the EUR 700 million reduction that we now announced in Q3, I mean, Phase 1 of a company's efforts is all around duplication of all of this -- eliminate all the duplication, right, eliminate overlap. The second phase is optimize, right? So optimize and accelerate. So we're now able to do things like harmonize the R&D across the end-to-end portfolio. Because the whole idea is solutions that are best going to cater to that better total cost of ownership and better time-to-market for our customers and better reliability in the network. If you can pretest and pre-integrate them in the background, right? And that's what we're trying to do with the Future X lab, et cetera. So we are pre-integrating, pretesting. I guess, one example of that is that we have now decided to move our core portfolio from the Mobile Networks business group to our Nokia Software business group, so we can follow the same practices of laying the common software foundation across all of our software products, pre-integrating, pretesting all the solutions and so on. So we're doing now the same for the enterprise, and of course, we're doing it for carriers as we move into 5G. So there is more benefit to come over time from just a neatly integrated pre-integrated, pretested solution if the customers want it. It's going to be compelling compared to multivendor solutions, which will just be a lot more hassle for them.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And we'll just take a few questions from -- that are coming in from the audience. There's one here. What do you see as the motivation for carriers to actually add all the backhaul capacity that you mentioned? You'd need or the improvements to get to the coverage they need given how regulated a lot of their industries can be, and I guess, some of the questionable revenue opportunities in the short term?

**Rajeev Suri**
*President & CEO*

Motivation is 5G because there's no point having a high capacity radio if you don't have the links in between to transport all of that. So otherwise, your backhaul would be a bottleneck. Second, if you don't have a strong backhaul, you're going to have to leave the backhaul from someone else, and you're going to have to pay optics for that and that becomes a headwind in your business. So there's a lot of motivation for a number of the big players to first do backhaul before you even get to radio. We've seen some of that happen now. You can see our optical business is on a tear. We've been growing, what, 25%, 27% over the last couple of quarters. Three, 4 quarters we've had some very decent growth there. Of course, we've got a lot of success in hyperscale players and to some degree, in enterprise but mostly because of the service providers trying to build their backhaul if you have good innovation there. So there's a lot of motivation to upgrade IP. There's a lot of motivation to upgrade your backhaul, to take control of your destiny because if you don't have that, you're going to have a difficult 5G rollout. Plus, it's not just about backhaul. Over time, even the radio will be distributed in what we call baseband units where the compute power is and the radio frequency units where the radiating is, and that's called front haul. That's also transport. So transport is obviously the single most important factor for carriers to consider.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And then you mentioned a few times in talking about the 5G opportunity, the opportunities you have beyond traditional service providers. If you were to think out over the kind of 5G cycle, how big do you think some of those new opportunities in enterprise players could actually be as a kind of revenue opportunity for you?

**Rajeev Suri**
*President & CEO*

So we've done a number of research. There's also outside research available on this, and we'd say there are 7 million base station sites in the carrier world. And we believe that over the longer term, this is like a 10-year view, that 14 million base station sites need to be built in the industrial world. So you can see that there's a great opportunity out there for -- the pace will be driven by the spectrum, the capabilities of the enterprises, the need to digitalize, et cetera. But strong opportunity in the enterprise side. That's why I'm very excited about it to penetrate that both through the carriers with the carriers as well as directly

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for the enterprises. Because a lot of this is WiFi displacement. If you think about CIOs in companies, they use WiFi for enterprise IT. But as the focus shifts from CIOs to CDOs, Chief Digital Officers, to operational IT, not enterprise IT, WiFi is not a good technology for that because you need to asset track your various machines and things like that. And WiFi is low security, low coverage. Best effort, it is 4G, not just 5G, but 4G and 5G, is just very different, especially for process caught control industries or manufacturing where latency would be a driver, and it's not always about 1 millisecond latency with 5G that we need for many cases, we're also happy with 10 milliseconds that can be done with Edge cloud and 4G, which opens up a number of use cases too. And today we're dealing with 50, 60, 70 milliseconds-type latency. So can you imagine the potential for these players?

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And then you've given targets for what you where you want margins in the business to get to for 2020, if I remember right, 9% to 11% for the Networks business. And what do you think is going to take to get from where you are today with expectations around 6% for this year to deliver that over the next 2 years?

**Rajeev Suri**
*President & CEO*

So we said 12% to 16% as a group level for 2020 driven by both the sort of 3 factors. Tailwind from the market. We'd say that the market will be in growth in '19 and '20. We will -- we expect we will outperform the market in the long term so that gives you operating leverage. Second, the EUR 700 million reduction, which clearly sort of over '19 and '20, that will start to take hold. And third, it's just this whole 5G enterprise as well as software opportunity. So we'll see how that is phased between '19 and '20. But clearly, we feel confident that we can hit that guidance over that period of time.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

And then just one final question has just come in from the audience, which is do you think 5G will be a game changer for second- and third-world countries? If that actually were to go, I guess, in the time line it's probably be a bit further down, but how do you see the opportunity in kind of beyond the sort of developed world?

**Rajeev Suri**
*President & CEO*

Yes, 5G is -- we predict that 5G will be a general-purpose technology, right? Like the Internet or the wheel, because it's just changes the equation of productivity for economies. It -- we think there can be massive productivity leap with 5G over time. It changes -- it gives more time back to consumers, some more productive time. We can decide what we want to do with it, but we do get more time back. And for the industrials, it's a meaningful leap in productivity. So there will be countries that will just leapfrog. Of course, it's always about the device prices and the price points in second-, third-world countries. Take the example of India. I would suggest that India might be going at scale along the same time line as Europe because in India, the average consumption of gigabytes per data on the wireless network per consumer. So it is about 12 to 15 gigabytes per user per month per wireless. And apart from Finland, many other European countries are a fraction of that. So you can see from a capacity point of view, if that 12 to 15 becomes 25 to 30, the need for 5G has arrived instantly.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*

Great. I think with that, thank you very much, Rajeev.

**Rajeev Suri**
*President & CEO*

Thank you. Bye-bye.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Terence Mulholland**
*UBS Investment Bank, Research Division*
Pleasure having you. Thanks for joining us.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2018 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2018 S&P Global Market Intelligence.