# Exhibit 23

# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a -16 or 15d -16 of**
**the Securities Exchange Act of 1934**

**Report on Form 6-K dated April 25, 2019**
**(Commission File No. 1-13202)**

# Nokia Corporation
**Karaportti 3**
**FI-02610 Espoo**
**Finland**
(Name and address of registrant's principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

**Form 20-F**: ☒      Form 40-F: ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):

Yes: ☐      **No**: ☒

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):

Yes: ☐      **No**: ☒

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes: ☐      **No**: ☒

Enclosures:

Nokia stock exchange release dated April 25, 2019:  Nokia Corporation Interim Report for Q1 2019

Nokia Corporation Interim Report for Q1 2019 [FULL REPORT ATTACHED TO THE STOCK EXCHANGE RELEASE]

# NOKIA

*INTERIM REPORT*

April 25, 2019

**Nokia Corporation Interim Report for Q1 2019**

Nokia Corporation
Interim Report
April 25, 2019 at 08:00 (CET +1)

**Nokia Corporation Interim Report for Q1 2019**

**Particularly weak Q1, consistent with our outlook; Full year 2019 guidance maintained due to expected 5G ramp up**

This is a summary of the Nokia Corporation interim report for Q1 2019 published today. The complete interim report for Q1 2019 with tables is available at www.nokia.com/financials. Investors should not rely on summaries of our interim reports only, but should review the complete interim reports with tables.

**RAJEEV SURI, PRESIDENT AND CEO, ON Q1 2019 RESULTS**

Q1 was a weak quarter for Nokia. We expected that it would be, and the outcome has not changed our perspective on the full year. We are confident that those issues that drove weakness in our results will ease over the remainder of the year. While overall risks have increased slightly, we continue to see positive developments and are maintaining our guidance for the full year.

As the year progresses, we expect meaningful topline and margin improvements. 5G revenues are expected to grow sharply, particularly in the second half of the year, driven by our 36 commercial wins to date. Global services profitability should improve as we recover in a handful of large rollout projects, IP routing is now firmly back to growth given our product leadership, and optical networks continues its long run of growth. We are also seeing good underlying momentum in our strategic focus areas of software and enterprise, and we are moving steadily forward on our path to build a strong licensing business that is sustainable for the long-term.

In terms of risks, one factor is our slow start to the year. In addition, competitive intensity has slightly increased in certain accounts as some competitors seek to be more commercially aggressive in the early stages of 5G and as some customers reassess their vendors in light of security concerns, creating near-term pressure but longer-term opportunity. We will continue to take a balanced view, and are prepared to invest prudently in cases where there is the right longer-term profitability profile. We are also progressing well with our previously announced EUR 700 million cost savings program.

In short, an expectedly weak Q1, but continued reason for optimism as the year progresses.

1

**Q1 2019 reported and non-IFRS results. Refer to note 1, "Basis of Preparation", note 2, "Non-IFRS to reported reconciliation" and note 13, "Performance measures", in the "Financial statement information" section for details.**

| EUR million (except for EPS in EUR) | Q1'19 | Q1'18 | YoY change | Constant currency YoY change |
|---|---|---|---|---|
| Net sales | **5 032** | 4 924 | 2% | *(2)%* |
| Operating profit/(loss) | **(524)** | (336) | 56% | |
| Operating margin % | **(10.4)%** | (6.8)% | (360)bps | |
| EPS, diluted | **(0.08)** | (0.06) | | |
| *Operating profit/(loss) (non-IFRS)* | ***(59)*** | *239* | | |
| *Operating margin % (non-IFRS)* | ***(1.2)%*** | *4.8%* | *(600)bps* | |
| *EPS, diluted (non-IFRS)* | ***(0.02)*** | *0.02* | | |
| Net cash and current financial investments(1) | **1 991** | 4 179 | (52)% | |

(1)Net cash and current financial investments does not include lease liabilities.

- Non-IFRS net sales in Q1 2019 were EUR 5.1bn, compared to EUR 4.9bn in Q1 2018. Reported net sales in Q1 2019 were EUR 5.0bn, compared to EUR 4.9bn in Q1 2018. On a constant currency basis, non-IFRS net sales decreased 1% and reported net sales decreased 2%. Our solid topline reflects the competitiveness of our offerings, as well as an improving industry environment. We continue to see positive momentum building for our end-to-end strategy, with strong customer engagement in all key markets and across our portfolio. Due to the evolving readiness of the 5G ecosystem, in Q1 2019, we were unable to recognize approximately EUR 200 million of net sales related to 5G deliveries mainly in North America, which we expect to recognize in full before the end of 2019.
- Non-IFRS diluted EPS in Q1 2019 was negative EUR 0.02, compared to EUR 0.02 in Q1 2018, primarily driven by lower gross profit, partially offset by income tax benefits compared to income tax expenses in the year-ago quarter.
- Reported diluted EPS in Q1 2019 was negative EUR 0.08, compared to negative EUR 0.06 in Q1 2018, primarily driven by lower gross profit, partially offset by a net positive fluctuation in financial income and expenses, higher income tax benefits and lower operating expenses.
- In Q1 2019, net cash and current financial investments decreased sequentially by approximately EUR 1.1bn, primarily due to weak seasonality and changes in net working capital.
- Full year 2019 guidance maintained. Nokia's cash performance in the second quarter of 2019 is expected to include the payment of 2018 performance-related incentives to employees and a quarterly dividend. We expect substantially stronger financial performance in the second half of 2019 as large scale 5G deployments accelerate meaningfully.

