# Exhibit 24

Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

# Cowen TMT Conference 2019

## Company Participants

- Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

## Other Participants

- Paul Silverstein, Analyst

## Presentation

### Paul Silverstein, Analyst

Hello, everyone. Good morning. My name is Paul Silverstein, Senior Analyst, Communications, Network and Equipment at Cowen. It's my pleasure to have with us Nokia. In particular, we have Marcus Weldon, CTO and President of Bell Labs. Marcus, I want to thank you for joining us. And I want to thank all of you for joining us as well. I hope it's been a great two days for you. Certainly hope it was a great yesterday and today as well.

Marcus, why don't you give your background? I know you joined AT&T Bell Labs in 1995. So, you've been around awhile. And you've seen things and you've been at some very high level positions, CTO at Alcatel-Lucent and now CTO at Nokia. Why don't you give your background and what you've seen of the company before we dive into the questions?

### Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah. I have I guess I'm a lifer. I just started actually ahead of Ph.D. I took and then I joined Bell Labs, which was part of AT&T back then, and then evolved into various roles, taking CTO roles in the company and then a few years ago I was given both the CTO role in company and Bell Labs, and there's a logic to that actually as the CTO role I like to think of when it's done correctly thinks five years ahead, because current businesses are thinking sort of one to three years. So the CTO role is to think just beyond that, say, five-year horizon. And the Bell Labs role is to invent that five years.

In fact, in some sense, the Bell Labs is driven by 10 years ahead. So, Bell Labs sort of is inventing that five-year horizon plus, and the CTO role is figuring out what that five-year horizon looks like from a market reality standpoint, because research isn't always in touch with market reality. But if you combine the two functions and the research is in touch with market reality, that sort of my job is to think about market realities and then invent them.

## Questions And Answers

### Paul Silverstein, Analyst

All right. So you're in a pretty good position to talk about key initiatives with the company. When we think of the big picture, and you are just in an industry where we tend to sometimes be offering near-term focus, but in that long-term context, what are the strategic initiatives? What is the focus?

**Company Name:** Nokia
**Company Ticker:** NOKIA FH
**Date:** 2019-05-30
**Event Description:** Cowen TMT Conference 2019

**Market Cap:** 24,916.62
**Current PX:** 4.421
**YTD Change($):** -.609
**YTD Change(%):** -12.107

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.038
**Current Year:** 0.252
**Bloomberg Estimates - Sales**
**Current Quarter:** 5416.846
**Current Year:** 23143.593

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah. So, currently what we see and of course end-to-end 5G is what we have a big focus on. And it's probably how we're setting up [ph] beyond that company that is end-to-end. This is obviously a Chinese company that is end-to-end but where the one that sells worldwide and end-to-end solution. Now, I think in the past, people have always been a bit skeptical about whether there is intrinsic value to end-to-end or whether it's just a good story.

And I think up till now, end-to-end has been nice to have but not a must have. But in the 5G era, all the elements have to work together to implement this single network slicing, which I'm happy to describe what it is. But let's assume it means setting up a value system, a flow, a service all the way from the end device to the cloud and then to someone else's cloud and then back down the other side of that to the other side, which could be another enterprise location, stadium, a data center.

So, end-to-end network slicing means end-to-end. So, what we have been focused on a lot in Nokia and in fact in Bell Labs is focusing on all the elements you need to do to build end-to-end. And that has been obviously having optimal technologies in each of the domains because you don't want to have one element being the weak link in the chain. And then an orchestration layer that actually makes it work all together. And that's the brand-new thing, I think, is taking each of those elements from the access layer sort of metro IP and optical layer, cloud, core and making that all work together is hard.

It's been a manual process up until now, but many of the 5G elements have been designed that they are automatable. So they're able using AIML and advanced analytics to compute what their state is, report it to an intelligent entity, think of it as a controller, and an intelligent entity makes decisions on behalf of the network. So that's where we're going. So in that world, end-to-end becomes a reality and not just a nice to have. So we're very focused on building the sort of best of suite end-to-end solution with the right technologies all working together in harmony to create new value.

