# Exhibit 27

As filed with the Securities and Exchange Commission on April 1, 2016

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 20-F

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2015

Commission file number 1-13202

# Nokia Corporation

(Exact name of Registrant as specified in its charter)

**Republic of Finland**
(Jurisdiction of incorporation)

**Karaportti 3 FI-02610 Espoo, Finland**
(Address of principal executive offices)

**Riikka Tieaho, Vice President, Corporate Legal, Telephone: +358 (0) 10 44 88 000, Facsimile: +358 (0) 10 44 81 002, Karaportti 3, FI-02610 Espoo, Finland**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

**Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934 (the "Exchange Act"):**

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| American Depositary Shares | New York Stock Exchange |
| Shares | New York Stock Exchange[1] |

(1) Not for trading, but only in connection with the registration of American Depositary Shares representing these shares, pursuant to the requirements of the Securities and Exchange Commission.

Securities registered pursuant to Section 12(g) of the Exchange Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Exchange Act:
**5.375% Notes due 2019 and 6.625% Notes due 2039**.

Indicate the number of outstanding shares of each of the registrant's classes of capital or common stock as of the close of the period covered by the annual report. Shares: **3 992 863 716**.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐
Non-accelerated filer ☐ (Do not check if a smaller reporting company)    Smaller reporting company ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐
International Financial Reporting Standards as issued by the International Accounting Standards Board ☒
Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. Item 17 ☐ Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

# Cross-reference table to Form 20-F

| Form 20-F Item Number | Form 20-F Heading | Section in Document |
|---|---|---|
| ITEM 1 | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | N/A |
| ITEM 2 | OFFER STATISTICS AND EXPECTED TIMETABLE | N/A |
| ITEM 3 | KEY INFORMATION | |
| 3A | Selected Financial Data | General facts on Nokia—Selected financial data |
| 3B | Capitalization and Indebtedness | N/A |
| 3C | Reasons for the Offer and Use of Proceeds | N/A |
| 3D | Risk Factors | Operating and financial review and prospects—Risk factors |
| ITEM 4 | INFORMATION ON THE COMPANY | |
| 4A | History and Development of the Company | Cover page, Overview, Introduction and use of certain terms, General facts on Nokia—History of Nokia, Operating and financial review and prospects—Liquidity and capital resources, Financial statements—Notes to consolidated financial statements—Note 2, Segment information, Financial statements—Notes to consolidated financial statements—Note 4, Acquisitions |
| 4B | Business Overview | Business overview and organization, Operating and financial review and prospects— Principal industry trends affecting our operations, Financial statements—Notes to consolidated financial statements—Note 2, Segment information, General facts on Nokia—Government Regulation |
| 4C | Organizational Structure | Financial statements—Notes to consolidated financial statements—Note 2, Segment information, Financial statements—Notes to consolidated financial statements—Note 33, Principal Group companies |
| 4D | Property, Plants and Equipment | Business overview and organization—Networks business in 2016, Business overview and organization—Nokia Technologies in 2016, Financial statements—Notes to consolidated financial statements—Note 3, Disposals treated as Discontinued operations, Financial statements—Notes to consolidated financial statements—Note 17, Property, plant and equipment |
| 4A | UNRESOLVED STAFF COMMENTS | None |
| ITEM 5 | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | |
| 5A | Operating Results | Operating and financial review and prospects—Principal industry trends affecting operations, Operating and financial review and prospects—Results of operations, Operating and financial review and prospects—Results of segments, Financial statements—Notes to consolidated financial statements—Note 1, Accounting principles, Financial statements—Notes to consolidated financial statements—Note 35, Risk management |
| 5B | Liquidity and Capital Resources | Operating and financial review and prospects—Liquidity and capital resources, Financial statements—Notes to consolidated financial statements—Note 19, Fair value of financial instruments, Financial statements—Notes to consolidated financial statements—Note 20, Derivative financial instruments, Financial statements—Notes to consolidated financial statements—Note 31, Contractual obligations, Financial statements—Notes to consolidated financial statements—Note 35, Risk management |
| 5C | Research and Development, Patents and Licenses | Business overview and organization—Networks business in 2016—Research and development, Business overview and organization—Networks business in 2016— Patents and licenses, Business overview and organization—Nokia Technologies in 2016—Research and development, Business overview and organization—Nokia Technologies in 2016—Patents and licenses, Operating and financial review and prospects—Results of operations, Operating and financial review and prospects—Results of segments, General facts on Nokia—History of Nokia—Acquisition of Alcatel Lucent |
| 5D | Trends Information | Business overview and organization, Operating and financial review and prospects— Principal industry trends affecting operations |
| 5E | Off-Balance Sheet Arrangements | Operating and financial review and prospects—Liquidity and capital resources—Off-Balance Sheet Arrangements, Financial statements—Notes to consolidated financial statements—Note 35, Risk management |
| 5F | Tabular Disclosure of Contractual Obligations | Financial statements—Notes to consolidated financial statements—Note 31, Contractual obligations |
| ITEM 6 | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | |
| 6A | Directors and Senior Management | Corporate governance—Corporate governance statement |
| 6B | Compensation | Corporate governance—Compensation, Financial statements—Notes to consolidated financial statements—Note 34, Related party transactions |
| 6C | Board Practices | Corporate governance—Corporate governance statement |
| 6D | Employees | Overview—Key data, Operating and financial review and prospects—Employees, Financial statements—Notes to consolidated financial statements—Note 7, Personnel expenses |
| 6E | Share Ownership | Corporate governance—Compensation, Corporate governance—Share ownership of the Board of Directors, the President and Chief Executive Officer and the Nokia Group Leadership Team, Financial statements—Notes to consolidated financial statements—Note 25, Share-based payments |

