# Exhibit 28

As filed with the Securities and Exchange Commission on March 5, 2020

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM 20-F

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2019

Commission file number 1-13202

# Nokia Corporation

(Exact name of Registrant as specified in its charter))

**Republic of Finland**
(Jurisdiction of incorporation)

**Karaportti 3 FI-02610 Espoo, Finland**
(Address of principal executive offices)

**Esa Niinimäki, Deputy Chief Legal Officer, Corporate, Telephone: +358 (0) 10 44 88 000, Facsimile: +358 (0) 10 44 81 002,
Karakaari 7, FI 02610 Espoo, Finland**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

**Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934 (the "Exchange Act"):**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares | NOK | New York Stock Exchange |
| Shares | | New York Stock Exchange[1] |

(1) Not for trading, but only in connection with the registration of American Depositary Shares representing these shares, pursuant to the requirements of the Securities and Exchange Commission.

Securities registered pursuant to Section 12(g) of the Exchange Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Exchange Act: **None**

Indicate the number of outstanding shares of each of the registrant's classes of capital or common stock as of the close of the period covered by the annual report. Shares: **5 640 536 159**.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" or "emerging growth company" in Rule 12b 2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐
Non-accelerated filer ☐    Smaller reporting company ☐
Emerging growth company ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐
International Financial Reporting Standards as issued by the International Accounting Standards Board ☒
Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. Item 17 ☐ Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b 2 of the Exchange Act). Yes ☐ No ☒

# Cross-reference table to Form 20-F

| Form 20-F Item Number | Form 20-F Heading | Section in Document |
|---|---|---|
| ITEM 1 | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | N/A |
| ITEM 2 | OFFER STATISTICS AND EXPECTED TIMETABLE | N/A |
| ITEM 3 | KEY INFORMATION | |
| 3A | Selected Financial Data | General facts on Nokia—Selected financial data |
| 3B | Capitalization and Indebtedness | N/A |
| 3C | Reasons for the Offer and Use of Proceeds | N/A |
| 3D | Risk Factors | Operating and financial review and prospects—Risk factors |
| ITEM 4 | INFORMATION ON THE COMPANY | |
| 4A | History and Development of the Company | Cover page, Overview, Introduction and use of certain terms; General facts on Nokia—Our history; Operating and financial review and prospects—Liquidity and capital resources; Operating and financial review and prospects—Significant subsequent events; Financial statements—Notes to consolidated financial statements—Note 5, Segment information; Other information—Investor information; Other information—Contact Information |
| 4B | Business Overview | Business overview; Operating and financial review and prospects—Principal industry trends affecting operations; Operating and financial review and prospects—Liquidity and capital resources; Financial statements—Notes to consolidated financial statements—Note 5, Segment information; General facts on Nokia—Government regulation |
| 4C | Organizational Structure | Business overview—We create the technology to connect the world; Financial statements—Notes to consolidated financial statements—Note 5, Segment information; Financial statements—Notes to consolidated financial statements—Note 32, Principal Group companies; Financial statements—Notes to consolidated financial statements—Note 1, Corporate information |
| 4D | Property, Plants and Equipment | Business overview; Financial statements—Notes to consolidated financial statements—Note 2, Significant accounting policies; Financial statements—Notes to consolidated financial statements—Note 6, Discontinued operations; Financial statements—Notes to consolidated financial statements—Note 15, Property, plant and equipment; General facts on Nokia—Production of infrastructure equipment and products |
| 4A | UNRESOLVED STAFF COMMENTS | None |
| ITEM 5 | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | |
| 5A | Operating Results | Operating and financial review and prospects—Principal industry trends affecting operations; General Facts on Nokia—Government regulation; Financial statements—Notes to consolidated financial statements—Note 2, Significant accounting policies; Financial statements—Notes to consolidated financial statements—Note 36, Financial risk management |
| 5B | Liquidity and Capital Resources | Operating and financial review and prospects—Liquidity and capital resources; Financial statements—Notes to consolidated financial statements—Note 24, Fair value of financial instruments; Financial statements—Notes to consolidated financial statements—Note 25, Derivative financial instruments; Financial statements—Notes to consolidated financial statements—Note 30, Commitments and contingencies; Financial statements—Notes to consolidated financial statements—Note 36, Financial risk management |
| 5C | Research and Development, Patents and Licenses | Business overview—Innovation; Business overview—Nokia Technologies—Research and development; Business overview—Nokia Technologies—Patents and licenses; Operating and financial review and prospects—Results of operations; Operating and financial review and prospects—Results of segments |
| 5D | Trends Information | Business overview; Operating and financial review and prospects—Principal industry trends affecting operations |
| 5E | Off-Balance Sheet Arrangements | Operating and financial review and prospects—Liquidity and capital resources—Off-Balance Sheet Arrangements; Financial statements—Notes to consolidated financial statements—Note 36, Financial risk management; Financial statements—Notes to consolidated financial statements—Note 30, Commitments and contingencies |
| 5F | Tabular Disclosure of Contractual Obligations | Financial statements—Notes to consolidated financial statements—Note 30, Commitments and contingencies |
| 5G | Safe Harbor | Forward-looking statements |
| ITEM 6 | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | |
| 6A | Directors and Senior Management | Corporate governance—Corporate governance statement |
| 6B | Compensation | Corporate governance—Compensation; Financial statements—Notes to consolidated financial statements—Note 35, Related party transactions |
| 6C | Board Practices | Corporate governance—Corporate governance statement; Corporate governance—Compensation—Remuneration Governance; Financial statements—Notes to consolidated financial statements—Note 35, Related party transactions |
| 6D | Employees | Operating and financial review and prospects—Sustainability and corporate responsibility |
| 6E | Share Ownership | Corporate governance—Compensation—Remuneration Report; Corporate governance—Corporate governance statement—Share ownership of the Board of Directors and the Nokia Group Leadership Team; Financial statements—Notes to consolidated financial statements—Note 26, Share-based payment |

