UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re NOKIA CORPORATION SECURITIES  :   Civil Action No. 1:19-cv-03509-ALC
LITIGATION                          :
                                    :   CLASS ACTION
———————————————————— :
                                    :
This Document Relates To:           :
                                    :
      ALL ACTIONS.                  :
———————————————————— x

### DECLARATION OF CHAD JOHNSON IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

I, Chad Johnson, declare under penalty of perjury as follows:

I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Counsel to Lead

Plaintiff Judge Clyde W. Waite (Ret.) ("Lead Plaintiff") in the above-captioned action, and I am

admitted to practice before this Court.  As such, I have personal knowledge of this matter and am

familiar with the facts and documents referenced herein and in the accompanying Memorandum of

Law.

I respectfully submit this Declaration in Support of Lead Plaintiff's Opposition to

Defendants' Motion to Dismiss the Second Consolidated Amended Complaint and submit true and

correct copies of the following:

1.     Attached as Exhibit 1 is a true and correct copy of a *Bloomberg* article entitled

"Nokia Probed by Regulator for Profit Warning Breach, HS Says (1)," written by Kati Pohjanpalo,

dated January 18, 2020.

2.     Attached as Exhibit 2 is a true and correct copy of a *Bloomberg* article entitled "A

Slimmer Nokia Might Better Compete With Huawei," written by Alex Webb, dated February 26,

2020.

3.      Attached as Exhibit 3 is a true and correct copy of a *Bloomberg* article entitled "Nokia to Weigh Strategic Options as Profit Pressure Mounts," written by Ed Hammond, Dinesh Nair, Myriam Balezou and Niclas Rolander, dated February 26, 2020, updated February 27, 2020.

4.      Attached as Exhibit 4 is a true and correct copy of a *Bloomberg* article entitled "Is Nokia About to Be Smashed Into Little Pieces?" written by Alex Webb, dated March 2, 2020.

5.      Attached as Exhibit 5 is a true and correct copy of a *Bloomberg* article entitled "Nokia Replacing CEO Suri After Struggling to Make Headway in 5G," written by Kati Pohjanpalo and Leo Laikola, dated March 2, 2020.

6.      Attached as Exhibit 6 is a true and correct copy of a *Dow Jones Institutional News* article entitled "Nokia's New Boss Must Learn to Fight Huawei – Heard on the Street," written by Stephen Wilmot, dated March 2, 2020.

7.      Attached as Exhibit 7 is a true and correct copy of a *The Wall Street Journal* article entitled "Nokia CEO Rajeev Suri Is Stepping Down at Telecom-Equipment Maker," written by Parmy Olson, dated March 2, 2020.

8.      Attached as Exhibit 8 is a true and correct copy of a *Barron's* article entitled "Buy Nokia Stock Because 'the Elements Are Falling Into Place' on Its Turnaround and 5G ," written by Nicholas Jasinski, dated June 1, 2020.

9.      Attached as Exhibit 9 is a true and correct copy of an analyst report entitled "Nokia[:] The elements are falling into place.  5G investment cycle to provide backdrop.  Upgrade to OW.," written by Sandeep Deshpande, dated June 1, 2020.

10.      Attached as Exhibit 10 is a true and correct copy of a *SDX Central* article entitled "Nokia ReefShark, Future X Architectures Gird for 5G," written by Dan Meyer, dated January 29, 2018.

- 3 -

11.     Attached as Exhibit 11 is a true and correct copy of material from Nokia's website entitled "ReefShark[:] The most empowered 5G network," last visited on June 29, 2020 and available at https://www.nokia.com/networks/technologies/reefshark/.

12.     Attached as Exhibit 12 is a true and correct copy of a *Bloomberg* article entitled "Nokia Staff Say Internal Politics Distracting Managers From 5G," written by Kati Pohjanpalo, dated October 31, 2019.

13.     Attached as Exhibit 13 is a true and correct copy of a *Bloomberg* article entitled "How Nokia's Alcatel Deal Has Come Back to Haunt Its CEO," written by Jennifer Ryan and Thomas Seal, dated February 27, 2020.

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on this 30th day of June, 2020 in New York, New York.


*/s/ Chad Johnson*
CHAD JOHNSON

## CERTIFICATE OF SERVICE

I, Chad Johnson, hereby certify that on June 30, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.


*/s/ Chad Johnson*
CHAD JOHNSON