# EXHIBIT 1

This document is available for the exclusive use of DOUGLAS GROW at ROBBINS GELLER RUDMAN DOWD. Not for redistribution.

**Bloomberg**                                                                              **News Story**

01/18/2020    06:43:29 [BN] Bloomberg News

## Nokia Probed by Regulator for Profit Warning Breach, HS Says (1)

- **Finland's FSA investigating whether company misled investors**
- **Nokia plunged after its earnings report included outlook cut**

By Kati Pohjanpalo

(Bloomberg) –– Finland's Financial Supervisory Authority has started a preliminary investigation into whether Nokia Oyj misled investors by not issuing a profit warning before its third–quarter earnings report, newspaper Helsingin Sanomat reported on Saturday, citing sources it didn't identify.

The Finnish telecommunications–equipment maker's share slumped 23% on Oct. 24, its biggest drop in decades, as investors were taken by surprise by its worsening prospects through 2020. Nokia cited problems with fifth–generation mobile technology product development for the outlook cut.



Nokia said then that heavy investment to catch up with competitors in 5G would delay an earnings boost from the technology, and suspended its dividend to safeguard cash amid increased spending. Nokia's $18 billion acquisition of French rival Alcatel–Lucent in 2016, which helped to broaden its offering, may also have slowed down development of new products as it contended with a complicated integration process.

Nokia Tanks After Cutting Outlook, Sacrificing Payout for 5G

In the first phase of an investigation, the FSA asks the company to provide an explanation, before deciding whether further action is warranted, Helsingin Sanomat said, adding that Nokia may face a fine. Nokia declined to comment to Bloomberg on the report.

Nokia's shares have since pared some of the losses, and the stock is up 14% so far this year, after losing 35% of its

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is available for the exclusive use of DOUGLAS HENRY WIGDOR@BBINS GELLER on 06/23/2020. Not for redistribution.

# Bloomberg

## News Story

value in 2019 –– its worst year since 2008.

(Updates with company comment in fourth paragraph.)

Related ticker:

NOKIA FH (Nokia Oyj)

To contact the reporter on this story:

Kati Pohjanpalo in Helsinki at kpohjanpalo@bloomberg.net

To contact the editors responsible for this story:

Andrew Davis at abdavis@bloomberg.net

James Amott, Brian Wingfield

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.