# EXHIBIT 2

This document is for the personal and exclusive use of CHUNG HYUN WOO & ROBINS GELLER RUDMAN DOWD LLP. Not for re-distribution.

# Bloomberg

# News Story

02/26/2020    17:36:57 [BBO] Bloomberg Opinion

## A Slimmer Nokia Might Better Compete With Huawei: Alex Webb
It should resist the urge to merge with Ericsson to create a European giant.

By Alex Webb

(Bloomberg Opinion) –– The prospect is tantalizing: the Boeing Co. versus Airbus SE battle, but for the 5G era.

Nokia Oyj, the Finnish telecommunications equipment firm, is contemplating asset sales and merger options, Bloomberg News reported on Wednesday. That raises the prospect of joining forces with Swedish rival Ericsson AB, thereby creating a European behemoth to compete more effectively with China's Huawei Technologies Co.

A tie–up would echo Europe's cobbling together of Airbus in the 1960s and 1970s as a rival to U.S. aircraft–making giants like Boeing, setting up a fiercely contested duopoly that has dominated global aviation ever since. Unfortunately, it would also be a strategic misstep. Asset sales are the far more sensible option.

Merging the two Nordic companies would most likely create as many problems as it would solve. Nokia has endured a tumultuous 12 months – the shares fell 25% in October after cutting its outlook – in part because of the failure to effectively integrate its last major acquisition, the $18 billion takeover of Alcatel–Lucent SA.



Combining with Ericsson would make it easier to compete on price with Huawei, which benefits from the economies of scale afforded by the massive Chinese market, but it could also require several years just to secure regulatory approval, let alone integrate the operations. That would be a boon to Huawei, which could capitalize on the period of uncertainty to secure new customers.

Crucially, Finland, which is one of Nokia's five–biggest shareholders through its Solidium Oy investment vehicle, would surely stand in the way of any merger that would eliminate a lot of jobs.

An acquisition by Cisco Systems Inc. would satisfy President Donald Trump's exhortations for the U.S. to build a giant in fifth–generation wireless technology, pairing the San Jose, California–based company's core network savvy

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is for the personal, exclusive use of CALEB MCGILLVARY. SINS GEL FOR MANOS DOING. Not for re-distribution.

# Bloomberg

# News Story

with Nokia's expertise in wireless communications. But it would be foolish of Cisco to tap its sizable cash pile for a deal that would dilute its margins; it enjoyed net profit representing 24% of sales last year, compared with Nokia's 2.1%.

Nokia's substandard 5G offering means Chief Executive Officer Rajeev Suri has been unable to profit on the tribulations of Huawei, and its shares have lost a third of their value over the past year. That downturn in fortunes makes it vulnerable to an approach from an activist investor scrutinizing businesses that are undervalued as part of the whole.

> **QUICKTAKE**
> How Huawei Landed at the Center of Global Tech Tussle



**Going Down**
Nokia's technological deficit to Ericsson and Huawei has dragged the shares lower over the past year

Nokia Oyj   Ericsson AB

Source: Bloomberg

Nokia can get ahead of that threat by putting some assets on the chopping block. Its intellectual property arm would seem the prime candidate: the division still generates healthy profits – it has a 98% gross profit margin on sales of 1.5 billion euros ($1.6 billion) – but the value of the portfolio is deteriorating steadily. Nokia could sell much of it for a lucrative sum – those parts pertaining to its old handset business, for example – while retaining the most recent patents developed for 5G. The fixed-access business, which has endured the steepest sales drop-off, might also be a candidate, according to Bloomberg Intelligence analyst John Butler.

The review of options may yet come to nothing, as my Bloomberg News colleagues reported. But the last thing Suri needs is the unhelpful distraction of an activist calling for changes as he plays catch-up in 5G. It would be far better to be proactive himself.

□

Alex Webb is a Bloomberg Opinion columnist covering Europe's technology, media and communications industries. He previously covered Apple and other technology companies for Bloomberg News in San Francisco.

To contact the author of this story:
Alex Webb at awebb25@bloomberg.net

To contact the editor responsible for this story:
Daniel Niemi at dniemi1@bloomberg.net

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is prepared for the exclusive use of JOACHIM BERTHOLD WOLFGANG GINS GELFER-KALMANOVIC and is not for redistribution.

# Bloomberg

## News Story

This column does not necessarily reflect the opinion of Bloomberg LP and its owners.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.