# EXHIBIT 6

## *Nokia's New Boss Must Learn to Fight Huawei -- Heard on the Street*

Dow Jones Institutional News

March 2, 2020 Monday 3:28 PM GMT

Copyright 2020 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2020, Dow Jones & Company, Inc.

 DOW JONES NEWSWIRES

**Length:** 467 words

**Byline:** By Stephen Wilmot

## Body

**Nokia** is famous for missing the smartphone revolution, but more recently it has shown signs of missing the 5G boat too. Incoming boss Pekka Lundmark faces the daunting task of seizing the technological initiative back from Huawei.

In a surprise move Monday, the Finnish maker of telecommunications gear said that current Chief Executive Officer Rajeev Suri would step down in favor of Mr. Lundmark, a former **Nokia** executive who currently runs Finnish state-owned energy company Fortum. Mr. Suri will leave in August after almost six years in the top job and more than a decade running the networks division that is now **Nokia**'s dominant business, accounting for 78% of revenue last year.

**Nokia** had a bad 2019: A big profit warning in October prompted a suspension of the dividend and knocked the stock by more than 20%. The main problem seems to be intense competition, not just from its larger Chinese competitor but also a resurgent Ericsson. The Swedish company, which jostles with **Nokia** for the number two position in telecom equipment, issued its own big profit warning in 2016, but has since replaced its leadership and bounced back.

The question is whether **Nokia** under Mr. Lundmark can pull off its own version of Ericsson's turnaround. The situation is more urgent now that network providers like Verizon and AT&T are actually investing in 5G equipment. The new boss said in a news conference to mark his appointment that he wasn't coming in with any "foregone conclusion" about what the company needed, but investors will expect action.

Mr. Suri's big bet, expressed through the $17 billion acquisition of Franco-American peer Alcatel-Lucent in 2016, was on the "convergence" of mobile broadband with Wi-Fi technology. The jury is out on that strategic logic. Meanwhile, the complex integration process seems to have distracted **Nokia** from keeping up with Huawei. The need to accelerate the "product road map" and bring down costs on its first-generation 5G technology was a big reason for the October profit warning.

Huawei's leadership in 5G prompted U.S. Attorney General and former Verizon executive William Barr last month to suggest, remarkably, that the U.S. take a controlling stake in **Nokia** or Ericsson. The resulting takeover hopes always looked highly speculative, and any trace of them in **Nokia**'s lowly valued stock has already been swept away by the coronavirus selloff.

The company will probably have to sort its own problems out. In time investors could benefit, as they have at Ericsson, but first Mr. Lundmark will have to conduct a review. New bosses, particularly external hires, have a way of uncovering old problems. Things at **Nokia** could get worse before they get better.

Write to Stephen Wilmot at *stephen.wilmot@wsj.com*

(END) Dow Jones Newswires

March 02, 2020 10:28 ET (15:28 GMT)


## Notes

PUBLISHER: Dow Jones & Company, Inc.


**Load-Date:** March 2, 2020

---

**End of Document**