# EXHIBIT 8

# BARRON'S

TECHNOLOGY

# Buy Nokia Stock Because 'the Elements Are Falling Into Place' on Its Turnaround and 5G

By Nicholas Jasinski     June 1, 2020 4:33 pm ET



The upgrade to 5G requires billions of dollars of new network equipment.

Photograph by Josep Lago/AFP via Getty Images

Nokia may finally be ready to put acquisition-related headaches behind it and begin to benefit from investment spending in the shift to next-generation 5G networks. That could mean wider profit margins, a return to positive free cash flow, and an undervalued stock.

Verizon Communications (ticker: VZ), AT&T (T), and T-Mobile US (TMUS) have all begun rolling out 5G in markets across the U.S., promising faster speeds, greater capacity and lower latency. The upgrade requires billions of dollars of new network equipment made by the likes of Nokia (NOK) and its Scandinavian rival Ericsson (ERIC). South Korea's Samsung Electronics (005930.South Korea) and China's Huawei Technologies and ZTE (763.Hong Kong) are also in the business of supplying the next-generation antennas and base stations that power 5G networks.

Nokia has lost market share in recent years, as a costly acquisition of Alcatel-Lucent in 2016 caused distractions and delays in product development. The company burned through billions of dollars on integrating the merger and lost the lead on 5G technology. Nokia shares have returned about 1% including dividends since the closing of the Alcatel-Lucent deal in November 2016. That compares with Ericsson's 97% return and the S&P 500 index's 55%.

READ NEXT ⌄

**What Will School be Like in the Fall? An Education Expert Weighs in on the Future of Classrooms.**

**The Fed Is Buying More Auto Makers' Bonds Than Wall Street Expected**

**Expect More Box-Office Pain, Analyst Says. 2 Theater Chains' Stocks Are Downgraded.**

BARRON'S    Reliable Market Advice in Unreliable Times    SUBSCRIBE NOW

**Losing Share**

Nokia stock has underperformed since its acquisition of Alcatel-Lucent. Integration costs piled up and distractions ceded the 5G technology lead to Ericsson.



**Since November 2016**

Source: FactSet

Now J.P. Morgan's Sandeep Deshpande sees Nokia closing the gap on the technology front. That will help market share and boost profit margins in a scale-sensitive business. In a report on Monday, Deshpande raised his rating on Nokia shares to Overweight— J.P. Morgan's equivalent of Buy—from Neutral previously. He raised his price target to $5.50, from $3.95—about 30% higher than Nokia's recent $4.21. The stock was up about 6.5% on Monday.

"The elements are falling into place," Deshpande wrote.

In past years, Nokia's free cash flow generation has come largely in the back half of the year. Deshpande expects Nokia to generate positive free cash flow in the third and fourth quarters of 2020, after the typically weakest second quarter. He expects total free cash flow for the year to be about €350 million, or about $390 million.

Nokia management has issued guidance for "positive free cash" this year, and the first quarter was a step in that direction. The company had negative €6 million in free cash flow, versus negative €913 million a year earlier.

"With -€6 million [free cash flow in the first quarter,] Nokia is in a very good place to report a positive [free cash flow] for the year, which is an essential element of the company's turnaround," Deshpande wrote. If Nokia had reported this sort of free cash flow in each of the past three years, "the company would have reported a positive [flow] for the full year."

Once Nokia demonstrates it can generate free cash flow, Deshpande sees investors rewarding it with a higher valuation multiple closer to where Ericsson stock trades—at about 15 times earnings, versus roughly 12 times for Nokia today. He models between €0.34 and €0.40 in earnings per share in 2022. Deshpande then arrives at his $5.50 target price by applying Ericsson's valuation multiple and discounting it back to the present.

**READ NEXT** ⌄

**What Will School be Like in the Fall? An Education Expert Weighs in on the Future of Classrooms.**

**The Fed Is Buying More Auto Makers' Bonds Than Wall Street Expected**

**Expect More Box-Office Pain, Analyst Says. 2 Theater Chains' Stocks Are Downgraded.**

BARRON'S    Reliable Market Advice in Unreliable Times    SUBSCRIBE NOW

greater returns than Ericsson's relatively pricey shares.

**Write to** Nicholas Jasinski at nicholas.jasinski@barrons.com

---

READ NEXT ⌄

**What Will School be Like in the Fall? An Education Expert Weighs in on the Future of Classrooms.**

**The Fed Is Buying More Auto Makers' Bonds Than Wall Street Expected**

**Expect More Box-Office Pain, Analyst Says. 2 Theater Chains' Stocks Are Downgraded.**

BARRON'S     Reliable Market Advice in Unreliable Times     SUBSCRIBE NOW