# EXHIBIT 10

Nokia ReefShark, Future X Architectures Gird for 5G

☰ **sdx**central®

**News**

# Nokia ReefShark, Future X Architectures Gird for 5G

**Dan Meyer** | Editor-in-Chief January 29, 2018 1:06 PM



Nokia's acquisition of Alcatel-Lucent continues to bolster its in-house silicon work, with the latest push behind new ReefShark chipsets that also support Nokia's Future X architecture for 5G.

The ReefShark chipsets include one architecture focused on compute capacity and another for radio frequency (RF) applications. Both include artificial intelligence (AI) work from Nokia Bell Labs, which was part of the Alcatel-Lucent deal, and Nokia's history with mobile devices and base stations.

For compute capacity, Nokia is providing plug-in units for its currently available AirScale baseband module. The baseband processor is built on a 10-nanometer architecture with an all-in-one design that can support 5G network requirements of higher speeds, lower latency, and network slicing.

The plug-in units triple the throughput of those modules to a peak of 84 Gb/s. The AirScale module also supports chaining to deliver speeds up to 6 Tb/s.

Jane Rygaard, head of 5G solution marketing at Nokia, said the architecture was about tackling the need for "5G capacity and performance."

"It's about what we can do with 5G," Rygaard said. "When it comes to the radio side, it all comes down to how well are we positioned to handle the traffic. How can we process the pure amount of data and are [we] able to meet the latency needs. You need to be able to address the compute needs in the network."

She also explained the architecture complements Nokia's work on the data center side with its AirFrame data center product.

The RF chipset architecture is targeted at the radios used in base station antennas. The chipsets include a digital front end to support 4G LTE and 5G radio systems running massive MIMO antenna configurations. The design reduces the size of massive MIMO antennas by half and reduces power consumption in the baseband unit by 64 percent.

"We looked at distributing the compute needs between the baseband and RF side," Rygaard explained. "We are prepared for the fact that we need more intelligent antennas and power management to live up to what 5G will need."

Rygaard noted this will also require greater use of AI for network control. "We will need to reduce human interactions in the future to handle this level of complexity," she said.

Thirty operators are working with Nokia on the ReefShark chipsets. Deployments are set to accelerate during the third quarter of this year.

While not directly related, Rygaard did note the ReefShark architecture does build on work from the FP4 silicon Nokia released last year. That proprietary silicon is targeted at providing improved performance for webscale operators and service providers.

"It's not a direct connection to FP4, but it does leverage what we have been doing on the routing side and within Bell Labs," Rygaard said. "ReefShark shows that everyone was talking with everyone across the organization on this. We were not just working in silos."

---

**Featured eBrief**



### Laying the Foundations for a 5G Data Center Through NFVI
### *Sponsored By QCT*

Data centers for 5G need to be low latency, highly flexible, and support automation and cloud technology. Learn how QCT QxStack with Cloud Native Platform is built with the 5G data center in mind.

DOWNLOAD

*By clicking the link, I consent to share my contact information with the sponsor(s) of this content, who may reach out to you as part of their marketing campaigns, and register for SDxCentral email communications. See how we use your data: Privacy Policy.*

## To the Future!

ReefShark is also core to Nokia's boldly named Future X architecture for 5G. The new name encompasses all of Nokia's work around 5G platforms, which Rygaard fingered at more than 30 total platforms.

Some of those platforms include Nokia's Cloud Packet Core, which is its cloud-native architecture serving software disaggregation, and its AirScale Radio Access service.

Nokia is claiming AI-based automation for the end-to-end network can deliver up to three times more data capacity per cell site and 30 percent lower total cost of operation. This is possible through the use of beamforming technologies that allow a network to "follow" a mobile device or cater to services based on network slicing.

"It's been clear we needed to have an architecture-driven approach to 5G," Rygaard said. "Future X is the foundation of that reference architecture."

While the greatest performance benefits are achieved by using as many Nokia-sourced pieces as possible, the vendor supports open interfaces. Rygaard used Legos as the building-block metaphor to describe how different pieces from different vendors can be used in a system.

"We are not going to be monolithic in deployments. We can hope for that, but that's not where the industry is headed," Rygaard said. "We need to be open or we can't be part of the system."

The ReefShark and Future X news comes ahead of Nokia's release of fourth quarter and full-year 2017 results set for Feb. 1. The vendor's Q3 results were down from the previous year, led by lower revenue from its two largest business segments.

Nokia CEO Rajeev Suri said the company expects continued operational and competitive pressure to extend through 2018.

Image: konstantinks / 123RF Stock Photo

## Related Content

**The Role of Machine Learning and Automation in Storage**
**Sponsored by Tintri**

**Nokia Glides Into Network Slicing Market**
News | Matt Kapko | June 24, 2020

**Nokia Readies Aggressive Open RAN Portfolio**
News | Matt Kapko | June 23, 2020

**Using Open Source to Build a Better 5G Data Platform**
**Sponsored by Dell EMC**

**Nokia Blends AI, Cloud for 5G Automation**
News | Matt Kapko | March 31, 2020

### Related Resources

**White Paper: The Economic Advantages of Virtualizing the RAN**

**Read Now: How Telenor Built a Cloud-Driven Platform for 5G**
**Sponsored by Red Hat**

Nokia ReefShark, Future X Architectures Gird for 5G



**Subscribe to our Newsletter**

Email Address

SUBSCRIBE NOW

---

**Upcoming Webinar**                                    **More Webinars**



**Network Automation and Containerized NFV**

*Sponsored by Red Hat*

*July 23, 2020*

REGISTER TODAY

Nokia ReefShark, Future X Architectures Gird for 5G

More Webinars

**Entering the Era of Open Source Networking for the Enterprise**

**Tunnel-Free SD-WAN: Use Cases for Today and the Future**

## Featured Definitional Guide

**Cloud Migration 101: Getting Started Guide**

DOWNLOAD NOW

## Industry Feed

More Industry Feed

**ServiceNow Boosts Data Centre Capacity in Europe**

**Nokia Selected by Toyota Production Engineering for 5G Private Wireless Network**

**VMware to Present at the Morgan Stanley 'Zero Trust Architectures' Virtual Thematic Conference**

Follow Us: