# EXHIBIT 11

ReefShark | Nokia Networks

# NOKIA

# ReefShark

The most empowered 5G network

## For easier, faster 5G network roll-out

**Overview**          **About ReefShark**

The new 5G networks due to come on stream will need to support billions of devices and machines, as well as millions of network nodes.

This massive increase in volume and scale means that existing infrastructure and components must evolve rapidly, adopting technologies and techniques to enable Communications Service Providers (CSPs) to deploy 5G networks quickly and with minimum Total Cost of Ownership (TCO). Networks must adopt an architecture-driven approach.

Nokia has developed the ReefShark chipsets for its 5G network solutions.

ReefShark is based on 3GPP 5G New Radio specifications, which help offset deployment costs and TCO, while fulfilling architecture-driven network requirements.

ReefShark reduces size, cost and energy consumption at each cell site, while simultaneously boosting the intelligence and performance of massive MIMO antennas.

ReefShark boosts baseband compute capacity through plug-in units fitted into the commercially available Nokia AirScale system module. AirScale is software upgradeable to full 5G functionality, and these plug-in units triple throughput from Nokia's already market-leading 28 Gbps today, to up to 85 Gbps per module.

## Highlights

ReefShark | Nokia Networks

The ReefShark chipsets family includes: The baseband processor, which in addition to boosting throughput capacity up to 84 Gbps, also cuts power consumption by up to 64 percent. This increases system performance while reducing operating costs. Based on 3GPP based 5G New Radio (5G NR) standards and leverages the latest silicon chip design and manufacturing capabilities.

## Learn more

**Video**



Nokia ReefShark helps you seize the opportunities of 5G

Nokia ReefShark is a complete new chipset that dramatically eases 5G roll-out

**Executive Summary**



## Nokia ReefShark

Making the most of 5G with advanced chipsets The coming era of 5G networks opens a whole new world for Communications Service Providers (CSPs). They have the chance to win...

# Ready to talk?

Connect with sales

See all of our social media

Get the latest news from Nokia delivered straight to your inbox.

Subscribe

**Partners**

**Business support**

**Training**

**Extranet access**

**Webinars**

**For consumers**

Phones

Home WiFi

Smart TVs

**For business**

Solutions for service providers

Solutions for industry and public sector

Phones for businesses

Licensing opportunities

OZO

Digital automation cloud

**Innovation**

Innovation platform

NGP Capital

Nokia Bell Labs

Open innovation ecosystem

**About us**

What we do

News and events

Sustainability

Investors

Careers

**Contact and support**

Contact us

Support

Extranet access

Developer resources and APIs