# EXHIBIT 12

This document is furnished for the exclusive use of CLEMENTS/ROBBINS GELLER/PLAINTIFF/LCD. Not for redistribution.

# Bloomberg

## News Story

10/31/2019   23:00:00 [BN] Bloomberg News

## Nokia Staff Say Internal Politics Distracting Managers From 5G

- **Alcatel-Lucent purchase has led to disagreements: worker rep**
- **Nokia under pressure to catch up on 5G R&D after outlook cut**

By Kati Pohjanpalo

(Bloomberg) -- When Nokia Oyj cut its outlook and halted the dividend last week -- wiping out a quarter of its market value -- analysts blamed the company's underinvestment in research and development, execution challenges and exposure to a U.S. phone carrier that had paused spending. Add internal politics to the list.

Employees in Finland are frustrated because they believe that management at the telecom equipment maker has been distracted by disagreements over priorities and staffing since Nokia's $18 billion takeover of Franco-American rival Alcatel-Lucent in 2016, according to Lasse Laurikainen, a worker representative for senior salaried staff at the company's Espoo headquarters.

"Execution needs to be sharper," Laurikainen said by phone. "It's pure politics. And some are favoring their nationals and rejecting common ways of working."

The profit warning showed Nokia is struggling to keep up with Sweden's Ericsson AB and China's Huawei Technologies Co. -- its main rivals -- on 5G, the next generation of mobile technology that equipment makers need to spur growth. Nokia's expectations for higher profits from 5G have now been pushed further out, and the Finnish company plans to plow more money into research and development to try to catch up.

Chief Executive Officer Rajeev Suri said that integrating Alcatel-Lucent has been complicated, in an interview after the Oct. 24 announcement, because Nokia had to deal with product overlap and migration.

A representative for Nokia declined to comment, when asked to respond to the worker concerns about internal politics.

Nokia's workforce roughly doubled with the Alcatel-Lucent acquisition, and was about 103,000 last year. About 85% of its European staff are located outside Finland.

"The entire idea of the merger was for the whole to be bigger than the sum of its parts," said Mikael Rautanen, an analyst at Inderes. The "strategic logic" doesn't look like it's worked out at the moment, he said, pointing out that Nokia's frequent management changes in its mobile networks unit show there have been problems. "Management isn't changed if everything is OK and developing well."

The mobile network business has had three managers in as many years, with Tommi Uitto being the most recent appointment in November 2018. His predecessors, Samih Elhage and Marc Rouanne, have both left the company.

Nokia will need to ensure "stable senior management during this period, given the turnover of senior management that we have seen over the past year or so," Liberum analysts Janardan Menon and Olivia Honychurch wrote in a research note this week. Executives are taking the right steps by boosting R&D spending, the analysts said.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is prepared for the exclusive use of CLEMENT TAYLOR ROBBINS GELLER at BLOOMBERG L.P. Not for redistribution.

# Bloomberg

# News Story

Related tickers:
ALU FP (Alcatel Lucent SAS)
NOKIA FH (Nokia Oyj)

--With assistance from Niclas Rolander.

To contact the reporter on this story:
Kati Pohjanpalo in Helsinki at kpohjanpalo@bloomberg.net

To contact the editors responsible for this story:
Tasneem Hanfi Brögger at tbrogger@bloomberg.net;
Rebecca Penty at rpenty@bloomberg.net
Thomas Pfeiffer

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.