# EXHIBIT 13

This document is for the exclusive use of CLIENT OF TAYLOR ROBBINS GELLER MORIMOTO. Not for re-distribution.

# Bloomberg

## News Story

02/27/2020    11:20:17 [BN] Bloomberg News

## How Nokia's Alcatel Deal Has Come Back to Haunt Its CEO

- Suri's dealmaking victory hid scale of task to merge companies
- Nokia now weighing options including asset sales and mergers

By Jennifer Ryan and Thomas Seal

(Bloomberg) –– When Nokia Oyj bought Alcatel–Lucent in 2016, it looked like a strategic win for Chief Executive Officer Rajeev Suri. Instead, the deal left a trail of problems that's forcing the Finnish network equipment maker to reconsider its entire business.

Alcatel had assets that helped Nokia to deliver more complete communication systems. It also created an urgent drive for cost savings that ultimately distracted from the effort to become a market leader in the fifth generation of wireless networks.

Investors have punished the company for fumbling the first stage of 5G rollouts, with the shares losing almost a third of their value over the past year. Even U.S. President Donald Trump's campaign against Chinese rival Huawei Technologies Co. has failed to reverse Nokia's fortunes. It's now exploring options ranging from asset sales to mergers, people familiar with the matter said Wednesday.

Nokia Said to Weigh Strategic Options as Pressure Mounts

"The whole merger with Alcatel–Lucent made them take their eye off the ball in terms of investing, because they were so focused on cost reduction and getting that done and that was a bigger task than they thought it would be," said Janardan Menon, an analyst at Liberum Capital Ltd. in London. "So they are behind, technologically."

Rajeev Suri

Photographer: Jason Alden/Bloomberg

Nokia spokeswoman Emma Rispoli said the company is "confident in our strategy to deliver across the full 5G cycle," in response to questions from Bloomberg. Nokia earlier declined to comment on whether it is exploring strategic options.

Suri took a knock in October, when Nokia halted its dividend and downgraded expectations for profits on 5G. The timing was striking: With phone carriers from Deutsche Telekom AG to AT&T Inc. starting to spend billions to roll out the technology, things should be looking up for the company. The upgrades promise new revenue opportunities for the industry, from faster downloads to connected factories and appliances.

Nokia has struggled to ride the crest of the 5G wave. Huawei is a formidable competitor that's been pouring money into research and development. Nordic rival Ericsson AB has improved profitability by sharpening its focus on radio access network gear that enables communication between antennas and devices.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is produced for the exclusive use of CLIENT PAVONS GELLER AND SHOULD Not for resale again.

# Bloomberg

## News Story



Under Suri, who led its networks business before taking the CEO role in 2014, Nokia has bet on providing complete network systems, from physical equipment such as antennas and optical cables to software and other services, in a strategy dubbed "end-to-end."

The approach was driven partly by the need to integrate the Alcatel purchase, said Sami Sarkamies, an analyst at Nordea Bank in Helsinki. Unwinding it now would be seismic, and would raise questions about the current crop of executives.

"If there would be a complete turnaround, it's hard to see that current management would be in charge of that going forward," said Sarkamies.

### Limited Options

Since Nokia Chairman Risto Siilasmaa said in December he would step down, speculation has stirred of more far-reaching changes at the company. Alongside potential deals, other possibilities being explored include shifts in Nokia's investments and balance-sheet adjustments, according to the people, who asked not to be identified because the information is private.



Risto Siilasmaa

Photographer: Tomi Setala/Bloomberg

When it comes to big mergers and acquisitions, there are few obvious options for Siilasmaa's successor, Sari Baldauf.

Regulators would oppose any attempt to merge Nokia with Ericsson and leave Huawei as the only global competitor. It would raise alarm bells with national security agencies and risk creating a virtual monopoly in markets where Huawei is effectively banned, such as the U.S.

While Nokia's weakened share price makes it easier to swallow in a takeover, potential bidders may be wary of threats to the company's long-term prospects.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is for the exclusive use of CLEMENTINE AMARIS ROBBINS GELLER (CIAM.ROBB.12). Not for redistribution.

# Bloomberg

News Story

Disruption to telecom supply chains from Trump's campaign against Huawei has shown the risk of relying on a small pool of big vendors. Carriers are now accelerating efforts to reduce that dependence by standardizing network hardware and software. That could eventually dilute the market power of companies like Nokia and Huawei.

Nokia may yet gain market share if more European nations follow the U.K.'s lead and cap Huawei's involvement in their networks because of security concerns, Sarkamies said.

The U.S. government may provide a further boost if it decides to take a direct role in supporting Huawei's competitors. And with so few vendors to choose from for 5G, it would be hard to challenge Nokia's place in the industry.

"They've got a reasonable market share and a pretty well-entrenched installed base," said Neil Campling, an analyst at Mirabaud Securities in London. "Their core technology isn't particularly good and I personally think the CEO has a lot to answer for."

Related tickers:
ALU FP (Alcatel Lucent SAS)
NOKIA FH (Nokia Oyj)

--With assistance from Angelina Rascouet and Niclas Rolander.

To contact the reporters on this story:
Jennifer Ryan in London at jryan13@bloomberg.net;
Thomas Seal in London at tseal@bloomberg.net

To contact the editors responsible for this story:
Jennifer Ryan at jryan13@bloomberg.net
Thomas Pfeiffer, Anne Pollak

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.