SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-4132
DIRECT FAX
(917) 777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
----------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
----------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 9, 2021

**BY ECF**

Hon. Andrew L. Carter
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

RE:     *In re Nokia Corp. Securities Litigation*, No. 1:19-cv-03509-ALC

Dear Judge Carter:

We represent defendants Nokia Corporation and Rajeev Suri ("Defendants") in connection with the above-referenced matter.  We write to provide the Court with a copy of a recent decision by Judge Abrams in the action captioned *In re Fed Ex Corp. Securities Litigation*, No. 1:19-CV-05990 (RA), 2021 WL 396423 (S.D.N.Y. Feb. 4, 2021), which we respectfully submit is relevant to Defendants' pending motion to dismiss this action (ECF No. 61).

Respectfully submitted,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein

cc:     All counsel of record (via ECF)

Encl.