# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-4132
DIRECT FAX
(917) 777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

February 9, 2021

**BY ECF**

Hon. Andrew L. Carter
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

RE:    *In re Nokia Corp. Securities Litigation*, No. 1:19-cv-03509-ALC

Dear Judge Carter:

We represent defendants Nokia Corporation and Rajeev Suri ("Defendants") in connection with the above-referenced matter. We write to provide the Court with a copy of a recent decision by Judge Abrams in the action captioned *In re Fed Ex Corp. Securities Litigation*, No. 1:19-CV-05990 (RA), 2021 WL 396423 (S.D.N.Y. Feb. 4, 2021), which we respectfully submit is relevant to Defendants' pending motion to dismiss this action (ECF No. 61).

Respectfully submitted,

*/s/ Susan L. Saltzstein*

Susan L. Saltzstein

cc:    All counsel of record (via ECF)

Encl.