**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE NOKIA CORPORATION SECURITIES
LITIGATION

.
-------------------------------------------------------------X

Master File No. 19-cv-3509

No. 19-cv-3982

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Opinion and Order dated March 29, 2021, Defendants' motion to dismiss Plaintiff's

complaint is granted with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
March 31, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

**Deputy Clerk**