**NEW FINANCIAL REPORTING STRUCTURE BEGINNING Q1 2019**

Nokia announced organizational changes to accelerate its strategy execution during the fourth quarter of 2018. In line with financial regulations, Nokia revised its financial reporting structure to better reflect its strategy, organizational structure and the way it evaluates operational performance and allocates resources. As of the first quarter 2019, Nokia has three reportable segments: (i) Networks, (ii) Nokia Software and (iii) Nokia Technologies. In addition, Nokia discloses segment-level data for Group Common and Other.

For each reportable segment, Nokia provides detailed financial disclosure, including net sales and operating profit. Additionally, Nokia provides adjusted financial disclosure for its Networks and Nokia Software reportable segments, with amounts related to licensing and Nokia Bell Labs allocated 85% to Networks and 15% to Nokia Software.

In addition, Nokia provides net sales disclosure for the following businesses: (i) Mobile Access, (ii) Fixed Access, (iii) IP Routing and (iv) Optical Networks, which together comprise the new Networks reportable segment. Nokia also provides separate net sales disclosure for its different customer types: (i) Communication Service Providers, (ii) Enterprises and (iii) Licensees. Net sales by region are provided at the Nokia level.

To provide a basis for comparison, Nokia published a recasting of financial results on an unaudited basis for all four quarters of 2018 separately, as well as for the full year 2018, on April 18, 2019.

**LICENSEES**

After the end of Q1 2019, Nokia Technologies agreed to financial terms with a new licensee, further validating our global licensing program. The final agreement is expected to be signed during the coming weeks. Including this new licensee, Nokia Technologies' annualized net sales run-rate would be approximately EUR 1.4 billion.

Over more than 20 years, we have cumulatively invested over EUR 125 billion in advanced telecommunications technologies R&D and defined many of the fundamental technologies used in virtually all mobile devices. We have taken a leadership role in standards setting, and we have secured a leading share of essential patents for GSM, 3G, 4G and 5G technologies.

3

**OUTLOOK**

| Metric | Full Year 2019 | Full Year 2020 |
|---|---|---|
| Non-IFRS diluted earnings per share | EUR 0.25 - 0.29 | EUR 0.37 - 0.42 |
| Non-IFRS operating margin | 9 - 12% | 12 - 16% |
| Recurring free cash flow(1) | Slightly positive | Clearly positive |
| Annual distribution to shareholders | Over the long term, Nokia targets to deliver an earnings-based growing dividend by distributing approximately 40% to 70% of non-IFRS diluted EPS, taking into account Nokia's cash position and expected cash flow generation. The annual distribution would be paid as quarterly dividends. | |

(1)Free cash flow = net cash from operating activities - capital expenditures + proceeds from sale of property, plant and equipment and intangible assets — purchase of non-current financial investments + proceeds from sale of non-current financial investments.

**Key drivers of Nokia's outlook**

**Net sales and operating margin for Networks and Nokia Software are expected to be influenced by factors including:**

- Our expectation that we will outperform our primary addressable market in full year 2019 and over the longer-term, driven by our strategy, which includes competing in 5G more effectively due to our strong end-to-end portfolio, focusing on targeted growth opportunities in attractive adjacent markets and building a strong network agnostic software business. On a constant currency basis, we expect our primary addressable market to be flattish in full year 2019 and to grow in full year 2020;
- The slow start to 2019 and expected weak overall first half puts significant pressure on execution in the second half. Due to the evolving readiness of the 5G ecosystem, in Q1 2019, we were unable to recognize approximately EUR 200 million of net sales related to 5G deliveries mainly in North America, which we expect to recognize in full before the end of 2019. (new commentary);
- The timing of completions and acceptances of certain projects, particularly related to 5G. Based on the evolving readiness of the 5G ecosystem and the staggered nature of 5G rollouts in lead countries, we expect full year 2019 to follow a similar pattern as full year 2018: a soft first half followed by a robust second half, with a particularly weak Q1;
- Competitive intensity could increase in some accounts as some competitors seek to take share in the early phases of 5G (new commentary);
- Some customers are reassessing their vendors in light of security concerns, creating near-term pressure to invest in order to secure long-term benefits (new commentary);
- Our expectation that we will improve our R&D productivity and reduce support function costs through the successful execution of our cost savings program;
- Potential mergers or acquisitions by our customers;
- Our product and regional mix; and
- Macroeconomic, industry and competitive dynamics.

**Net sales and operating margin for Nokia Technologies is expected to be influenced by factors including:**

- The timing and value of new and existing patent licensing agreements with smartphone vendors, automotive companies and consumer electronics companies;
- Results in brand and technology licensing;
- Costs to protect and enforce our intellectual property rights; and
- The regulatory landscape.