## Paul Silverstein, Analyst

So let me push you in two points. I want to play devil's advocate here. First off, from a 5G network slicing context, we're really talking about quality of service.

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yes.

## Paul Silverstein, Analyst

First off, it is not binary. Not everyone -- not every customer is going to want a fully integrated end-to-end. Someone's going to want best of breed. Your friends over in Sweden, they don't have the ability to do it the way you do in terms of fully integrated, right. But they've got plenty of customers as well. How do we discern to what extent that value proposition of being able to do it all in-house to deliver that quality of service, network slicing proposition, to what extent is that when the day from a competitive standpoint?

And the other question I want to ask you is, relative to 15, 20 years ago, when what was then Alcatel-Lucent and Nokia and Eriksson, et cetera, the win players thought they had to be all things to all carriers. And so they had to have everything, from broadband access to optical to routing to wireless, et cetera, and quite often they would bundle and give products away. It was just a fancy way of discounting.

Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

And today, it strikes me that Nokia was in a somewhat unique position in that not only do you have an end-to-end portfolio running all these different products, but you're actually either the or one of the leaders in virtually every one of those product markets, whether from Nokia and wireless or by virtue of the Alcatel-Lucent acquisition...

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

(multiple speakers)

## Paul Silverstein, Analyst

Yeah, I mean, across the board, you're either number one or number two or number three in every one of those product markets. So you're not just in those markets, but you actually have good technology, good solutions measured by a value proposition to customers. How is that different today in terms of driving revenue beyond the 5G RF piece of the equation. Two different questions there.

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Those are really great questions, all of them. So let me start with a yes. In the past, I think it was nice to have the pieces, but there wasn't a lot of commonality between those pieces technologically. They all had different management systems. There wasn't this concept of overarching orchestration. Everything was manually provisioned, and generally they were dedicated not only R&D teams producing those products, but in the operator side, our customers, they have dedicated teams provisioning and managing those network elements.

So there was almost no ability to have a holistic solution. So, I think conceptually it always made sense, but the reality was, there wasn't enough commonality or enough organizational commonality in operators to make that work. And then in the end, let's face it.

For the last 20 years, we've been driven by consumer broadband as the driver, and that's a best effort service, where many of the quality of service issues were solved by adaptive algorithms running into web service and in the client. So, it was a build a best effort network and then adapt to the ends, whether it be on the client side or the service side. So that have worked, and it worked for consumer quality of service, which is maybe 90% good. In fact I always use this statistic, call drop rate in a mobile network today is 0.2% in the best mobile networks.

So you can consider the consumer quality is 99.8%, pretty good. But with these industrial used cases that really are the driver for 5G, the reliability has to be 99.9999%, and to do that you have to orchestrate everything holistically because the gap between 99.8% and those six 9s as it's called is massive in terms of difficulty, because it means really always on, always optimized, always adapting to the changing reality, which is where this, as you say, network slicing is about flow controls, but it's massively complex flow control because you want thousands of flows to be dynamically managed to meet an SLA that we would consider mission critical, meaning your infrastructure, your life maybe depends on this flow as opposed to sort of the best effort paradigm that's existed today.

So, I would say the thing that's changed is, we've moved from a best effort consumer centric world, which actually works with the way we built things and sort of manually stitch together because not much changes, and if it does change the endpoints to that. To a mission critical world where it's not possible just to do that in the endpoints, you have to do it end-to-end and that's what this whole concept of network slicing is about.

And then, obviously you have to have best of each of those components because you have a failing component, the classic weak link in the chain that you did everything right and then you had a substandard radio layer or you had a



Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

substandard routing layer, if that breaks then the whole thing breaks, you can't achieve. Now the good news is with the intelligent orchestration, you can route around problems. So that's how we achieve the reliability if the routing layer gets congested, you can route into the optical layer. If the backhaul gets congested, you pick a different backhaul methodology or reroutes around it, if you've got multiple options or put it on a different wavelength. So there are degrees of freedom now because we have this intelligent control we can exercise that never would you have been able to do that manually. Think of the computation, probably a thousand parameters you have to optimize, no human can compute the right configuration so we're sort of using intelligent AI systems to automate an end-to-end.