| Form 20-F Item Number | Form 20-F Heading | Section in Document |
|---|---|---|
| ITEM 7 | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | |
| 7A | Major Shareholders | General facts on Nokia—Shares and shareholders |
| 7B | Related Party Transactions | Corporate governance—Compensation, Financial statements—Notes to consolidated financial statements—Note 34, Related party transactions |
| 7C | Interests of Experts and Counsel | N/A |
| ITEM 8 | FINANCIAL INFORMATION | |
| 8A | Consolidated Statements and Other Financial Information | Financial statements, Report of independent registered public accounting firm, Operating and Financial Review and Prospects—Dividend |
| 8B | Significant Changes | General facts on Nokia—Selected financial data, Material subsequent events |
| ITEM 9 | THE OFFER AND LISTING | |
| 9A | Offer and Listing Details | General facts on Nokia—Shares and shareholders |
| 9B | Plan of Distribution | N/A |
| 9C | Markets | General facts on Nokia—Shares and shareholders |
| 9D | Selling Shareholders | N/A |
| 9E | Dilution | N/A |
| 9F | Expenses of the Issue | N/A |
| ITEM 10 | ADDITIONAL INFORMATION | |
| 10A | Share capital | N/A |
| 10B | Memorandum and Articles of Association | General facts on Nokia—Memorandum and Articles of Association, Other information—Exhibits |
| 10C | Material Contracts | General facts on Nokia—History of Nokia, Other information—Exhibits |
| 10D | Exchange Controls | General facts on Nokia—Controls and procedures |
| 10E | Taxation | General facts on Nokia—Taxation |
| 10F | Dividends and Paying Agents | N/A |
| 10G | Statement by Experts | N/A |
| 10H | Documents on Display | Other information—Investor information—Documents on display |
| 10I | Subsidiary Information | N/A |
| ITEM 11 | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | Financial statements—Notes to consolidated financial statements—Note 35: Risk Management |
| ITEM 12 | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | |
| 12A | Debt Securities | N/A |
| 12B | Warrants and Rights | N/A |
| 12C | Other Securities | N/A |
| 12D | American Depositary Shares | General facts on Nokia—Shares and shareholders—Depositary fees and charges, General facts on Nokia—Shares and shareholders—Depositary payments for 2015 |
| ITEM 13 | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | None |
| ITEM 14 | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | None |
| ITEM 15 | CONTROLS AND PROCEDURES | Corporate governance—Regulatory framework—Risk management, internal control and internal audit functions at Nokia |
| ITEM 16A | AUDIT COMMITTEE FINANCIAL EXPERT | Corporate governance—Corporate governance statement—Main corporate governance bodies of Nokia—Committees of the Board of Directors |
| 16B | CODE OF ETHICS | Corporate governance—Corporate governance statement—Main corporate governance bodies of Nokia—Further information |
| 16C | PRINCIPAL ACCOUNTANT FEES AND SERVICES | Corporate governance—Corporate governance statement—Main corporate governance bodies of Nokia—Auditor fees and services, Corporate governance—Corporate governance statement—Main corporate governance bodies of Nokia—Audit Committee pre-approval policies and procedures |
| 16D | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | N/A |
| 16E | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | General facts on Nokia—Shares and shareholders—Authorizations |
| 16F | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | None |
| 16G | CORPORATE GOVERNANCE | Corporate governance— Corporate governance statement— Regulatory framework |
| 16H | MINE SAFETY DISCLOSURE | N/A |
| ITEM 17 | FINANCIAL STATEMENTS | N/A |
| ITEM 18 | FINANCIAL STATEMENTS | Financial Statements |
| ITEM 19 | EXHIBITS | Other information—Exhibits |