| Form 20-F Item Number | | Form 20-F Heading | Section in Document |
|---|---|---|---|
| ITEM 7 | | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | |
| | 7A | Major Shareholders | General facts on Nokia—Shares, —Shareholders |
| | 7B | Related Party Transactions | Financial statements—Notes to consolidated financial statements—Note 35, Related party transactions |
| | 7C | Interests of Experts and Counsel | N/A |
| ITEM 8 | | FINANCIAL INFORMATION | |
| | 8A | Consolidated Statements and Other Financial Information | Financial statements; Report of independent registered public accounting firm; Operating and financial review and prospects—Dividend; Financial statements—Notes to consolidated financial statements—Note 29, Provisions |
| | 8B | Significant Changes | Operating and financial review and prospects—Significant subsequent events; Financial statements—Notes to consolidated financial statements—Notes 37, Subsequent events |
| ITEM 9 | | THE OFFER AND LISTING | |
| | 9A | Offer and Listing Details | General facts on Nokia—Shares, —Shareholders, Other information—Investor information—Stock exchanges |
| | 9B | Plan of Distribution | N/A |
| | 9C | Markets | General facts on Nokia—Shares, —Shareholders; Financial statements—Notes to consolidated financial statements—Note 1, Corporate information; Investor information; Other information—Investor information—Stock exchanges |
| | 9D | Selling Shareholders | N/A |
| | 9E | Dilution | N/A |
| | 9F | Expenses of the Issue | N/A |
| ITEM 10 | | ADDITIONAL INFORMATION | |
| | 10A | Share capital | N/A |
| | 10B | Memorandum and Articles of Association | General facts on Nokia—Memorandum and Articles of Association; Other information—Exhibits |
| | 10C | Material Contracts | General facts on Nokia—Our history; Other information—Exhibits |
| | 10D | Exchange Controls | General facts on Nokia—Controls and procedures—Exchange controls |
| | 10E | Taxation | General facts on Nokia—Taxation |
| | 10F | Dividends and Paying Agents | N/A |
| | 10G | Statement by Experts | N/A |
| | 10H | Documents on Display | Other information—Investor information—Documents on display |
| | 10I | Subsidiary Information | N/A |
| ITEM 11 | | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | Operating and financial review and prospects—Principal industry trends affecting operations; Financial statements—Notes to consolidated financial statements—Note 36, Financial risk management, —Note 22, Other comprehensive income |
| ITEM 12 | | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | |
| | 12A | Debt Securities | N/A |
| | 12B | Warrants and Rights | N/A |
| | 12C | Other Securities | N/A |
| | 12D | American Depositary Shares | General facts on Nokia—American Depositary Shares; Introduction and use of certain terms |
| ITEM 13 | | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | None |
| ITEM 14 | | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | None |
| ITEM 15 | | CONTROLS AND PROCEDURES | Corporate governance—Regulatory framework—Risk management, internal control and internal audit functions at Nokia; General facts on Nokia—Controls and procedures |
| ITEM 16A | | AUDIT COMMITTEE FINANCIAL EXPERT | Corporate governance—Corporate governance statement—Members of the Board of Directors—Committees of the Board of Directors |
| | 16B | CODE OF ETHICS | Corporate governance—Corporate governance statement—Members of the Board of Directors—Further information; Operating and financial review and prospects—Sustainability and corporate responsibility; Other information—Exhibits |
| | 16C | PRINCIPAL ACCOUNTANT FEES AND SERVICES | Corporate governance—Corporate governance statement—Auditor fees and services, Corporate governance—Corporate governance statement—Audit Committee pre-approval policies and procedures |
| | 16D | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | None |
| | 16E | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | Corporate Governance—Compensation |
| | 16F | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | Corporate governance—Regulatory framework—Auditor rotation |
| | 16G | CORPORATE GOVERNANCE | Corporate governance—Corporate governance statement—Regulatory framework |
| | 16H | MINE SAFETY DISCLOSURE | None |
| ITEM 17 | | FINANCIAL STATEMENTS | N/A |
| ITEM 18 | | FINANCIAL STATEMENTS | Financial Statements |
| ITEM 19 | | EXHIBITS | Other information—Exhibits |