**Additionally, our outlook is based on the following assumptions:**

- Nokia's recurring free cash flow is expected to improve over the longer-term due to lower cash outflows related to restructuring and network equipment swaps and improved operational results over time;
- Non-IFRS financial income and expenses to be an expense of approximately EUR 300 million in full year 2019 and over the longer-term;
- Non-IFRS income taxes at a rate of approximately 28% in full year 2019 and approximately 25% over the longer-term, subject to the absolute level of profits, regional profit mix and changes to our operating model;
- Cash outflows related to income taxes of approximately EUR 450 million in full year 2019 and over the longer term until our US or Finnish deferred tax assets are fully utilized; and
- Capital expenditures of approximately EUR 700 million in full year 2019 and approximately EUR 600 million over the longer-term.

**NOKIA FINANCIAL RESULTS**

| EUR million (except for EPS in EUR) | Q1'19 | Q1'18 | YoY change | Constant currency YoY change |
|---|---|---|---|---|
| Net sales | **5 032** | 4 924 | 2% | *(2)%* |
| Networks | **3 944** | 3 783 | 4% | *0%* |
| Nokia Software | **543** | 541 | 0% | *(4)%* |
| Nokia Technologies | **370** | 365 | 1% | *0%* |
| Group Common and Other | **220** | 252 | (13)% | *(12)%* |
| Non-IFRS exclusions | **(25)** | (5) | 400% | |
| Gross profit | **1 580** | 1 805 | (12)% | |
| Operating profit/(loss) | **(524)** | (336) | | |
| Networks | **(254)** | 46 | | |
| Nokia Software | **(7)** | 1 | | |
| Nokia Technologies | **302** | 274 | 10% | |
| Group Common and Other | **(100)** | (83) | | |
| Non-IFRS exclusions | **(464)** | (575) | | |
| Operating margin % | **(10.4)%** | (6.8)% | (360)bps | |
| *Gross profit (non-IFRS)* | ***1 641*** | *1 941* | *(15)%* | |
| *Operating profit/(loss) (non-IFRS)* | ***(59)*** | *239* | | |
| *Operating margin % (non-IFRS)* | ***(1.2)%*** | *4.8%* | *(600)bps* | |
| Financial income and expenses | **(55)** | (108) | (49)% | |
| Income taxes | **142** | 94 | 51% | |
| Profit/(loss) for the period | **(442)** | (354) | | |
| EPS, diluted | **(0.08)** | (0.06) | | |
| *Financial income and expenses (non-IFRS)* | ***(93)*** | *(116)* | *(20)%* | |
| *Income taxes (non-IFRS)* | ***41*** | *(36)* | | |
| *Profit/(loss) for the period (non-IFRS)* | ***(116)*** | *83* | | |
| *EPS, diluted (non-IFRS)* | ***(0.02)*** | *0.02* | | |

5

Results are as reported and relate to continuing operations unless otherwise specified. The financial information in this report is unaudited. Non-IFRS results exclude costs related to the acquisition of Alcatel-Lucent and related integration, goodwill impairment charges, intangible asset amortization and other purchase price fair value adjustments, restructuring and associated charges and certain other items that may not be indicative of Nokia's underlying business performance. For details, please refer to note 2, "Non-IFRS to reported reconciliation", in the notes to the Financial statement information in this report. Change in net sales at constant currency excludes the effect of changes in exchange rates in comparison to euro, our reporting currency. For more information on currency exposures, please refer to note 1, "Basis of Preparation", in the "Financial statement information" section in this report.

**Net sales by region**

| EUR million | Q1'19 | Q1'18 | YoY change | Constant currency YoY change |
|---|---|---|---|---|
| Asia-Pacific | **963** | 910 | 6% | *2%* |
| Europe | **1 500** | 1 506 | (0)% | *(1)%* |
| Greater China | **434** | 480 | (10)% | *(12)%* |
| Latin America | **305** | 297 | 3% | *0%* |
| Middle East & Africa | **413** | 431 | (4)% | *(7)%* |
| North America | **1 418** | 1 301 | 9% | *1%* |
| **Total** | **5 032** | **4 924** | **2%** | ***(2)%*** |

**Net sales by customer type**

| EUR million | Q1'19 | Q1'18 | YoY change | Constant currency YoY change |
|---|---|---|---|---|
| Communication service providers | **4 207** | 4 080 | 3% | *(1)%* |
| Enterprise | **260** | 244 | 7% | *3%* |
| Licensees | **370** | 349 | 6% | *5%* |
| Other(1) | **195** | 251 | (22)% | *(21)%* |
| **Total** | **5 032** | **4 924** | **2%** | ***(2)%*** |

(1)Includes net sales of Alcatel Submarine Networks (ASN) and Radio Frequency Systems (RFS), both of which are being managed as separate entities, and certain other items, such as eliminations of inter-segment revenues and certain items related to purchase price allocation. ASN and RFS net sales include also revenue from communications service providers and enterprise customers.

Our new Nokia Enterprise business is performing well. Net sales to enterprise customers, excluding the third party integration business that we are exiting, grew 8% on a reported basis, and 5% on a constant currency basis.