So, I think we ended up in the right happy place, and you would argue we did it strategically, we obviously merged a bunch of companies together. They all had good products, and now we've been working for the last two years to holistically build as one solution. And it's not just me saying it we've actually built it in Bell Labs in Murray Hill showing it we're working together and dynamically orchestrated and you can cut fibers and you can put congested loads on a routed link. You can modify the radio layer to put interference there if you wanted to, and you could see how it all dynamically adjusts and supports millions of different flows. So, that's part of your answer, but I think it's the right thing, right time, right company, now how does it win? That's the other question.

It's too early to say how much it wins, but it clearly wins in some measure. And what we've seen with a lot of our customers, they've come to the lab and said, okay, show me, because they were sceptical like you. But then we show them the economics of this as well, it's not just a performance advantage you get by optimizing how you use your infrastructure, and think of that as an easy one. One way I like to talk about is, the optical layer was manually provisioned to have a headroom in it that allow for degradation optics are actually sensitive analog things and so they degrade over time. So the way most networks were built was, they're built in the margin for the future degradation if you can imagine that. So running 40% hot was roughly what you did in optical because the rest would degrade over time, and you didn't want to think about it. So you actually just didn't use 60% capacity.

You may be burst into it periodically but you never committed it. And so now you can imagine with clever SDA and then end-to-end network slicing, you can use that capacity all the time because you can always find an option with another route. So that's one way in which end-to-end orchestration gives you immediate gain is that you can use unused capacity, so we've been working a lot on that. But the other thing it gives you is the ability to dynamically manage all the subflows in that and create new value. So it's not just big bulk things you can manage to find structure, and that's when you value creation [ph] of this space.

And we've calculated the following. It's about 30% lower total cost of ownership, most of the saving is on OpEx, but some because of that CapEx we use. About 40% faster time to the market for new service because I can instantiate it, and manage it and about 20% better reliability because I've got more degrees of freedom I use. So that's what we sort of built at the lab to show and it's getting very positive feedback. We are beginning to see on all our 5G deployments that it's always, or half of them now, are the radio and backhaul, radio and cloud, radio and service routing, which is sort of the routing infrastructure or radio and core. So we're getting more of the and than ever before, and I think that will increase over time, but it is a nascent reality.

## Paul Silverstein, Analyst

Apologies. I just want to make sure I understood that last comment, 50% of the requests for proposals or a combination of RF plus in other network element whether routing, whatever maybe?

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah, whether it's the RFP or whether it's just that we proactively bid beyond the RFP, a solution that is 5G in multiple dimensions. It's always -- out of all the deals we won, we have 37 5G deals, one, which I think 20 are public in all the major operators. But if those, half of them now are something other than just the radio piece, it could be the packet

Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

(inaudible) the intelligent sort of flow control. It could be the cloud infrastructure that runs vRAN. It could be the backhaul solution. It could be IP and optical infrastructure that needs to be expanded because of the distributed nature of these networks with these intelligent workloads that are being deployed. So it's always the end now, and we weren't seeing that as much before. So I think that's our first proof point as well as there are lot of positive feedback on the value proposition of the end-to-end.

## Paul Silverstein, Analyst

All right. Let's talk a little bit more about 5G in particular on the timing, and both you and Ericsson have been very public, and talk about where the different regions are. Personally I think no different than any other technology adoption cycle, there has been some hype about the timing, but it's obviously coming. Can you update us on your expectations for when we can see significant deployments, and let's be clear today, Release 16 have been done, correct? I mean, it's -- so from a memory standpoint, it's still down the road to come.