# Forward-looking statements

It should be noted that Nokia and its businesses are exposed to various risks and uncertainties and certain statements herein that are not historical facts are forward-looking statements, including, without limitation, those regarding:

A) our ability to integrate Alcatel Lucent into our operations and achieve the targeted business plans and benefits, including targeted synergies in relation to the acquisition of Alcatel Lucent announced on April 15, 2015 and closed in early 2016;

B) our ability to squeeze out the remaining Alcatel Lucent shareholders in a timely manner or at all to achieve full ownership of Alcatel Lucent;

C) expectations, plans or benefits related to our strategies and growth management;

D) expectations, plans or benefits related to future performance of our businesses;

E) expectations, plans or benefits related to changes in our management and other leadership, operational structure and operating model, including the expected characteristics, business, organizational structure, management and operations following the acquisition of Alcatel Lucent;

F) expectations regarding market developments, general economic conditions and structural changes;

G) expectations and targets regarding financial performance, results, operating expenses, taxes, cost savings and competitiveness, as well as results of operations including targeted synergies and those related to market share, prices, net sales, income and margins;

H) timing of the deliveries of our products and services;

I) expectations and targets regarding collaboration and partnering arrangements, as well as our expected customer reach;

J) outcome of pending and threatened litigation, arbitration, disputes, regulatory proceedings or investigations by authorities;

K) expectations regarding restructurings, investments, uses of proceeds from transactions, acquisitions and divestments and our ability to achieve the financial and operational targets set in connection with any such restructurings, investments, divestments and acquisitions; and

L) statements preceded by or including "believe," "expect," "anticipate," "foresee," "sees," "target," "estimate," "designed," "aim," "plans," "intends," "focus," "continue," "project," "should," "will" or similar expressions.