# Forward-looking statements

Certain statements contained in this Annual Report constitute "forward-looking statements". Forward-looking statements provide Nokia's current expectations of future events based on certain assumptions and include any statement that does not directly relate to any current or historical fact. The words "believe", "expect", "expectations", "anticipate", "foresee", "see", "target", "estimate", "designed", "aim", "plan", "intend", "influence", "assumption", "focus", "continue", "project", "should", "is to", "will", "strive", "may" or similar expressions as they relate to us or our management are intended to identify these forward-looking statements, as well as statements regarding:

A) business strategies including the four pillars of Lead, Expand, Build and Create, market expansion, growth management, and future industry trends and megatrends and our plans to address them, including Future X;

B) future performance of our businesses and any future distributions and dividends;

C) expectations and targets regarding financial performance, results, operating expenses, cash flows, taxes, currency exchange rates, hedging, cost savings and competitiveness, as well as results of operations including targeted synergies and those related to market share, prices, net sales, income and margins;

D) expectations, plans, timelines or benefits related to changes in our organizational and operational structure;

E) market developments in our current and future markets and their seasonality and cyclicality, including the communication service provider market, as well as general economic conditions and future regulatory developments;

F) our position in the market, including product portfolio and geographical reach, and our ability to use the same to develop the relevant business or market and maintain our order pipeline over time;

G) any future collaboration or business collaboration agreements or patent license agreements or arbitration awards, including income from any collaboration or partnership, agreement or award;

H) timing of the development and delivery of our products and services, including our short term and longer term expectations around the deployment of 5G and our ability to capitalize on such deployment as well as use our global installed base as the platform for success in 5G, and the overall readiness of the 5G ecosystem;

I) the outcome of pending and threatened litigation, arbitration, disputes, regulatory proceedings or investigations by authorities;

J) restructurings, investments, capital structure optimization efforts, divestments and our ability to achieve the financial and operational targets set in connection with any such restructurings, investments, and capital structure optimization efforts including our 2019-2020 cost savings program;

K) future capital expenditures, temporary incremental expenditures or other R&D expenditures to develop or rollout new products, including 5G; and

L) the sustainability and corporate responsibility contained in the sustainability and corporate responsibility section of this annual report on Form 20-F.

These statements are based on management's best assumptions and beliefs in light of the information currently available to it and are subject to a number of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from such statements. These statements are only predictions based upon our current expectations and views of future events and developments and are subject to risks and uncertainties that are difficult to predict because they relate to events and depend on circumstances that will occur in the future. Risks and uncertainties that could affect these statements include but are not limited to the risk factors specified under "Operating and financial review and prospects—Risk factors" of this annual report on Form-20 F and in our other filings or documents furnished with the U.S. Securities and Exchange Commission. Other unknown or unpredictable factors or underlying assumptions subsequently proven to be incorrect could cause actual results to differ materially from those in the forward-looking statements. We do not undertake any obligation to publicly update or revise forward-looking statements, whether as a result of new information, future events or otherwise, except to the extent legally required.