**Nokia, Q1 2019 compared to Q1 2018**

Nokia reported net sales grew approximately 2%. Nokia non-IFRS net sales grew approximately 3%, due to the exclusion of EUR 22 million of restructuring and associated charges. On a constant currency basis, Nokia reported net sales decreased approximately 2% and Nokia non-IFRS net sales decreased approximately 1%.

Nokia non-IFRS and reported net sales, excluding approximately EUR 40 million (EUR 10 million in Q1 2018) of one-time licensing net sales in Q1 2019, both grew by approximately 2%, as our customers added network capacity in preparation for the continued rise in broadband traffic driven by 5G. Our solid topline in Q1 2019 reflected the competitiveness of our end-to-end portfolio, with particular strength in IP routing, as well as an improving industry environment.

Due to the evolving readiness of the 5G ecosystem, in Q1 2019, we were unable to recognize approximately EUR 200 million of net sales related to 5G deliveries mainly in North America, which we expect to recognize in full before the end of 2019.

Networks and Nokia Software continued to see strong customer engagement related to 5G across multiple parts of our portfolio, including radio, cloud core, transport, IP routing and network agnostic software. In Q1 2019, we continued to make progress with our strategy to diversify and grow, with solid results in Nokia Software and with enterprise customers.

In Nokia Technologies, the growth in net sales was primarily due to one-time licensing net sales in Q1 2019. On a recurring basis, net sales declined by 4%.

The growth in net sales to enterprise customers was primarily due to strong demand for our market-leading IP routing portfolio and, to a lesser extent, particularly strong percentage growth in private LTE and 5G wireless networks for industrial applications. We see strong momentum in industries like utilities, oil, gas, mines, manufacturing and logistics, as well as the public sector. Excluding the third party integration business that we are exiting, net sales to enterprise customers grew 8% on a reported basis, and 5% on a constant currency basis.

The decline in Nokia gross profit was primarily attributable to Networks, which was negatively affected by broad-based gross margin erosion in Mobile Access.

Nokia non-IFRS diluted EPS decreased by EUR 0.04, primarily due to lower gross profit, partially offset by income tax benefits compared to income tax expenses in the year-ago quarter.

Nokia reported diluted EPS decreased by EUR 0.02, primarily driven by lower gross profit, partially offset by a net positive fluctuation in financial income and expenses, higher income tax benefits and lower operating expenses.

7

**CASH AND CASH FLOW IN Q1 2019**

During the first quarter of 2019 Nokia's free cash flow was negative EUR 913 million driven by:

- continued cash outflows related to restructuring and network equipment swaps;
- seasonally weak profitability in the first quarter;
- seasonally lower cash collection following significantly higher sale of receivables in the fourth quarter of 2018 and certain unexpected and unusual overdues at end of the first quarter by a limited number of customers; and
- seasonally higher inventory levels, as well as higher than normal inventory levels due to: a) our decision to ensure sufficient flexibility to deliver higher levels of equipment sales, particularly related to 5G and b) the deferral of revenue recognition, mainly in North America. In Q1 2019, we were unable to recognize approximately EUR 200 million of net sales, which we expect to recognize in full before the end of 2019.

In the second quarter 2019 Nokia expects inventories to remain at elevated levels, followed by significantly improved inventory levels in second half of 2019 as large scale 5G deployments accelerate meaningfully.

Nokia has established a free cash flow program to ensure company-wide focus on free cash flow and release of working capital, including project asset optimization, review of contract terms & conditions as well supply chain and inventory optimization. Senior leaders of Nokia have significant part of their incentives tied to free cash flow improvement targets in 2019 and beyond.

| EUR million, at end of period | Q1'19 | Q4'18 | QoQ change |
|---|---|---|---|
| Total cash and current financial investments(1) | **6 394** | 6 873 | (7)% |
| Net cash and current financial investments(1) | **1 991** | 3 053 | (35)% |

(1) Net cash and current financial investments does not include lease liabilities. For details, please refer to note 7, "Net cash and current financial investments", and note 13, "Performance measures", in the "Financial statement information" section in this report.

During the first quarter 2019, Nokia's total cash and current financial investments decreased by EUR 479 million and Nokia's net cash and current financial investments ("net cash") decreased by EUR 1 062 million.

Foreign exchange rates had an approximately EUR 50 million negative impact on net cash, primarily related to liabilities.

In the first quarter 2019, net cash used in operating activities was EUR 747 million:

- Nokia's adjusted profit before changes in net working capital was EUR 7 million in the first quarter 2019.
- In the first quarter 2019, Nokia generated a decrease in net cash related to net working capital of approximately EUR 530 million. Excluding approximately EUR 130 million of restructuring and associated cash outflows, Nokia generated an approximately EUR 410

8

million decrease in net cash related to net working capital, primarily due to a decrease in liabilities and an increase in inventories, partially offset by a decrease in receivables.