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah, we finished Release 15 and actually really only in December there were various June-September and then December instantiation of Release 15. So, generally it takes six months or more to have commercial equipment both on the device side and on the network side because you can't stabilize it. We have to build the final ASIC for software implementation if you're using programmable hardware. So you can imagine that means middle of this year, we really begin to see the ramp. There were a few exceptions, similarly massive minor radios, some early millimeter wave stuff that you've seen AT&T-Verizon deploy. Cloud RAN is still coming, it's still in the lab but getting out of operator labs into deployment. So it's typical because we didn't finish the spec till December.

So you're right, then the way it generally works is, each 3GPP release is 18 months after the previous. If we said 15 was finished at the end of 2018, it's likely that 16 won't be done till mid-2020, maybe first quarter 2020. And then do another 18 months for really 17, so then you're at end of 2021 and then might even be an 18 that's still 5G before we get to 6G, so that's sometime into sort of '23. And after that, it takes then a year plus to roll that out, right. So we are looking at a cycle that's going to be five to 10 years. In fact, 10 to be full volume, five to even be initial volumes at the latest releases. Right now, we're in the initial volumes of the first release.

So, it's going to be a long cycle. To your point about hype, absolutely, I think we're a market that loves to overhang. I mean we've actually started talking about 6G and we've just started 5G. I think we either love technology slightly too much or we're just motivated to talk about something new but whatever it is -- there is reality. There are tens of thousands of base stations. I'd like to say that we have 500,000 of SKL platform base stations have been deployed that are 5G-ready and 3.8 million 5G-ready radios. So we're sort of put the foundation in, but then the releases have to go in those, the actual features have to be built on those sort of 5G, and that's going to be years. It starts this year, it gets more next year and you hear from AT&T and Verizon, they have a couple of handsets this year, more next year. I think I've heard numbers like 60% to 70% of their handsets will be 5G-ready by the end of next year. We all know Apple is end of next year for that sort of timeframe for 5G device, I think that's what they've said.

So, all of that suggests end of 2020 is getting serious. It's getting serious and ramp now but it's getting serious in volume by end of 2020 but that will continue three to five years after that. So all the marketing hype of who's winning on what is all a bit silly to be honest, because in fact the reality is, the honest truth is, we're all winning in different ways because we all took slightly different bets from what would come first because it was so much to do, and we are all winning in slightly different ways but some are better at marketing.

## Paul Silverstein, Analyst

Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

So, I'm glad you brought this up because at the risk of being unfair I think the investment community has an impression or maybe there's been an impression that has been trying to be creative that you're on the losing share. There your friends in Scandinavia have been very vocal about share gain...

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Maybe they weren't so friendly in what they said.

## Paul Silverstein, Analyst

And we certainly have heard a number of European operators whether because it's the case or for political reasons, they said that banning Huawei would set them back by a year to public statements. How does -- can you help us understand, it's very hard to decipher what is what in terms of who truly is where from a technology standpoint?

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

It's a great question. So I start with the technology standpoint and then I'll address the Huawei one. So the reality is 5G is pretty complex, and let me give to sort of some of the elements that you have to figure it out and may work in the end-to-end solution. So different wages is millimeter wave radios, of which there are many bands. And those are all coming available. There's a mid-band stuff, which is the massive MIMO stuff, of which there are many bands. There's obviously 3.1 gigahertz to 3.4 gigahertz, there's 3.7 gigahertz to 4.2 gigahertz, there's some 2.5 gigahertz -- 2.5 gigahertz stuff. All of that requires radios to do that. There's the cloud RAN. So you got to virtualize your base band at the same time, you've got to work on the backhaul architecture. So it can support the massive capacity that goes with because you put capacity in the radios, you got to backhaul it somewhere and that requires new backhaul architectures. That backhaul goes to a new cloud infrastructure you have to build, and it has to be quite close to the end user because of timing and latency constraints.