These statements are based on the management's best assumptions and beliefs in light of the information currently available to it. Because they involve risks and uncertainties, actual results may differ materially from the results that we currently expect. Factors, including risks and uncertainties, that could cause such differences include, but are not limited to:

1) our ability to execute our strategy, sustain or improve the operational and financial performance of our business or correctly identify or successfully pursue business opportunities or growth;

2) our ability to achieve the anticipated business and operational benefits and synergies from the Alcatel Lucent transaction, including our ability to integrate Alcatel Lucent into our operations and within the timeframe targeted, and our ability to implement our organization and operational structure efficiently;

3) our ability to complete the purchases of the remaining outstanding Alcatel Lucent securities and realize the benefits of the public exchange offer for all outstanding Alcatel Lucent securities;

4) our dependence on general economic and market conditions and other developments in the economies where we operate;

5) our dependence on the development of the industries in which we operate, including the cyclicality and variability of the telecommunications industry;

6) our exposure to regulatory, political or other developments in various countries or regions, including emerging markets and the associated risks in relation to tax matters and exchange controls, among others;

7) our ability to effectively and profitably compete and invest in new competitive high-quality products, services, upgrades and technologies and bring them to market in a timely manner;

8) our dependence on a limited number of customers and large multi-year agreements;

9) Nokia Technologies' ability to maintain and establish new sources of patent licensing income and IPR-related revenues, particularly in the smartphone market;

10) our dependence on IPR technologies, including those that we have developed and those that are licensed to us, and the risk of associated IPR-related legal claims, licensing costs and restrictions on use;

11) our exposure to direct and indirect regulation, including economic or trade policies, and the reliability of our governance, internal controls and compliance processes to prevent regulatory penalties;

12) our reliance on third-party solutions for data storage and the distribution of products and services, which expose us to risks relating to security, regulation and cybersecurity breaches;

13) Nokia Technologies' ability to generate net sales and profitability through licensing of the Nokia brand, the development and sales of products and services, as well as other business ventures which may not materialize as planned;

14) our exposure to legislative frameworks and jurisdictions that regulate fraud, economic trade sanctions and policies, and Alcatel Lucent's previous and current involvement in anti-corruption allegations;

15) the potential complex tax issues, tax disputes and tax obligations we may face in various jurisdictions, including the risk of obligations to pay additional taxes;

16) our actual or anticipated performance, among other factors, which could reduce our ability to utilize deferred tax assets;

17) our ability to retain, motivate, develop and recruit appropriately skilled employees;

18) our ability to manage our manufacturing, service creation, delivery, logistics and supply chain processes, and the risk related to our geographically-concentrated production sites;

19) the impact of unfavorable outcome of litigation, arbitration, agreement-related disputes or allegations of product liability associated with our businesses;

20) exchange rate fluctuations;

21) inefficiencies, breaches, malfunctions or disruptions of information technology systems;

22) our ability to optimize our capital structure as planned and re-establish our investment grade credit rating or otherwise improve our credit ratings;

23) uncertainty related to the amount of dividends and equity return we are able to distribute to shareholders for each financial period;

24) our ability to achieve targeted benefits from or successfully implement planned transactions, as well as the liabilities related thereto;

25) our involvement in joint ventures and jointly-managed companies;

26) performance failures by our partners or failure to agree to partnering arrangements with third parties;

27) our ability to manage and improve our financial and operating performance, cost savings, competitiveness and synergy benefits after the acquisition of Alcatel Lucent;

28) adverse developments with respect to customer financing or extended payment terms we provide to customers;

29) the carrying amount of our goodwill may not be recoverable;

30) risks related to undersea infrastructure;

31) unexpected liabilities with respect to pension plans, insurance matters and employees; and

32) unexpected liabilities or issues with respect to the acquisition of Alcatel Lucent, including pension, post-retirement, health and life insurance and other employee liabilities or higher than expected transaction costs, as well as the risk factors specified on pages 69 to 87 of this annual report on Form 20-F under "Operating and financial review and prospects—Risk factors",

as well as in Nokia's other filings with the U.S. Securities and Exchange Commission. Other unknown or unpredictable factors or underlying assumptions subsequently proven to be incorrect could cause actual results to differ materially from those in the forward-looking statements. We do not undertake any obligation to publicly update or revise forward-looking statements, whether as a result of new information, future events or otherwise, except to the extent legally required.