# Introduction and use of certain terms

Nokia Corporation is a public limited liability company incorporated under the laws of the Republic of Finland. In this annual report on Form 20 F, any reference to "we," "us," "the Group," "the company" or "Nokia" means Nokia Corporation and its consolidated subsidiaries and generally Nokia's Continuing operations, except where we separately specify that the term means Nokia Corporation or a particular subsidiary or business segment only or our Discontinued operations. References to "our shares" matters relating to our shares or matters of corporate governance refer to the shares and corporate governance of Nokia Corporation.

Nokia Corporation has published its consolidated financial statements in euro for periods beginning on or after January 1, 1999. In this annual report on Form 20 F, references to "EUR," "euro" or "€" are to the common currency of the European Economic and Monetary Union, references to "dollars", "US dollars", "USD" or "$" are to the currency of the United States, and references to "Chinese yuan" or "Chinese yuan renminbi" or "CNY" are to the official currency of the People's Republic of China. Solely for the convenience of the reader, this annual report on Form 20-F contains conversions of selected euro amounts into US dollars at specified rates or, if not so specified, at the year-end rate of 1.1234 US dollars per euro, and conversions of selected euro amounts into Chinese yuan renminbi at specified rates or, if not specified, at the year-end rate 7.8205 Chinese yuan renminbi per euro. The referred year-end rates were the European Central Bank reference rates on December 31, 2019. No representation is made that the amounts have been, could have been or could be converted into US dollars or Chinese yuan at the rates indicated or at any other rates.

Additional terms are defined in the "Glossary of terms".

The information contained in, or accessible through, the websites linked throughout this annual report on Form 20 F is not incorporated by reference into this document and should not be considered a part of this document.

Nokia Corporation furnishes Citibank, N.A., as Depositary, with its consolidated financial statements and a related audit opinion of our independent auditors annually. These financial statements are prepared on the basis of International Financial Reporting Standards as issued by the International Accounting Standards Board and in conformity with IFRS as adopted by the European Union (IFRS). In accordance with the rules and regulations of the SEC, we do not provide a reconciliation of net income and shareholders' equity in our consolidated financial statements to the generally accepted accounting principles in the United States, or U.S. GAAP. We also furnish the Depositary with quarterly reports containing unaudited financial information prepared on the basis of IFRS, as well as all notices of shareholders' meetings and other reports and communications that are made available generally to our shareholders. The Depositary makes these notices, reports and communications available for inspection by record holders of American Depositary Receipts (ADRs), evidencing American Depositary Shares (ADSs), and distributes to all record holders of ADRs notices of shareholders' meetings received by the Depositary.

In addition to the materials delivered to holders of ADRs by the Depositary, holders can access our consolidated financial statements, and other information included in our annual reports and proxy materials, at nokia.com/financials. This annual report on Form 20 F is also available at nokia.com/financials as well as on Citibank's website at https://app.irdirect.net/company/49733/hotline/. Holders may also request a hard copy of this annual report by calling the toll-free number 1 877 NOKIA-ADR (1 877 665 4223), or by directing a written request to Citibank, N.A., Shareholder Services, PO Box 43077, Providence, RI 02940 3081, United States. With each annual distribution of our proxy materials, we offer our record holders of ADRs the option of receiving all of these documents electronically in the future.

# Nokia Annual Report on form 20-F 2019

"

# This is it. 5G is here. Networks, businesses and public services are being transformed and we are at the forefront.

**Rajeev Suri**
**President and CEO**

**Business overview** **04**
We create the technology
   to connect the world 04
Letter from our President and CEO 06
Market trends driving our strategy 10
Our strategy 12
Innovation 17
   Nokia Bell Labs 19
Sales and marketing 21
Business groups 22
   Mobile Networks 22
   Global Services 24
   Fixed Networks 26
   IP/Optical Networks 28
   Nokia Software 30
   Nokia Enterprise 32
   Nokia Technologies 36

**Operating and financial review**
   **and prospects** **40**
Principal industry trends affecting
   operations 42
Results of operations 46
Results of segments 52
Liquidity and capital resources 59
Significant subsequent events 61
Sustainability and corporate
   responsibility 62
Shares and share capital 69
Risk factors 70

**Corporate governance** **88**
Corporate governance statement 92
Compensation 111

**General facts on Nokia** **124**
Our history 126
Memorandum and Articles
   of Association 127
Selected financial data 129
Shares 130
Shareholders 132
American Depositary Shares 134
Production of infrastructure
   equipment and products 134
Controls and procedures 134
Government regulation 135
Sales in United States-sanctioned
   countries 135
Taxation 136