- The decrease in receivables was approximately EUR 380 million, primarily due to a seasonal decrease. The seasonal decrease was less than normal, due to the high level of receivables sold in Q4 2018.
- The increase in inventories was approximately EUR 280 million, primarily due to our decision to ensure sufficient flexibility to deliver higher levels of equipment sales, particularly related to 5G, and a seasonal increase in inventories. In Q1 2019, we were unable to recognize approximately EUR 200 million of net sales related to 5G deliveries mainly in North America, which we expect to recognize in full before the end of 2019.
- The decrease in liabilities was approximately EUR 510 million, primarily due to the seasonal decrease in accounts payable.
- In addition, cash taxes amounted to an outflow of approximately EUR 180 million. In Q1 2019, cash taxes were at an elevated level primarily due to the timing of tax payments. Also, net interest amounted to an outflow of approximately EUR 40 million.
- The implementation of IFRS 16 positively impacted our net cash used in operating activities and negatively impacted our net cash from financing activities, both by approximately EUR 60 million.

In the first quarter 2019, net cash used in investing activities primarily related to capital expenditures of approximately EUR 180 million.

In the first quarter 2019, net cash used in financing activities primarily related to leasing payments of approximately EUR 60 million following the implementation of IFRS 16.

**Cost savings program**

We expect our most recent cost savings program to result in a net EUR 700 million reduction of non-IFRS operating expenses and production overheads in full year 2020 compared to full year 2018, of which EUR 500 million is expected to come from operating expenses and EUR 200 million is expected to come from cost of sales. The related restructuring charges are expected to total EUR 900 million.

Balances related to previous restructuring and cost savings programs have been included as part of this cost savings program. At the beginning of Q1 2019, the balance of restructuring and associated liabilities related to prior cost savings programs was approximately EUR 630 million. This amount is included in the total expected restructuring and associated cash outflows of EUR 1 550 million, rounded to the nearest EUR 50 million, in addition to the approximately EUR 900 million of expected cash outflows related to our most recent cost savings program.

The following table summarizes the financial information related to our cost savings program as of the end of the first quarter 2019.

| In EUR million, approximately | Q1'19 |
|---|---:|
| Balance of restructuring and associated liabilities for prior programs | 630 |
| + Charges in the quarter | 160 |
| - Cash outflows in the quarter | 130 |
| = Ending balance of restructuring and associated liabilities | 660 |
| *of which restructuring provisions* | *470* |
| *of which other associated liabilities* | *190* |
| | |
| Total expected restructuring and associated charges | 900 |
| - Cumulative recorded | 160 |
| = Charges remaining to be recorded | 740 |
| | |
| Total expected restructuring and associated cash outflows | 1 550 |
| - Cumulative recorded | 130 |
| = Cash outflows remaining to be recorded | 1 420 |

The below table includes future expectations related to our most recent cost savings program, as well as the remaining cash outflows related to our previous programs and network equipment swaps.

| In EUR million, approximately rounded to the nearest EUR 50 million | Expected amounts for | | |
|---|---|---|---|
| | FY 2019 | FY 2020 and beyond | Total |
| Recurring annual cost savings | 200 | 500 | 700 |
| *- operating expenses* | *150* | *350* | *500* |
| *- cost of sales* | *50* | *150* | *200* |
| Restructuring and associated charges | 550 | 350 | 900 |
| Restructuring and associated cash outflows | 700 | 850 | 1 550 |
| Charges related to network equipment swaps | 150 | 0 | 150 |
| Cash outflows related to network equipment swaps | 150 | 0 | 150 |

**OPERATIONAL HIGHLIGHTS**

Nokia has begun the year by strengthening its position across key markets and industries and punctuating the period with a number of important 5G commercial deals.

**In the first pillar of our strategy, leading in high-performance, end-to-end networks with communication service providers:**

During the period Nokia signed significant deals with major providers across the globe, reaching 30 commercial 5G deals during the quarter. These included: a MoU with **Telecom Egypt** to introduce a 5G network and test cases in the Egyptian market; the launch of South Africa's first

10

commercial-ready 5G network in Cape Town with South African Operator **rain**; a deal with **Saudi Telecom Company** to deploy Nokia's end-to-end 5G solutions in western and southern Saudi Arabia; and a five-year deal with **U.S. Cellular** to provide end-to-end 5G technology, software and services solutions.

In Europe, **A1** in Austria announced they selected Nokia to expand next-generation 5G mobile communications in that country. Switzerland's **Salt** selected Nokia's radio and mobile core network in order to prepare for the roll-out of 5G, and **Ice Group** will deploy Nokia's AirScale Radio Access technology in urban areas across Norway to build a 5G-ready mobile network. After the quarter ended, Nokia announced the first 5G call on a commercial network in Latin America with **ANTEL Uruguay**.

In other markets, Nokia, in partnership with **Sprint**, is field testing standards-based 5G in Los Angeles. **Telenor Pakistan** announced it is deploying the country's first 5G-ready cloud-based RAN platform and controllers, and **Vodafone Idea** in India announced it will roll out its future ready LTE network across multiple service areas, based on Nokia's Single RAN, massive MIMO and small cells portfolio.

In optical, **Bharti Airtel** in India announced it will trial Nokia's fronthaul solution. **M-net** in Bavaria has become the first carrier to trial Nokia's PSE-3 coherent digital signal processing technology. **PTCL** in Pakistan is also deploying the Nokia PSE-3 chipset to build a 100G optical network, and Nokia announced that it was selected by **Liquid Telecom Kenya** to upgrade its existing fiber network.