You've got to orchestrate all that, so it's not too complicated to manage. You've got to get fixed wireless access not just mobile because there's s a value proposition there. So you've got to be a leader in all those. And it turns out it's very hard to do that all at once and be the leader in each of them. So what happened in reality was, the three major vendors took different bets based on how they thought the market would play out. And some hypes that they had the superior solution when it was maybe in one dimension, and we were a little bit quieter because we like to actually just prove it rather than talk about it. But I'll tell you what bet we took. We took a bet on a high capacity 5G platform. So the [ph] ASPL platform we built, we decided not to premise it on it being an LTE plus platform. It does support LTE that's what it does today, but when I said we have 500,000 example, that's running LTE, but we took a view that - that there would be separate cards for 5G that would be much higher capacity than the LTE cards. Other competitor -- competitors took the view that they would do that on the same card, which initially makes it easy to deploy but when you constrain by the capacity of that card.

So, there's just different philosophies, do you view it sort of incrementally or do you view disruptively? And then in Massive MIMO millimeter wave, we all took slightly different bets about what would be the configuration of the number of antennas, how many beams would it support, what type of beam forming, beams are not easy to make, so those of you doing the same massive MIMO is basically just clever beamforming. And you do that by creating big arrays, and if you'll remember your physics is basically constructive and destructive interference make beams, you remember all that add up signals and -- but there is a bit more cleverness in that because you do some digital signal processing to actually make that all work, and we all took different bets on the type of signal processing we would do to make that work. It's all complicated stuff and so some have advantages and other in one area some in another



Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

millimeter wave, we all took different bets that would implement millimeter wave because it requires new chips for that. So that's really -- in cloud RAN, we took a bet on cloud RAN and our competitors didn't. So we're leading on cloud RAN.

In the end, two years from now, no one will care. And in fact all of our current 4G accounts, we got the 5G business, because there is no meaningful difference between any of the solutions to be honest. We think we lead in some areas, [ph] and in some areas others lead, and none of it is meaningful at the current time. It's all roughly where you would expect vendors to be in a nascent market. And just to prove this, we actually all tested in Korea, one of the leading markets. And what was remarkable to us given all the hype that has been out in the market is how everyone actually had different but equivalent solutions.

So some have better uplink, some have better downlink, some have better beamforming, no one really turned beamforming on those trials because that seems to still be being worked out. Then how much support there was for dynamic spectrum, sharing, et cetera. All of the vendors had different things implemented, which is entirely consistent with the market still developing. So I think that's the reality, the market is developing. We all took different bets. We're all in the race and none of us has beaten any of the others in any meaningful way. Now that's where we say, so our advantage is being in the leading pack and end-to-end. And I think that's where we think we are.

## Paul Silverstein, Analyst

So there is a question. You're making a point that there are costs to switching. For every carrier that have 1G, 2G, 3G, 4G, there are meaningful costs to switching and absent a compelling price performance improvement from you or your competitors, carriers probably not going to switch the path of least resistance, once they go with the existing incumbent which gets back to the...

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

(multiple speakers)

## Paul Silverstein, Analyst

Well, let me ask you, I know it's a fluid situation and I know the companies made public statements in the past, but is it too early to talk about your customers, your prospective customers saying, we've got a problem that we may have to address and we've got to look at Nokia and Eriksson in displacing Huawei for 5G.

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

So let me talk about displacement in general because that's the part of your question I didn't answer before. So swaps go on and in fact I was just looking to swap numbers because that's one of the things that the (inaudible) have talked about a lot. We have swap them depending on which time period twice as much as they swapped us, depending on time period. So either two or four years, if we look over four years, it's about twice as much. Over to the last two years, we're still substantially more swaps of them than swaps so, we just don't talk about it in the way that they seem to like to.

And the same is true of of Huawei, we've actually swapped them more than they swapped us over the last two to four years. Those things go on because probably of some pricing incentive that was offered to be honest, not today based on high performance. I think going forward those things will be based on performance criteria because of this need to

Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

support this end-o-end network slicing thing. So think we're going to move from this best effort where price is really the only differentiator in the end because everything else normalizes to performance criteria where I think we'll have an advantage.