## Introduction and use of certain terms

Nokia Corporation is a public limited liability company incorporated under the laws of the Republic of Finland. In this annual report on Form 20-F, any reference to "we," "us," "the Group" or "Nokia" means Nokia Corporation and its subsidiaries on a consolidated basis and which refers generally to Nokia's Continuing operations, except where we separately specify that the term means Nokia Corporation or a particular subsidiary or business segment only or the Discontinued operations, and except that references to "our shares", matters relating to our shares or matters of corporate governance refer to the shares and corporate governance of Nokia Corporation.

Nokia Corporation has published its consolidated financial statements in euro for periods beginning on or after January 1, 1999. In this annual report on Form 20-F, references to "EUR," "euro" or "€" are to the common currency of the European Economic and Monetary Union, and references to "dollars", "US dollars", "USD" or "$" are to the currency of the United States. Solely for the convenience of the reader, this annual report on Form 20-F contains conversions of selected euro amounts into US dollars at specified rates, or, if not so specified, at the rate of 1.0859 US dollars per euro, which was the noon buying rate in New York City for cable transfers in euro as certified for customs purposes by the Federal Reserve Bank of New York on December 31, 2015. No representation is made that the amounts have been, could have been or could be converted into US dollars at the rates indicated or at any other rates.

Nokia Corporation furnishes Citibank, N.A., as Depositary, with consolidated financial statements and a related audit opinion of our independent auditors annually. These financial statements are prepared on the basis of International Financial Reporting Standards as issued by the International Accounting Standards Board and in conformity with IFRS as adopted by the European Union ("IFRS"). In accordance with the rules and regulations of the SEC, we do not provide a reconciliation of net income and shareholders' equity in our consolidated financial statements to accounting principles generally accepted in the United States, or US GAAP. We also furnish the Depositary with quarterly reports containing unaudited financial information prepared on the basis of IFRS, as well as all notices of shareholders' meetings and other reports and

communications that are made available generally to our shareholders. The Depositary makes these notices, reports and communications available for inspection by record holders of American Depositary Receipts ("ADRs"), evidencing American Depositary Shares ("ADSs"), and distributes to all record holders of ADRs notices of shareholders' meetings received by the Depositary.

In addition to the materials delivered to holders of ADRs by the Depositary, holders can access our consolidated financial statements, and other information included in our annual reports and proxy materials, at company.nokia.com/financials. This annual report on Form 20-F is also available at company.nokia.com/financials as well as on Citibank's website at http://citibank.ar.wilink.com (enter "Nokia" in the Company Name Search). Holders may also request a hard copy of this annual report by calling the toll-free number 1-877-NOKIA-ADR (1-877-665-4223), or by directing a written request to Citibank, N.A., Shareholder Services, PO Box 43077, Providence, RI 02940-3081, United States. With each annual distribution of our proxy materials, we offer our record holders of ADRs the option of receiving all of these documents electronically in the future.



Nokia is a global leader in the technologies that connect people and things. Powered by the innovation of Bell Labs and Nokia Technologies, we are at the forefront of creating and licensing the technologies that are increasingly at the heart of our connected lives.

With state-of-the-art software, hardware and services for any type of network, we are uniquely positioned to help communication service providers, governments, and large enterprises deliver on the promise of 5G, the Cloud and the Internet of Things ("IoT").



The year 2015 marked our anniversary as a 150-year old company, being yet another year of fundamental change as we took a major step forward as the company shaping the revolution in connectivity and digitization in the Programmable World.

Our transformation continued as we announced our acquisition of Alcatel Lucent in a deal that, in early 2016, made us the leading player in multiple technology categories, including 4G ("LTE"), 5G, IP, optical and fixed networks.

We also sold our HERE digital mapping and location services business to a German automotive industry consortium (the "Consortium"), another indication of our plan to focus on seizing major opportunities to positively impact people's lives each day and improve how we access and tap the power of connectivity.