**Financial statements** **139**
Consolidated primary statements 140
Notes to consolidated financial
   statements 146
Report of independent registered
   public accounting firm 213

**Other information** **215**
Exhibits 216
Key ratios 217
Glossary of terms 218
Investor information 221
Contact information 222
Signatures IBC

In 2019, the President and CEO was awarded the following equity awards under the Nokia equity program:

| Performance share awards | Units awarded | Grant date fair value (EUR) | Grant date | Vesting date |
|---|---|---|---|---|
| Awarded as regular performance share award[1] | 650 699 | 2 627 002 | 3 July 2019 | 1 January 2022 |

(1) The 2019 performance share plan has a three-year performance period based on financial targets. There is no minimum payout at below threshold performance for the President and CEO. The maximum payout would be 200% subject to maximum performance against all the performance criteria. Vesting is subject to continued employment.

### Share ownership
Our share ownership policy requires that the President and CEO holds a minimum of three times his base salary in Nokia shares in order to ensure alignment with shareholder interests over the long term. This requirement has been met.

| | Units | Value[1] (EUR) |
|---|---|---|
| Beneficially owned shares as of December 31, 2019 | 2 798 146 | 9 233 882 |
| Vested shares under the 2017 performance share plan delivered on February 13, 2020[2] | 153 405 | 506 237 |
| Unvested shares under outstanding Nokia equity plans[3] | 1 689 492 | 5 575 323 |
| **Total** | **4 641 043** | **15 315 442** |

(1) The values are based on the closing price of a Nokia share of EUR 3.30 on Nasdaq Helsinki on December 30, 2019.
(2) The value of the shares at delivery was based on fair market value of a Nokia share of EUR 3.99 on Nasdaq Helsinki on February 13, 2020 giving a total value delivered of EUR 612 086. The number of shares delivered reflects the net number of shares delivered after the applicable taxes were withheld from the number of shares that vested to the President and CEO.
(3) The number of units represents the number of unvested awards as of December 31, 2019 including the payout factor of the 2018 performance share plan and excluding the 2017 performance share plan that vested on January 1, 2020.

### Termination provisions of the President and CEO
Currently the termination provisions for the President and CEO's service agreement specify alternatives for termination and associated compensation in accordance with the following table:

| Termination by | Reason | Notice | Compensation |
|---|---|---|---|
| Nokia | Cause | None | The President and CEO is entitled to no additional compensation and all unvested equity awards would be forfeited after termination. |
| Nokia | Reasons other than cause | Up to 18 months | The President and CEO is entitled to a severance payment equaling up to 18 months of compensation (including annual base salary, benefits, and target incentive) and unvested equity awards would be forfeited after termination. |
| President and CEO | Any reason | Six months | The President and CEO may terminate his service agreement at any time with six months' prior notice. The President and CEO would either continue to receive salary and benefits during the notice period or, at Nokia's discretion, a lump sum of equivalent value. Additionally, the President and CEO would be entitled to any short- or long-term incentives that would normally vest during the notice period. Any unvested equity awards would be forfeited after termination. |
| President and CEO | Nokia's material breach of the service agreement | Up to 18 months | In the event that the President and CEO terminates his service agreement based on a final arbitration award demonstrating Nokia's material breach of the service agreement, he is entitled to a severance payment equaling up to 18 months of compensation (including annual base salary, benefits and target incentive). Any unvested equity awards would be forfeited after termination. |

The President and CEO's service agreement includes special severance provisions in the event of a termination of employment following a change of control event. Such change of control provisions are based on a double trigger structure, which means that both a change of control event and the termination of the President and CEO's employment within a defined period of time must take place in order for any change of control-based severance payment to become payable. More specifically, if a change of control event has occurred, as defined in the service agreement, and the President and CEO's service with Nokia is terminated by either Nokia or its successor without cause, or by the President and CEO for "good reason", in either case within 18 months from such change of control event, the President and CEO would be entitled to a severance payment equaling up to 18 months of compensation (including annual base salary, benefits, and target incentive) and cash payment (or payments) for the pro-rated value of his outstanding unvested equity awards, restricted shares, performance shares and stock options (if any), payable pursuant to the terms of the service agreement. "Good reason" referred to above includes a material reduction of the President and CEO's compensation and a material reduction of his duties and responsibilities, as defined in the service agreement and as determined by the Board.

The President and CEO is subject to a 12-month non-competition obligation that applies after the termination of the service agreement or the date when he is released from his obligations and responsibilities, whichever occurs earlier.