In IP routing, the Nokia 7750 SR-s, powered by the FP4 network processor, was chosen by multiple operators. **Indosat Ooredoo** selected the router to upgrade its IP/MPLS network, ensuring the scale, security and functionality needed for the 100GE network. **DE-CIX** announced it is the first Internet Exchange in the world to offer 400-GE access technology with the Nokia 7750 SR-s which is deployed in DE-CIX Frankfurt, the Internet Exchange with the highest peak traffic in the world. After the quarter ended, **Proximus** announced it will deliver a tenfold capacity increase to its IP transport network with the 7750 SR-s, and **BT** also announced it had selected the platform to dramatically boost its backbone network capacity to meet growing traffic demand from FTTP and 5G.

Nokia also announced USD$750,000 support for **IETF**, the premier Internet standards development organization, and will host the 106th IETF meeting in November.

In fixed access, Nokia introduced a new **FastMile 5G Gateway** that allows operators upgrading their LTE network to capture new Fixed Wireless Access (FWA) revenue and accelerate 5G rollouts. In Australia, Nokia partnered with **Optus** to provide the 5G RAN and Fastmile 5G CPEs for their home broadband. **Telia** will introduce Nokia FastMile 5G gateway for 4G-5G FWA to the Finnish market. The FWA 5G gateway is also part of the rain launch of its 5G network in Cape Town. **KDDI** in Japan is deploying Nokia's G.fast solution while **Chorus** in New Zealand will trial Nokia's market leading XGS-PON solution to bring 10 gigabit per second (Gbps) services to residential and SME customers in selected areas of Auckland and Wellington.

11

Nokia's Nuage Networks SD-WAN 2.0 solution was chosen by managed service provider **SDNbucks** to provide fully managed connectivity for SciSports cloud-based data analytics service. Nuage Networks was also selected by **Airtel** for datacenter automation in a first-of-its-kind initiative in India.

**Telecom Egypt** and Nokia announced plans to build the first cloud infrastructure in Egypt exclusively for IoT services. Telecom Egypt will use Nokia's Worldwide IoT Network Grid (WING) as a service to launch IoT services to its enterprise customers. In addition, under a MOU, **Zain Saudi Arabia** will leverage Nokia's WING to launch IoT services in the country.

Multiple additions to the portfolio were announced at Mobile World Congress. Nokia announced a raft of enhancements to its **Anyhaul** transport portfolio that help operators prepare their networks for 5G by delivering throughput speeds of up to 25 Gbps to base stations. New additions to the **small cell portfolio** included: a new mmWave small cell for extreme-traffic outdoor areas and a small cell mid-band radio to seamlessly upgrade indoor coverage to 5G. Nokia introduced a 5G Maturity Index to guide operators on how to align technology investments with business objectives to succeed with 5G-enabled services. And Nokia launched **Cognitive Collaboration** Hubs to help operators design 5G networks and create AI-enabled use cases.

Other notable news announced at Mobile World Congress includes: a collaboration with **Vodafone** on active antennas to boost 5G radio capacity and reduce costs, and a partnership and demonstration with **CMCC** for 5G AI powered QoE solution for an immersive VR gaming application. Nokia announced adoption of the fronthaul specifications of the Open Radio Access Network Alliance (O-RAN) and is now part of the **AT&T Innovation Program**.

**In the second pillar of our strategy, expanding network sales to select vertical markets needing high-performing, secure networks:**

Nokia partnered with Qualcomm and Deutsche Messe to showcase 10 industrial applications/use cases in the **5G Arena** at the world's largest industrial trade show Hannover Messe 2019.

Nokia signed a five-year cooperation agreement with **Oulu Port Ltd** to provide a private wireless service with Ukkoverkot. Norway's **MIRIS** has chosen Nokia's AirFrame Open Edge data center technology to support delivery of Smart City services in business parks and residential areas.

In other geographies, Nokia partnered with **Dawiyat** Integrated Telecommunications and Information Technology Company, part of Saudi Electricity Corporation (SEC), to collaborate on multiple projects to develop the ecosystem for Industry 4.0 in the country.

**Room40**, a company specializing in security monitoring analytics solutions, selected Nokia's Scene Analytics to flag emergencies and crime at sites in Belgium.

Nokia, along with **Continental**, **Deutsche Telekom**, **Fraunhofer ESK** and **MHP**, successfully concluded tests of connected driving technology on the A9 Digital Test Track. In addition, Nokia joined **ARENA2036**, a collaboration of automotive industry leaders, to create a flexible research factory model for production of the next generation of automobiles.

12

Nokia also signed an agreement with **Pöyry** and **Infosys** to further enhance and accelerate the adoption of KRTI 4.0™, an artificial intelligence (AI) framework for operational excellence.

**In the third pillar of our strategy, developing a strong software business at scale:**

This was the first quarter in which Nokia's Cloud Core solutions resources and sales accountability were aligned to the Nokia Software Business Group. While work remains to complete and optimize the integration, Nokia Software continued to demonstrate the strength of its network agnostic portfolio with healthy order intake and wins at **Bharti**, **China Unicom**, **Globacom Nigeria**, **Ooredoo Qatar**, **Orange Poland**, **Telefonica Peru**, **Vodafone Idea**, and **US Cellular**.