Now, back to the swapping event, the question in general, whether it's Huawei or other. The reality is, you can swap. It generally takes a bit of time to do it. So we've come up with -- and generally operators say, they lose 12 months to get back to the point they were with the previous vendor. So what we've done, we've looked at that and created an architecture and we published it. And I think Ericsson has agreed with that where we take a low band carrier that you deploy in LTE with dynamic spectrum sharing, and then that's a good way that you're not really swapping, you're overbuilding in LTE but with a new carrier. That new carrier now can be flipped to a 5G carrier when you choose to move to 5G. So actually think of it as a pre-build of 5G. And then you can make these two LTE carriers work together just like you would normally in an LTE network between different vendors. So that's new because dynamic spectrum sharing allows a radio to be flipped from being LTE radio into a 5G radio.

If that weren't true, you would just be stranding this LTE carrier coming from another vendor. And he'd say, why did I do that? It's a dead-end. But now that dynamic spectrum sharing is not a dead-end because you turn that into the beginning of your 5G deployment. So it's a way that you can smooth glide into building out an LTE carrier that becomes a 5G carrier. And actually operators are beginning to like quite a bit because it gets them out of this issue of they don't have to do the full replacement of the underlying LTE infrastructure. They can do an added to it that becomes the basis of 5G. So that's what we're advocating as the glide solution into doing a swap that is less onerous and allows them to make a different choice of a vendor if they want to.

And I would say one more thing about end-to-end. I think I use it to mission critical. Mission critical means your life or livelihood if your business depends on it. So my advice to operators is always better know who you trust to actually support your mission and do it without bias or interference or compromise. And so, I think that's one of the advantages we have is, we are a trusted entity in all geographies that allow us to build secure, trusted mission critical infrastructure without any perception or reality in many cases of interference.

## Paul Silverstein, Analyst

Marcus, I don't know if you wanted to answer the Huawei question. Any...

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

I'd love to answer the Huawei because if I know I knew the answer, right. So you want us to -- the question is going to be, do you think there will be an advantage...

## Paul Silverstein, Analyst

Well, I'm not asking to speculate, but are you -- again, I understand it's very fluid, but have there been any communications that you've had with your customers that would suggest that there is a real possibility of seeing meaningful movement away from Huawei to the benefit of you and Ericsson?

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah, I mean it's a conversation, but I think it's around that concept of if the 5G network is a mission critical infrastructure, that's where we see the conversation going. So it's not about any particular security feature, which again,



Company Name: Nokia
Company Ticker: NOKIA FH
Date: 2019-05-30
Event Description: Cowen TMT Conference 2019

Market Cap: 24,916.62
Current PX: 4.421
YTD Change($): -.609
YTD Change(%): -12.107

Bloomberg Estimates - EPS
Current Quarter: 0.038
Current Year: 0.252
Bloomberg Estimates - Sales
Current Quarter: 5416.846
Current Year: 23143.593

GCHQ in the UK have proven there were issues and there are issues on the Huawei side, but it's actually more about -- am I going to bet my industrial or infrastructure future on some entity that perhaps I'm unsure as to its allegiance affiliation influences. And so, really that's the conversation we have and so increasingly we see the answer is probably not so much that they're willing to take that bet and they've more interest in taking the bet with someone that is a verifiable trusted entity for the long-term. And I think that's true of wide area networks. This is also particularly true of private networks, one of the new opportunities in 5G that we should not forget. It's not just building carrier networks, call them wide area networks that's doing the large scale mobility and they do the network slicing in wide area. But there's a huge opportunity in local area networks that we think is possibly twice as large as the wide area network opportunity, and it's a simple calculation. We've done a study where we looked at number of sites, industrial sites that would need a high-performing wireless network in order to become automated and highly productive. And it's 14 million sites, just you may not follow this but there are 7 million base stations deployed by carriers globally.