Our two main businesses in 2015, Nokia Networks, a top provider of mobile connectivity infrastructure and services, and Nokia Technologies, our driver of future innovation and licensing (Nokia Networks and Nokia Technologies, together "Continuing operations"), further demonstrated their leadership in their respective fields with solid financial performances.

The strength of our businesses puts us in good stead as we move forward to make the large and necessary investments to successfully address the surmountable challenges ahead of us—the huge demand on network performance and access and the need to simplify, optimize and automate the complex flow of data across the network.

We closed 2015 in a position of strength, a reflection not only on how we executed on a day-to-day basis but of the values that underpin our actions.







# Contents

**Overview**                                        **01**
Nokia at a glance                                   02
Nokia in 2015 – Transformation
  for the next 150 years                   06
Key data                                            08

**Business overview**                               **10**
Letter from the President and CEO                   12
Nokia's role in the
  Programmable World                       14
Our values                                          15
Nokia's strategy                                    16
Operational governance
  and leadership                           20
Nokia in 2016                                        24
Networks business in 2016                            25
Nokia Technologies in 2016                           35
Discontinued operations                             39

**Operating and financial review
and prospects**                                     **40**
Principal industry trends
  affecting operations                     42
Results of operations                               46
Results of segments                                 52
Liquidity and capital resources                     58
Material subsequent events                          61
Sustainability and corporate
  responsibility at Nokia                  62
Employees                                           65
Shares and share capital                            66
Board of Directors
  and Management                           67
Dividend                                            68
Risk factors                                        69

**Corporate governance**                            **88**
Corporate governance statement                      90
Compensation                                        104

**General facts on Nokia**                          **118**
History of Nokia                                    120
Memorandum and Articles
  of Association                           122
Selected financial data                             124
Shares and shareholders                             126
Production of infrastructure
  equipment and products                   133
Key ratios                                          134
Controls and procedures                             134
Government regulation                               135
Sales in US sanctioned countries                    135
Taxation                                            136

**Financial statements**                            **139**
Consolidated primary statements                     140
Notes to consolidated
  financial statements                     146
Report of Independent Registered
  Public Accounting Firm                   206

**Other information**                               **207**
Exhibits                                            208
Glossary of terms                                   209
Investor information                                212
Contact information                                 213
Signatures                                          214

Read more online:
company.nokia.com

## President and Chief Executive Officer

### Overview

The compensation structure for the President and CEO is determined in line with our philosophy of pay for performance, such that 80% of the target compensation is delivered based on performance. The charts opposite show the potential value of each element and the overall mix of compensation. Of the variable compensation, 31.25% comprises short-term incentives, earned during the year for delivery of annual targets and 68.75% is earned over a three-year period for delivery of sustainable growth in terms of revenue and EPS, thus ensuring alignment of the interests of the President and CEO with those of shareholders through long-term incentives.

The President and CEO is also required to hold a minimum of three times his base salary in Nokia shares in order to ensure alignment with shareholders over the long term. He has five years from his appointment as the President and CEO to meet this requirement and Mr. Suri is expected to do so before the fifth year through the vesting of long-term incentive awards. To further ensure alignment with our pay for performance philosophy in the event that there is any material restatement of financial results both short-term and long-term variable compensation is subject to a clawback policy.

Overall compensation for 2015 was set in relation to the market as opposite:

For 2016, the Board has approved the increase of Mr. Suri's salary by 5%, thus increasing his base salary to EUR 1 050 000 annually (from EUR 1 000 000 in 2015) reflecting a combination of Mr. Suri's performance and the enlarged role he takes on in 2016 following the acquisition of Alcatel Lucent. The on target incentive will remain at 125% of base salary and will increase to EUR 1 312 500 effective January 8, 2016. Mr. Suri will receive an award of performance shares in 2016 with a present value of EUR 3 025 000; the ultimate value will be determined by Nokia's performance against targets and the share price in the next three years.