Nokia and **Korea Telecom** signed a MOU to collaborate and trial various 5G technologies, including NFV and network slicing. Nokia's IMPACT IoT platform was chosen by **M1 Limited** to enhance its Smart City IoT Solutions. IMPACT was also selected by **Rakuten** to tap opportunities in Japan, and we are also working with Rakuten to build a new mobile network in Japan.

Nokia and **Grameenphone** announced completion of the migration of Grameenphone's 72 million customers to the Nokia User Data Convergence (UDC) cloud core platform, and **Telefónica Group** selected Nokia as its Service Operation Center vendor.

**In the fourth pillar of our strategy, now focused primarily on licensing:**

During Q1 2019, Nokia signed patent licensing agreements with Chinese smartphone vendors including **TCL**, **Tinno** and **Wiko**. Nokia also saw continuing momentum in automotive licensing as **Audi** and **Porsche** joined BMW, Mini and Rolls Royce on the roster of brands licensed to our patents for their connected cars.

After the end of Q1 2019, Nokia Technologies agreed to financial terms with a new licensee, further validating our global licensing program. The final agreement is expected to be signed during the coming weeks. Including this new licensee, Nokia Technologies' annualized net sales run-rate would be approximately EUR 1.4 billion. Over more than 20 years, we have cumulatively invested over EUR 125 billion in advanced telecommunications technologies R&D and defined many of the fundamental technologies used in virtually all mobile devices. We have taken a leadership role in standards setting, and we have secured a leading share of essential patents for GSM, 3G, 4G and 5G technologies.

**HMD Global**, the home of Nokia phones, launched four new Nokia smartphones and one featurephone at Mobile World Congress, delivering pioneering experiences and true innovation in imaging. Gaining over 50% share of voice in smartphone coverage of MWC, the new Nokia devices also won 24 awards during the show; 19 for Nokia 9 PureView. HMD also announced it had technical approval from three North American carriers to start sales in the US and Canada.

Shortly after the quarter closed, **OPPO** launched its new flagship smartphone, the OPPO Reno, which uses Nokia's OZO Audio technology.

13

**RISKS AND FORWARD-LOOKING STATEMENTS**

It should be noted that Nokia and its businesses are exposed to various risks and uncertainties and certain statements herein that are not historical facts are forward-looking statements. These forward-looking statements reflect Nokia's current expectations and views of future developments and include statements regarding: A) expectations, plans or benefits related to our strategies and growth management; B) expectations, plans or benefits related to future performance of our businesses, including our ability to execute during the second half of 2019, and any expected future dividends; C) expectations and targets regarding financial performance, results, operating expenses, taxes, currency exchange rates, hedging, cost savings and competitiveness, as well as results of operations including targeted synergies and those related to market share, prices, net sales, income and margins; D) expectations, plans or benefits related to changes in organizational and operational structure; E) expectations regarding market developments, general economic conditions and structural changes; F) our ability to integrate acquired businesses into our operations and achieve the targeted business plans and benefits, including targeted benefits, synergies, cost savings and efficiencies; G) expectations, plans or benefits related to any future collaboration or to business collaboration agreements or patent license agreements or arbitration awards, including income to be received under any collaboration or partnership, agreement or award; H) timing of the deliveries of our products and services, including our short term and longer term expectations around the rollout of 5G and our ability to capitalize on such rollout; and the overall readiness of the 5G ecosystem ; I) expectations and targets regarding collaboration and partnering arrangements, joint ventures or the creation of joint ventures, and the related administrative, legal, regulatory and other conditions, as well as our expected customer reach; J) outcome of pending and threatened litigation, arbitration, disputes, regulatory proceedings or investigations by authorities; K) expectations regarding restructurings, investments, capital structure optimization efforts, uses of proceeds from transactions, acquisitions and divestments and our ability to achieve the financial and operational targets set in connection with any such restructurings, investments, capital structure optimization efforts, divestments and acquisitions, including our current cost savings program; L) expectations, plans or benefits related to future capital expenditures, temporary incremental expenditures or other R&D expenditures to develop or rollout new products, including 5G; and M) statements preceded by or including "believe", "expect", "expectations", "commit", "anticipate", "foresee", "see", "target", "estimate", "designed", "aim", "plan", "intend", "influence", "assumption", "focus", "continue", "project", "should", "is to", "will" or similar expressions. These forward-looking statements are subject to a number of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from such statements. These statements are based on management's best assumptions and beliefs in light of the information currently available to it. These forward-looking statements are only predictions based upon our current expectations and views of future events and developments and are subject to risks and uncertainties that are difficult to predict because they relate to events and depend on circumstances that will occur in the future. Factors, including risks and uncertainties that could cause these differences include, but are not limited to: 1) our strategy is subject to various risks and uncertainties and we may be unable to successfully implement our strategic plans, sustain or improve the operational and financial performance of our business groups, correctly identify or successfully pursue business opportunities or otherwise grow our business; 2) general economic and market conditions and other developments in the economies where we operate, including the timeline for the deployment of 5G and our ability to successfully capitalize on that deployment; 3) competition and our ability to effectively and profitably invest in existing and new  high-quality products, services, upgrades and technologies