So, if you did a simple equivalent, so this is not exactly equivalent, if you did a simple equivalent, that market could be twice as large as the wide area network market. And of course many different players play, their carriers will play a role in these local area networks, companies like us will play a role in those local area networks, but back to the Chinese question I think that mission critical infrastructure is the most mission critical of mission critical. And I think we see that as an opportunity where we have a particular advantage. And then of course that has to tie to the wide area to complete this end-to-end, and so there's the sort of building benefit that we get by being trusted end-to-end.

## Paul Silverstein, Analyst

Well, that's actually a great segue topic I really want to address. I'm going to apologize to all of you, I was hoping we'll have time for questions, but I think it's important. Correct if I'm wrong, but the focus of the company, recent focus has been cloud and enterprise, and there's a great opportunity for the company in both of those arenas, just point out industrial automation as one of the opportunities within that, but there's larger opportunity I think beyond just industrial automation, can you address that opportunity both from magnitude and where you're at?

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Yeah. So where we are is, we have 30 deployments of private networks, and now increasingly doing that with carriers. Early in this cycle, carriers weren't ready to think about it, they were focused on the wide area network deployments of 5G. Again, when everything gets accelerated, you have to have a focus of the carriers typically focused on wide area, but now we're beginning to focus on local area or private networks because of Release 16 and 17 that you mentioned (inaudible). So it's a private network deployment, which has typically small cell radios replacing Wi-Fi radios typically or overlaying them. They have quality of service control. They have a micro packet call, which is a small version of packet call, but just runs mobility within that environment, have a connection back to the cloud, which has typically SDWAN connection. So obviously that's also a secure connection back to the cloud. And the cloud run the other functions, the OSS/BSS functions, the AI and analytics function that are managing all that beamforming. So that's sort of the initial business and then interestingly what we found is, if you're going with that as your right to play, on top of that you get to solve the business problem. And we found this very interesting is, we're now solving video analytics problems, surveillance problems, localization problems because the reason the enterprise or the industrial wants this new network is not because they like networks. It's because they have a business problem to solve, which is normally to do locating objects, seeing what they're doing and then being able to control those objects in a new way. So we end up finding, getting up the value chain, and you think what's our right to play.

Our right to play is because we're at the nexus of the information flows. And in fact the network needs to know that information to optimize itself if it's doing beamforming. It's doing it because it knows where you are. And then, once you're doing it for the network layer, you actually are sort of -- it's quite easy to start getting into the value layer of video analytics and surveillance and flying drones and sending surveillance robots and interpreting the video images.



**Company Name:** Nokia
**Company Ticker:** NOKIA FH
**Date:** 2019-05-30
**Event Description:** Cowen TMT Conference 2019

**Market Cap:** 24,916.62
**Current PX:** 4.421
**YTD Change($):** -.609
**YTD Change(%):** -12.107

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.038
**Current Year:** 0.252
**Bloomberg Estimates - Sales**
**Current Quarter:** 5416.846
**Current Year:** 23143.593

And it helps to have Bell Labs of course because we have lots of advanced algorithms to help to do video analytics, surveillance and localization. So that's what we're seeing is, it starts with a network right to play, but you quickly get up the value stack and you can think about security becomes part of that value stack, analytics becomes part of that value stack. Maybe intelligent orchestration of things becomes part of that value stack. So that's what's interesting. It's nascent, but our enterprise business is growing, I think, 12% or double-digit or more per quarter, fantastic, and it starts from that sort of philosophy. Network build plus analytics plus security, and it grows up from there. So we're very excited about that and we think the scale of that could be those 14 million sites I talked about. Of course, that's hyperbolic, but that's why we're so interested.

## Paul Silverstein, Analyst

Great. And I think we'll have to leave it at that. I want to thank Marcus and Nokia for joining us and all of you. Again, I hope it's a great day.

## Marcus Weldon, Corporate Chief Technology Officer and President of Nokia Bell Labs

Thanks very much.

## Paul Silverstein, Analyst

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*