### Variable pay

The Board believes that the most appropriate metrics for driving sustainable business performance at Nokia are:

- non-IFRS revenue;
- non-IFRS operating profit; and
- net cash flow.

The variable compensation plans focus on these measures with an element on a personal strategic objective to support the strategic development of Nokia, which is not necessarily measurable in financial terms in the short term.

A summary of the weighting of incentive based on each metric is shown opposite:

**2015 Pay opportunity**



**2015 Pay mix**



| | |
|---|---|
| 1 Base salary | **20.00%** |
| 2 Short-term incentive | **25.00%** |
| 3 Long-term incentive variable | **41.25%** |
| 4 Long-term incentive minimum payout | **13.75%** |

**Incentive opportunity by metric (%)**



# Compensation continued

To ensure alignment with shareholders' interests and the culture of developing long-term sustainable success, we have two policies in place which apply to variable compensation:

**Clawback policy:** In the event that there is any error or misstatement of financial results which, had it been known at the time of the determination of the incentive, would have resulted in a lower payment, the Board has an option to claw back any excessive payment within three years from such event. In a bad faith event, the Board has discretion to claw back remuneration from previous years, if it is deemed appropriate.

**Share ownership policy:** To align the interests of the President and CEO and the Group Leadership Team with shareholders' interests, we have a shareholding policy requiring that a minimum number of shares must be held by the executive. For the President and CEO, the requirement is to hold shares to a value equaling three times

his base salary. For the current Group Leadership Team members, the requirement is to hold shares to a value equaling two times the member's base salary. The share ownership policy, which is effective from January 1, 2015, requires these executives to amass the requisite shareholding within five years of becoming subject to the policy. They are not permitted to sell any vesting equity awards, other than for the purposes of meeting associated tax and social security liabilities, until the shareholding requirement is satisfied.

**Short-term incentives**
The 2015 short-term incentive for the President and CEO is determined by the achievement against key financial targets and other strategic objectives, as defined below. Performance against these defined targets are then multiplied by a business results multiplier, which acts as a funding factor for the incentive plan for most employees, to determine the final payment.

| | % of base salary | | |
|---|---|---|---|
| Minimum performance | Target performance | Maximum performance | Measurement criteria |
| 0% | 125% | 281.25% | 80% of the incentive is based on performance against the Nokia scorecard: |
| | | | ■ Non-IFRS revenue (⅓); |
| | | | ■ Non-IFRS operating profit (⅓); and |
| | | | ■ Net cash flow (⅓). |
| | | | The final 20% of the incentive is based on the achievement of personal strategic objectives given to the President and CEO by the Board. |

**2015 Short-term incentive**



The 2015 short-term incentive for Mr. Suri will be paid at 153.77% of the target incentive amount, which reflects the performance of Nokia across the metrics used in the plan, including Nokia's continued progress and transformation, as reflected in his personal strategic objectives. Mr. Suri's short-term incentive in 2014 was at a similar achievement level, albeit with a lower target incentive for the period between January and April 2014 before he became President and CEO.

**Long-term incentives**

Long-term incentive awards are determined by reference to the market and as a percentage of salary. The President and CEO participates in the same long-term incentive arrangements as other Nokia executives and senior managers. Additionally, Mr. Suri also participates in the Nokia Networks equity incentive plan ("Nokia Networks EIP"), which was set up in 2012 by the board of directors of Nokia Siemens Networks, prior to the acquisition by Nokia of the remaining 50% of the business and our full ownership of the Networks business, to incentivize its turnaround. The targets of the plan were set at a demanding level and payments from the plan represent the outstanding achievement of the Networks team. In 2015, 30% of the options awarded to Mr. Suri vested and were exercisable in cash under the plan rules. Mr. Suri exercised these options and realized a gain of EUR 3.24 million. The remaining 70% of the options will vest in June 2016 and Mr. Suri will have until 2018 to exercise these options. Under the plan rules, any exercise of these options will be in cash. The maximum payment under these remaining options is EUR 7.56 million, unless certain defined corporate events take place.