14

and bring them to market in a timely manner; 4) our dependence on the development of the industries in which we operate, including the cyclicality and variability of the information technology and telecommunications industries and our own R&D capabilities and investments; 5) our dependence on a limited number of customers and large multi-year agreements, as well as external events impacting our customers including mergers and acquisitions; 6) our ability to maintain our existing sources of intellectual property-related revenue through our intellectual property, including through licensing, establish new sources of revenue and protect our intellectual property from infringement; 7) our ability to manage and improve our financial and operating performance, cost savings, competitiveness and synergies generally, expectations and timing around our ability to recognize any net sales and our ability to implement changes to our organizational and operational structure efficiently; 8) our global business and exposure to regulatory, political or other developments in various countries or regions, including emerging markets and the associated risks in relation to tax matters and exchange controls, among others; 9) our ability to achieve the anticipated benefits, synergies, cost savings and efficiencies of acquisitions, including the acquisition of Alcatel-Lucent; 10) exchange rate fluctuations, as well as hedging activities; 11) our ability to successfully realize the expectations, plans or benefits related to any future collaboration or business collaboration agreements and patent license agreements or arbitration awards, including income to be received under any collaboration, partnership, agreement or arbitration award; 12) Nokia Technologies' ability to protect its IPR and to maintain and establish new sources of patent, brand and technology licensing income and IPR-related revenues, particularly in the smartphone market, which may not materialize as planned, 13) our dependence on IPR technologies, including those that we have developed and those that are licensed to us, and the risk of associated IPR-related legal claims, licensing costs and restrictions on use; 14) our exposure to direct and indirect regulation, including economic or trade policies, and the reliability of our governance, internal controls and compliance processes to prevent regulatory penalties in our business or in our joint ventures; 15) our reliance on third-party solutions for data storage and service distribution, which expose us to risks relating to security, regulation and cybersecurity breaches; 16) inefficiencies, breaches, malfunctions or disruptions of information technology systems, or our customers' security concerns; 17) our exposure to various legal frameworks regulating corruption, fraud, trade policies, and other risk areas, and the possibility of proceedings or investigations that result in fines, penalties or sanctions; 18) adverse developments with respect to customer financing or extended payment terms we provide to customers; 19) the potential complex tax issues, tax disputes and tax obligations we may face in various jurisdictions, including the risk of obligations to pay additional taxes; 20) our actual or anticipated performance, among other factors, which could reduce our ability to utilize deferred tax assets; 21) our ability to retain, motivate, develop and recruit appropriately skilled employees; 22) disruptions to our manufacturing, service creation, delivery, logistics and supply chain processes, and the risks related to our geographically-concentrated production sites; 23) the impact of litigation, arbitration, agreement-related disputes or product liability allegations associated with our business; 24) our ability to re-establish investment grade rating or maintain our credit ratings; 25) our ability to achieve targeted benefits from, or successfully implement planned transactions, as well as the liabilities related thereto; 26) our involvement in joint ventures and jointly-managed companies; 27) the carrying amount of our goodwill may not be recoverable; 28) uncertainty related to the amount of dividends and equity return we are able to distribute to shareholders for each financial period; 29) pension costs, employee fund-related costs, and healthcare costs; 30) our ability to successfully complete and capitalize on our order backlogs and continue converting our sales pipeline into net sales; and 31) risks related to undersea

15

infrastructure, as well as the risk factors specified on pages 60 to 75 of our 2018 annual report on Form 20-F published on March 21, 2019 under "Operating and financial review and prospects-Risk factors" and in our other filings or documents furnished with the U.S. Securities and Exchange Commission. Other unknown or unpredictable factors or underlying assumptions subsequently proven to be incorrect could cause actual results to differ materially from those in the forward-looking statements. We do not undertake any obligation to publicly update or revise forward-looking statements, whether as a result of new information, future events or otherwise, except to the extent legally required.

This financial report was authorized for issue by management on April 24, 2019.

- Nokia's Annual General Meeting 2019 is planned to be held on May 21, 2019.
- Nokia plans to publish its second quarter and half year 2019 results on July 25, 2019.
- Nokia plans to publish its third quarter and January-September 2019 results on October 24, 2019.

**Media Enquiries:**

Nokia
Communications
Tel. +358 (0) 10 448 4900
Email: press.services@nokia.com
Jon Peet, Vice President, Corporate Communications

**Investor Enquiries:**
Nokia Investor Relations
Tel. +358 4080 3 4080
Email: investor.relations@nokia.com

**About Nokia**
We create the technology to connect the world. We develop and deliver the industry's only end-to-end portfolio of network equipment, software, services and licensing that is available globally. Our customers include communications service providers whose combined networks support 6.1 billion subscriptions, as well as enterprises in the private and public sector that use our network portfolio to increase productivity and enrich lives.

Through our research teams, including the world-renowned Nokia Bell Labs, we are leading the world to adopt end-to-end 5G networks that are faster, more secure and capable of revolutionizing lives, economies and societies. Nokia adheres to the highest ethical business standards as we create technology with social purpose, quality and integrity. www.nokia.com

16