**Pension arrangements for the President and Chief Executive Officer**

The President and CEO participates in the statutory Finnish pension system, as regulated by the Finnish Employees' Pension Act (395/2006, as amended) (the "Finnish TyEL"), which provides for a retirement benefit based on years of service and earnings according to prescribed rules. No supplemental pension arrangements are provided. Under the Finnish TyEL pension system, base pay, incentives and other taxable fringe benefits are included in the definition of earnings, while gains realized from equity are not. Retirement benefits are available from age 63 to 68, according to an increasing scale.

**Termination provisions for the President and Chief Executive Officer**

Mr. Suri's service agreement specifies the different ways the agreement can be terminated and associated compensation as follows:

- **Termination by Nokia for cause:** In the event of a termination by Nokia for cause, Mr. Suri is entitled to no additional compensation and all his unvested equity awards would be forfeited;

- **Termination by Nokia for reasons other than cause:** In the event of a termination by Nokia for reasons other than cause, Mr. Suri is entitled to a severance payment equaling up to 18 months of compensation (including annual base salary, benefits, and target incentive) and his unvested equity awards would be forfeited;

- **Termination by Mr. Suri for any reason:** Mr. Suri may terminate his service agreement at any time with six months' prior notice. Mr. Suri would continue to receive either salary and benefits during the notice period or, at Nokia's discretion, a lump sum of equivalent value. Additionally, Mr. Suri would be entitled to any short- or long-term incentives that would normally vest during the notice period. Any unvested equity awards would be forfeited;

- **Termination by Mr. Suri for Nokia's material breach of the service agreement:** In the event that Mr. Suri terminates his service agreement based on a final arbitration award demonstrating Nokia's material breach of the service agreement, he is entitled to a severance payment equaling to up to 18 months of compensation (including annual base salary, benefits and target incentive). Any unvested equity awards would be forfeited; or

- **Termination based on specified events:** Mr. Suri's service agreement includes special severance provisions on a termination following a change of control event. Such change of control provisions are based on a double trigger structure, which means that both a change of control event and the termination of the individual's employment within a defined period of time must take place in order for any change of control based severance payment to become payable. More specifically, if a change of control event has occurred, as defined in the service agreement, and Mr. Suri's service with Nokia is terminated either by Nokia or its successor without cause, or by Mr. Suri for "good reason", in either case within 18 months from such change of control event, Mr. Suri would be entitled to a severance payment equaling up to 18 months of compensation (including annual base salary, benefits, and target incentive) and cash payment (or payments) for the pro-rated value of his outstanding unvested equity awards, including equity awards under the Nokia Networks EIP, restricted shares, performance shares and stock options (if any), payable pursuant to the terms of the service agreement. "Good reason" referred to above includes a material reduction of Mr. Suri's compensation and a material reduction of his duties and responsibilities, as defined in the service agreement and as determined by the Board.

Additionally, the service agreement defines a specific, limited termination event that applies until June 30, 2016. Upon this event, if Mr. Suri's service with Nokia is terminated as a result of the circumstances specified in the service agreement, he is entitled to, in addition to normal severance payment payable upon his termination by Nokia for reasons other than cause, to a pro-rated value of unvested equity awards under the Nokia Networks EIP, provided that the termination of his service takes place within six months from the defined termination event (and at or prior to June 30, 2016). Subject to this limited time treatment of unvested equity awards under the Nokia Networks EIP, all of Mr. Suri's other unvested equity would be forfeited.

Mr. Suri is subject to a 12-month non-competition obligation that applies after the termination of the service agreement or the date when he is released from his obligations and responsibilities, whichever occurs earlier.